1

Gregory Steshenko, Plaintiff
3030 Marlo Court
Aptos, CA 95003
tel. (831)531-2254

2

3

4

5

6



**FILED**

AUG 29 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

7

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10

11

12

13

14

15

16

17

18

**GREGORY STESHENKO,**
**Plaintiff,**

v.

**BOARD OF TRUSTEES OF**
**FOOTHILL-DE ANZA COMMUNITY**
**COLLEGE DISTRICT, PATRICK J.**
**AHRENS, LAURA CASAS, PEARL**
**CHENG, PETER LANDSBERGER,**
**GILBERT WONG,  ALEX FEBO,**
**FOOTHILL-DE ANZA COMMUNITY**
**COLLEGE DISTRICT, DOES 1**
**THROUGH 10**

**Defendants.**



Case No.

# 24  06126 SVK

UNLIMITED JURISDICTION
JURY TRIAL DEMANDED

**COMPLAINT**

Dept.:

Judge:

19

20

21

22

23

24

25

- 1 -

COMPLAINT

## CASE SUMMARY

1. Plaintiff enrolled in the Medical Laboratory Technician Program ("MLT") at the De Anza College for his professional retraining sponsored by the County of Santa Cruz.

2. Pursuant to 5 CCR, §§ 51006 and 58106, defendants have legal obligation to permit plaintiff's enrollment into the college courses, for which he met all the prerequisites.

3. The College Catalog ("Catalog"), the relevant excerpts from which are attached hereto as Exhibit C, is an express written contract between defendants and plaintiff. The Catalog describes the enrollment procedures, the course contents and prerequisites.

4. As per the Catalog, defendants have contractual obligation to permit plaintiff's enrollment into the college courses, for which he met all the prerequisites.

5. Instead of performing in accordance with their obligations, defendants sent plaintiff to the job interviews with the external corporations, to whom they outsourced a part of the MLT training. It was their practice that a successful passing of these job interviews is a condition for permission to enroll into the college courses. During the interviews, the students had to compete on their age and ability to deliver the greatest profit to the corporations while engaged in the so-called "training," which in fact was a six-month full-time unpaid service work.

6. That practice is directly contrary to 5 CCR, §§ 58108, 51006 and 58106 and the Catalog.

7. At the interviews, the employees of the external corporations told plaintiff that he is not suitable for training due to his age. Because of it, defendants denied plaintiff enrollment into the college courses necessary for his graduation.

8. Plaintiff complained and filed a lawsuit in the Santa Clara Superior Court. The only relevant part of that circuitous litigation is that plaintiff complained about age discrimination.

- 2 -

9. During discovery, defendants refused to produce the basic official documents demanded by plaintiff, such as the college catalogs, course outlines of record and college policies. Through the significant investigative efforts, plaintiff eventually acquired those documents from alternative sources.

10. He determined that, according to the official documents governing enrollment, he completed all the prerequisites and was fully eligible to enroll.

11. In the meantime, because of plaintiff's lawsuit, the college replaced the persons responsible for the MLT enrollment. The illegal practices were ostensibly abolished.

12. Plaintiff requested his enrollment from the newly appointed MLT Program Director and from the trustees of the college district. He received no response.

13. Then, plaintiff filed a government claim against the college district, to which the district did not respond.

14. Even though the prior illegal practices were abolished and the responsible persons were terminated, in retaliation for plaintiff's prior lawsuit, defendants continue to unlawfully deny plaintiff's enrollment into the courses required for his graduation.

15. Because of defendants' illegal actions, plaintiff has been unable to complete his professional retraining and remains destitute, unemployed and unemployable.

**THE PARTIES**

16. Plaintiff is a competent adult and a natural person residing in the County of Santa Cruz in the State of California.

17. Defendant Foothill – De Anza ("FHDA") Community College District ("District") is a part of the California Community Colleges. De Anza College ("De Anza"), where plaintiff studied, belongs to the District.

COMPLAINT

18. Defendant Board of Trustees is the governing body of the District.

19. Defendants Patrick J. Ahrens, Laura Casas, Pearl Cheng, Peter Landsberger, Gilbert Wong are the District Trustees ("Trustees").

20. Defendant Alex Febo is a full-time employee of the District holding the position of the Program Director of the De Anza MLT Program ("Program").

21. Defendants, sued under the fictitious names Does 1 through 10, are the public officials associated with the District who participated in the retaliatory and other unlawful acts against plaintiff.

## ALLEGATIONS OF JURISDICTION, TIMELINESS AND EXHAUSTION OF ADMINISTRATIVE REMEDIES

22. The District is located in the County of Santa Clara, and it is the principal place of business of all individual defendants.

23. On March 20, 2024, plaintiff submitted to defendants his letter demanding their permission for his enrollment. Exhibit A. Defendants did not answer.

24. On April 8, 2024, pursuant to Cal. Govt. Code §910 *et seq.*, Plaintiff submitted a written claim against the District. Exhibit B. The District did not answer. As per Cal. Govt. Code §911.6(c), the claim is deemed to have been denied on the 45th day of its submission, that is, May 23, 2024.

25. Plaintiff's attempts to resolve the claim administratively included his complaints to the Office of Civil Rights ("OCR") of the U.S. Department of Education, the U.S. Equal Employment Opportunities Commission ("EEOC") and the Civil Rights Department ("CRD") of the State of California. The EEOC and the CRD delegated their investigations to the OCR, which, in turn, stated that plaintiff's private action would be the most optimal

- 4 -

solution because the OCR has a decade-long backlog of cases. All administrative remedies have been exhausted at this point.

## SUPPLEMENTAL JURISDICTION OVER STATE CLAIMS

26. Plaintiff requests the Court to invoke its supplemental jurisdiction over the state claims pursuant to 28 U.S.C. § 1367 (a) because they "are so related to [the federal] claims in [this] action […] that they form part of the same case or controversy." The state claims here arise from the same set of operative facts as the federal claims.

## FACTUAL ALLEGATIONS AND LEGAL FRAMEWORK

### A.  Plaintiff's enrollment into the De Anza College

27. In the Fall Quarter of 2016, plaintiff, a long-term unemployed Electronics Engineer, enrolled into the De Anza College ("De Anza") Medical Laboratory Technician ("MLT") Program for professional retraining. Plaintiff was due to graduate by the end of 2017.

28. Plaintiff's retraining was sponsored by the County of Santa Cruz ("County"). Prior to plaintiff's enrollment into the Program, the County paid for his phlebotomy training at the Bay Area Medical Academy. A state phlebotomy license is a prerequisite for the Program admission.

29. The act of enrollment created mutual obligations of plaintiff and defendants. The following discusses the legal framework of those obligations and identifies the documents specifying them.

### B.  Obligations and contracts under California law

30. "An obligation is a legal duty, by which a person is bound to do or not to do a certain thing." Cal. Civ. Code §1427.

31. "An obligation arises either from:  One—The contract of the parties; or,

Two—The operation of law. An obligation arising from operation of law may be enforced in the manner provided by law, or by civil action or proceeding." Cal. Civ. Code §1428.

32. "A right arising out of an obligation is the property of the person to whom it is due." Cal. Civ. Code § 1458.

33. "A contract is an agreement to do or not to do a certain thing." Cal. Civ. Code §1549. "All persons are capable of contracting, except minors, persons of unsound mind, and persons deprived of civil rights." Cal. Civ. Code §1556.

34. "A contract is either express or implied." Cal. Civ. Code § 1619. "An express contract is one, the terms of which are stated in words." Cal. Civ. Code § 1620. "An implied contract is one, the existence and terms of which are manifested by conduct." Cal. Civ. Code § 1621.

35. "The consent of the parties to a contract must be: 1. Free; 2. Mutual; and, 3. Communicated by each to the other" Cal. Civ. Code § 1565. An apparent consent to a contract is not real or free when obtained through: 1. Duress; 2. Menace; 3. Fraud; 4. Undue influence; or, 5. Mistake Cal. Civ. Code §§ 1567, 1569 through 1575.

36. The contract or a part of it might be unconscionable. The unconscionable contract is not enforced to avoid an unconscionable result. Cal. Civ. Code § 1670.5 (a).

**C. The operation of law sets the primary relationship between defendants and plaintiff**

37. The California Community Colleges, which are an arm of the State of California, were formed by a series of amendments to the Cal. Ed. Code and are tightly regulated by law, primarily by Ed. Code, Title 3, Div. 5, Chapter 9 and Div. 7. Cal. Assembly Bill AB 1725; Cal. Ed. Code, Title 3, Div. 5, Chapter 9, §§66700 and Div. 7, §§70900-88933.

38. All operative authority over the California Community Colleges is in the hands of the Governor-appointed Board of Governors ("BOG") that could delegate its powers to the local

district Board of Trustees ("BOT"). Cal. Ed. Code §§66700, 71000, 70901(b), 70901(d), 70901.5, 70902, 66700; Cal. Gov. Code §11344; 5 CCR, Div. 6, § 52010.  The BOG has the discretionary authority limited by the statutes; the BOT's discretionary authority is limited by the statutes and the BOG regulations. *Ibid.*

39. The BOG regulations are published in Title 5, Div. 6 of Cal. Code of Regulations ("CCR"). <u>These regulations have force of law. Hence, the statutes and the CCR impose obligations under the operation of law on Cal. Community Colleges, their staff and their students.</u>

40. The following state regulations establish the obligations of defendants under the operation of law, which are relevant to this action:

(1) 5 CCR, § 51006 ["[…] unless specifically exempted by statute or regulation, every course, course section, or class, reported for state aid, wherever offered and maintained by the district, shall be fully open to enrollment and participation by any person who has been admitted to the college(s) and who meets such prerequisites as may be established [...]."] ;

(2) 5 CCR, § 58106 ["[…] all courses shall be open to enrollment by any student who has been admitted to the college […and met] prerequisites and corequisites […]."];

(3) 5 CCR, § 58108 ["(j) Except as otherwise provided by state law, no student shall be required to confer or consult with or be required to receive permission to enroll in any class from any person other than those employed by the college in the district. (k) Students will not be required to participate in any preregistration activity not uniformly required; nor shall the college or district allow anyone to place or enforce nonacademic requisites that are not expressly authorized in this chapter or in state law as barriers to enrollment in or the successful completion of a class."];

**D.  Contractual relationship between defendants and plaintiff**

41. The Catalog is the <u>express written contract</u> between defendants and plaintiff:

"The college catalog serves as an agreement between the college and students." Excerpts from the Catalog in Exibit C, p. 20.

42. Pursuant to the foregoing state regulations, the Catalog promulgates the Open Classes policy: "OPEN CLASSES. It is the policy of the Foothill-De Anza district that every course – unless specifically exempted by statute – will be open to any student who has been admitted to the college and meets the class prerequisites. […] See Title 5 of the California Code of Regulations. […]." Exhibit C, p. 25.

43. The MLT Program contents and the program prerequisites are defined in the Catalog. Exhibit C, pp. 35 – 36. The Catalog describes the MLT Program courses and their prerequisites. Exhibit C, pp. 38 - 41. Plaintiff is entitled to enroll in these courses upon his completion of the stated prerequisites.

**E. Courses required for plaintiff's graduation**

44. To graduate and become eligible for the state MLT license, plaintiff has to complete the following De Anza College courses: HTEC 180, HTEC 183, HTEC 184 and HTEC 185 ("Practicum courses"). These courses have no enrollment limitations, but the prerequisites. Exhibit C, p. 41.

**F. Plaintiff met all prerequisites for the Practicum courses**

45. Plaintiff successfully completed all prerequisites for the Practicum courses. See Plaintiff's De Anza Academic Transcript in Exhibit D. Defendants were obligated to permit plaintiff's enrollment into the Practicum courses. They denied him that enrollment because of the illicit practices of their program.

**G. Defendants illegally outsourced the Practicum courses to the external corporations**

- 8 -

46. In violation of *Cal. Constitution, Article IX, §§ 6 and 8,* other statutes, regulations and policies, the MLT Program outsourced the student training to the external corporations, foreign to the public system of education, and lost control over it.

47. The Practicum courses were made the fictitious empty shell courses taught by the fictitious "instructors of record." The empty shell courses cloaked the so-called "externship," a mandatory six-month full-time unpaid mandatory service work performed by the students for the benefit of the external corporations.

48. As a condition for the enrollment, the MLT Program required its students to attend the job interviews with those external corporations. The corporations were allowed to select the students for their business needs according to arbitrary criteria, such as their age and ability to bring the maximum profit to the corporations through their sixth-month full-time unpaid labor. Only the selected by the external corporations students were permitted to formally enroll into the Practicum courses.

**H. The external corporations disliked plaintiff's protected age and defendants denied plaintiff's enrollment because of it**

49. Plaintiff was denied enrollment because the external corporations deemed his age (55 y.o. at that time) unsuitable for employment with them upon graduation. Because of it, defendants denied plaintiff's enrollment. Plaintiff complained and raised the issue in the state court.

50. The issues brought up in this case were not addressed by the state courts. There is no *res judicata* or collateral estoppel. The only relevance of the state litigation is that plaintiff complained about discrimination and breach of obligations, for which defendants later retaliated.

**I. Termination of persons responsible for the prior practices and modification of practices**

- 9 -

51. As a result of the state litigation, the District terminated from their positions the MLT Program Director and the Associated Vice President of Instruction responsible for institution of the foregoing illegal practices. After their termination, the illegal practices allegedly were abrogated.

**J.  Plaintiff ascertained his right to enroll into the needed for graduation courses**

52. The state case ended up in the hands of a judge with the profound conflict of interest[1]. As his first step, he completely denied plaintiff any discovery. Plaintiff's discovery motions were ignored and defendants were permitted to deny plaintiff any documents, even such basic as the college catalogs and the District policies. Plaintiff's legally prescribed channels for discovery were entirely shot down. Through significant investigative efforts, plaintiff discovered from the alternative sources the documents clearly establishing that defendants violated their obligations and that their denial of plaintiff's enrollment into the Practicum courses was illegal.

**K.  Plaintiff's demand to permit his enrollment**

53. Upon completion of plaintiff's analysis of the discovered documents and learning about the significant management changes in the MLT program, on March 20, 2024, plaintiff submitted a request to defendants to permit plaintiff's enrollment into the outstanding courses required for his graduation. Exhibit A. Defendants did not respond.

---

[1] At the end of the state litigation, the presiding over the case Santa Clara Superior Court Judge Socrates Manoukian admitted in writing to his relationship with defendants. He was disqualified, yet remained on the case. In the long-criticized nepotistic arrangement, Judge Manoukian's wife, Patricia Bamattre-Manoukian, has been acting as the Presiding Justice of the Sixth Appellate District, to which the Santa Clara Superior Court is subordinated. While her husband's cases allegedly are not assigned to her directly, she is able to influence them in that small, geographically undivided appellate court. She also has a profound relationship with defendants. Any litigation within the Sixth Appellate District against the relations of the Manoukians is futile – the case would be inevitably transferred to Judge Manoukian and then influenced in the appellate court by his wife.

**L. Government Claim**

54. On April 8, 2024, pursuant to Cal. Gov. Code §910 *et seq*., Plaintiff submitted a claim against the District. Exhibit B. District did not answer. Per Cal. Gov. Code §911.6(c), the claim is deemed to have been denied as of May 23, 2024.

**M. Retaliation**

55. In retaliation for plaintiff's lawsuit and complains about age discrimination and breach of obligations by the public officials, defendants denied plaintiff enrollment into the required for his graduation courses, for which he is entitled. Plaintiff remains destitute, unemployed and unemployable, unable to complete his retraining.

**N. Trustees are not immune under Cal. Gov. Code §820.2**

56. Cal. Gov. Code §820.2 creates immunity for basic policy or planning decisions entrusted to the public agency (discretionary acts), yet it does not apply to operational decisions or decisions on implementation of agency policies (ministerial acts). *Caldwell v. Montoya* (1995) 10 Cal.4th 10 Cal.4th 972, 979-989. Indeed, the trustees have no authority to invalidate laws, government regulations and contractual obligations, or to authorize any behavior contrary to these authorities.

<b>CAUSES OF ACTION</b>

**FIRST CAUSE OF ACTION – Interference with plaintiff's civil rights to petition the government and seek redress of grievances in court afforded by the Privileges and Immunities Clause (U.S. Constitution, Article IV, Section 2); the First Amendment to the U.S. Constitution Petition Clause; the Fourteenth Amendment to the U.S. Constitution Equal Protection Clause and California Constitution, Article 1, Section 3 (a) (Against all defendants, under U.S. Code, Title 42, § 1983, Cal. Civ. Code § 52.1 and Cal. Ed. Code, § 66301)**

57. Plaintiff incorporates by reference the foregoing paragraphs of this complaint as though fully set forth herein.

58. By their retaliation for plaintiff's state lawsuit, defendants interfered with plaintiff's civil rights to petition the government and seek redress of grievances in court. Their retaliatory action intended to exemplarily punish plaintiff for his lawsuit and to chill plaintiff's and other students' exercise of their right to grieve and litigate.

59. The Privileges and Immunities Clause (U.S. Constitution, Article IV, Section 2), the First Amendment to the U.S. Constitution Petition Clause, the Fourteenth Amendment to the U.S. Constitution Equal Protection Clause and Section 3 (a) of California Constitution, Article 1 protect the right of the citizens to petition the government for redress of grievances.

60. Filing a lawsuit is a protected form of petitioning the government. E.g., see *Eastern R. Conference v. Noerr Motors*, 365 U.S. 127 (1961), *Missouri v. National Organization for Women, Inc.* 620 F.2d 1301 (1980), *Bill Johnson's Restaurants, Inc. v. NLRB*, 461 U.S. 731 (1983) ["the right of access to the courts is an aspect of the First Amendment right to petition the Government for redress of the grievances"], *BE&K Constr. Co. v. NLRB*, 536 U.S. 516 (2002) 246 F.3d 619 ["We have recognized this right to petition as one of 'the most precious of the liberties safeguarded by the Bill of Rights,' [Citation], and have explained that the right is implied by '[t]he very idea of a government, republican in form,' [Citation]."].

61. The above-described retaliatory behavior of defendants under the color of authority interfered with plaintiff's constitutionally enshrined civil rights.

62. Plaintiff is entitled to sue under U.S. Code, Title 42, § 1983 and under CIV § 52.1 (Bane Act).

63. Cal. Ed. Code, § 66301 forbids the public officials of California Community Colleges, the governing board of the districts in particular, to chill exercise of the First Amendment rights. Hence, plaintiff is entitled to sue under EDC § 66301.

- 12 -

**SECOND CAUSE OF ACTION – Retaliation for filing of an age discrimination complaint (Against all defendants under the Age Discrimination in Employment Act of 1967 (ADEA) (29 U.S.C. §§ 621-634); Age Discrimination Act of 1975 (42 U.S.C. §§ 6101 - 6107); Cal. Gov. Code § 12940(h) (FEHA) and 2 CCR § 11021)**

64. Plaintiff incorporates by reference the foregoing paragraphs of this complaint as though fully set forth herein.

65. By the above-described behavior, defendants retaliated for plaintiff's age discrimination complaints.

66. Defendants sent plaintiff to the job interviews, at which plaintiff heard discriminatory statements referring to his age. Plaintiff complained about and sued for age discrimination. Hence, the anti-retaliatory provisions (29 U.S.C. § 623(d)) of the ADEA apply.

67. Defendants operate the postsecondary educational institutions that receive federal financial assistance. Plaintiff complained about age discrimination perpetrated at one of those institutions. Hence, the anti-retaliatory provisions (34 CFR § 110) of the Age Discrimination Act of 1975 apply.

68. The state action filed by plaintiff against the District contained the age discrimination cause of action under FEHA (Cal. Gov. Code § 12940(a)). Cal. Gov. Code § 12940 (h) forbids retaliation for any opposition to the practices banned by FEHA.

69. Age discrimination is also forbidden under Cal. Code of Regulations, Title 2, Division 4.1, Chapter 5 (2 CCR § 11074 et seq.). Retaliation for the discrimination complaints is unlawful pursuant to Cal. Code Reg., Title 2, Division 4.1, Chapter 5, Subchapter 2 (2 CCR § 11021).

**THIRD CAUSE OF ACTION – Violation of Plaintiff's Civil Right to Due Process Afforded by the Fourteenth Amendment to the U.S. Constitution and California  Constitution, Article 1, Section 7(a) (Against all defendants under U.S. Code, Title 42, § 1983; and Cal. Civ. Code § 52.1 (Bane Act))**

- 13 -

70. Plaintiff incorporates by reference the foregoing paragraphs of this complaint as though fully set forth herein.

71. Students have a "legitimate entitlement to a public education as a property right." *Goss v. Lopez*, 419 U.S. 565 (1975). Educational deprivation at a public school involves "property and liberty interests that qualify for protection under the Due Process Clause of the Fourteenth Amendment." *Ibid.*

72. Also, plaintiff's rights arising from defendants' obligations are plaintiff's property under Cal. Civ. Code § 1458.

73. By the above-described behavior under the color of authority, defendants deprived plaintiff his liberty and property without due process of law, in contravention to the Fourteenth Amendment to the U.S. Constitution and California Constitution, Article 1, Section 7(a).

74. Plaintiff is entitled to sue under U.S. Code, Title 42, § 1983.and under Cal. Civ. Code § 52.1 (Bane Act).

**FOURTH CAUSE OF ACTION - Breach of Obligations Arising from Operation of Law (Against all defendants under Cal. Civ. Code § 1428)**

75. Plaintiff incorporates by reference the foregoing paragraphs of this complaint as though fully set forth herein.

76. By the foregoing behavior, defendants breached their obligations arising from the operation of law, to wit, 5 CCR, §§ 51006, 58106 and 58108.

77. Cal. Civ. Code § 1428 authorizes a civil lawsuit for a breach of such an obligation. Cal. Civ. Code § 3294 authorizes punitive damages, where such a breach occurred because of oppression, fraud or malice.

**FIFTH CAUSE OF ACTION - Breach of Contract (Tort claim against all defendants)**

COMPLAINT

78. Plaintiff incorporates by reference the foregoing paragraphs of this complaint as though fully set forth herein.

79. By the above-described behavior, defendants breached their written express contract with plaintiff. The provisions of the contract are stated in the Catalog.

80. Obligations arising from contracts are recognized by Cal. Civ. Code § 1428. A breach of contract is a tort, a cognizable cause of action. See CACI No. 303.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays for relief as follows:

    A. An award of general and special damages against all defendants, in the amount to be determined according to proof;

    B. An award of exemplary and punitive damages against individual defendants in the amount to be proved at trial;

    C. An award of plaintiff's costs, expenses and reasonable attorney's fees against all defendants;

    D. Declaratory judgment that defendants illegally retaliated for filing a complaint alleging age discrimination, interfered with plaintiff's exercise of his civil rights and breached their obligations to plaintiff ;

    F. An order that permanently enjoins defendants from the foregoing retaliatory practices;

    G. An order that defendants immediately permit plaintiff's enrollment into the accessible to him Practicum courses, which are required for plaintiff's graduation from the De Anza MLT Program;

    H. Such other and further relief as the Court may deem just and proper, including further injunctive and representative relief.

- 15 -

Dated: August 29, 2024

Gregory Steshenko, Plaintiff

COMPLAINT

# EXHIBIT A

# GREGORY STESHENKO

3030 MARLO COURT • APTOS, CA 95003

TEL.: +1.831.531.2254 • EMAIL: gsteshen@yahoo.com

March 20, 2024

<u>Via Email</u>

To:  Foothill-De Anza Community College District
Board of Trustees Members:

Patrick J. Ahrens, at ahrenspatrick@fhda.edu
Laura Casas, at casaslaura@fhda.edu
Pearl Cheng, at  chengpearl@fhda.edu
Peter Landsberger, at landsbergerpeter@fhda.edu
Gilbert Wong, at wonggilbert@fhda.edu

Faculty Director of the De Anza College MLT Program:

Alex Febo, at mltprogram@deanza.edu

I hereby request permission to enroll into the MLT practicum courses designated as HTEC 180, HTEC 183, HTEC 184 and HTEC 185. I have met all the prerequisites for these courses.

This request is made pursuant to:

(1) 5 CCR, § 51006 ["[…] unless specifically exempted by statute or regulation, every course, course section, or class, reported for state aid, wherever offered and maintained by the district, shall be fully open to enrollment and participation by any person who has been admitted to the college(s) and who meets such prerequisites as may be established […]."] ;

(2) 5 CCR, § 58106 ["[…] all courses shall be open to enrollment by any student who has been admitted to the college […and met] prerequisites and corequisites […]."];

**1**

(3) 5 CCR, § 58108 ["(j) Except as otherwise provided by state law, no student shall be required to confer or consult with or be required to receive permission to enroll in any class from any person other than those employed by the college in the district. (k) Students will not be required to participate in any preregistration activity not uniformly required; nor shall the college or district allow anyone to place or enforce nonacademic requisites that are not expressly authorized in this chapter or in state law as barriers to enrollment in or the successful completion of a class."];

(4) College Catalog ["OPEN CLASSES. It is the policy of the Foothill-De Anza district that every course – unless specifically exempted by statute – will be open to any student who has been admitted to the college and meets the class prerequisites. [...] See Title 5 of the California Code of Regulations. [...] The college catalog serves as an agreement between the college and students."].

Your denial or failure to give a timely response will cause submission of the government claim and further legal action.

Gregory Steshenko

Gregory Steshenko

2

# EXHIBIT B



**FOOTHILL-DE ANZA**
**Community College District**

12345 El Monte Road
Los Altos Hills, CA 94022-4599

Foothill College
De Anza College

### Claim Information Form

| | | |
|---|---|---|
| 1. | Claimant's Name: | Gregory Steshenko |
| 2. | Claimant's Contact Information | |
| | • Telephone Number: | (831)531-2254 |
| | • Email Address: | gsteshen@yahoo.com |
| | • Claimant's Address: | 3030 Marlo Court, Aptos, CA 95003 |
| 3. | Address to which notices should be sent: (if different than above) | |
| 4. | Date of occurrence or transaction on which the claim is based: | March 20, 2024 - April 8, 2024; ongoing |
| 5. | Location of occurrence or transaction on which the claim is based: | De Anza College Campus |
| 6. | Name of public employee(s) causing injury loss, or damage, if known: | Alex Febo  and the FHDA District Trustees enumerated in the attached exhibit. |
| 7. | Description of occurrence or transaction on which the claim is based: | Retaliatory denial of my enrollment into the courses required for graduation from the MLT program. |
| 8. | Description of injury, loss, or damage: | Lost earnings, emotional damages, punitive damages |
| 9. | Amount of claim and basis of computation of that amount: | Unlimited |

Signature of claimant or person
submitting claim on behalf of claimant

April 8, 2024

Date

FHDA Claim Letter and Form

Page **2** of **2**

Request Letter

From:  Greg Steshenko (gsteshen@yahoo.com)

To:  rcombs@f3law.com

Cc:  ahrenspatrick@fhda.edu; casaslaura@fhda.edu; chengpearl@fhda.edu; landsbergerpeter@fhda.edu; wonggilbert@fhda.edu; mltprogram@deanza.edu

Date:  Wednesday, March 20, 2024 at 10:54 PM PDT

Dear Mr. Combs,

Please find attached hereto the promised Request Letter. I'm aware of your direction to submit the letter to you only. But, since the incident touched upon in the letter is not in court yet and it is not quite clear whom you will be representing, I'm also carbon copying this email to potential defendants.

I'll be waiting for a response for a week. If you need any well justified extension, please let me know.

Sincerely,
-Greg Steshenko

Letter to Trustees and MLT Program Director.pdf
443.4kB

# GREGORY STESHENKO

3030 MARLO COURT • APTOS, CA 95003

TEL.: +1.831.531.2254 • EMAIL: gsteshen@yahoo.com

March 20, 2024

<u>Via Email</u>

To: Foothill-De Anza Community College District
Board of Trustees Members:

Patrick J. Ahrens, at ahrenspatrick@fhda.edu
Laura Casas, at casaslaura@fhda.edu
Pearl Cheng, at chengpearl@fhda.edu
Peter Landsberger, at landsbergerpeter@fhda.edu
Gilbert Wong, at wonggilbert@fhda.edu

Faculty Director of the De Anza College MLT Program:

Alex Febo, at mltprogram@deanza.edu

I hereby request permission to enroll into the MLT practicum courses designated as HTEC 180, HTEC 183, HTEC 184 and HTEC 185. I have met all the prerequisites for these courses.

This request is made pursuant to:

(1) 5 CCR, § 51006 ["[…] unless specifically exempted by statute or regulation, every course, course section, or class, reported for state aid, wherever offered and maintained by the district, shall be fully open to enrollment and participation by any person who has been admitted to the college(s) and who meets such prerequisites as may be established […]."] ;

(2) 5 CCR, § 58106 ["[…] all courses shall be open to enrollment by any student who has been admitted to the college […and met] prerequisites and corequisites […]."];

**1**

(3) 5 CCR, § 58108 ["(j) Except as otherwise provided by state law, no student shall be required to confer or consult with or be required to receive permission to enroll in any class from any person other than those employed by the college in the district. (k) Students will not be required to participate in any preregistration activity not uniformly required; nor shall the college or district allow anyone to place or enforce nonacademic requisites that are not expressly authorized in this chapter or in state law as barriers to enrollment in or the successful completion of a class."];

(4) College Catalog ["OPEN CLASSES. It is the policy of the Foothill-De Anza district that every course – unless specifically exempted by statute – will be open to any student who has been admitted to the college and meets the class prerequisites. [...] See Title 5 of the California Code of Regulations. [...] The college catalog serves as an agreement between the college and students."].

Your denial or failure to give a timely response will cause submission of the government claim and further legal action.

Gregory Steshenko

# EXHIBIT C









# DE ANZA COLLEGE

# 2020-2021 CATALOG



# TABLE OF CONTENTS

Academic Calendar ................................................................................................... 2

Welcome ................................................................................................................... 3

Vision, Mission and Values ...................................................................................... 4

About De Anza College ............................................................................................ 5

Campus Overview .................................................................................................... 6

Programs and Services ............................................................................................ 8

Financial Planning and College Costs .................................................................... 19

College and District Policies and Guidelines .......................................................... 20

Priority Enrollment ................................................................................................... 32

Degree, Career and Certificate Programs ............................................................... 38

Certificates and Degrees At a Glance ..................................................................... 41

Transfer Programs ................................................................................................... 43

Certificate and Degree Programs Section Guide .................................................... 55

Certificate and Degree Program Listings ................................................................ 58

Course Numbering System ...................................................................................... 139

Course Listings and Descriptions ........................................................................... 140

Faculty, Classified Professional and Administrator Listings .................................... 246

College Administration ............................................................................................. 258

Foothill-De Anza Community College District Board of Trustees ............................. 259

Drug-Free Schools and Campus Act ....................................................................... 260

Index ........................................................................................................................ 262

Campus Directory .................................................................................................... 266

Campus Map ............................................................................................................ 267



# ACADEMIC CALENDAR 2020-2021

## FALL QUARTER

**Sept. 21-Dec. 11, 2020**

Last day for international students to apply
for admission: July 31, 2020

Instruction begins: Sept. 21

Final examinations: Dec. 7-11

**Holidays**

*Veterans Day: Nov. 9*

*Thanksgiving recess: Nov. 26-29*

*Winter recess: Dec. 12-Jan. 3*

## WINTER QUARTER

**Jan. 4-March 26, 2021**

Last day for international students to apply
for admission: Oct. 31, 2020

Instruction begins: Jan. 4

Final examinations: March 22-26

**Holidays**

*Martin Luther King, Jr. Day: Jan. 18*

*Presidents' Day weekend: Feb. 12-15*

*Spring recess: March 27-April 4*

## SPRING QUARTER

**April 5-June 25, 2021**

Last day for international students to apply
for admission: Jan. 31, 2021

Instruction begins: April 5

Final examinations: June 21-25

**Holidays**

*Memorial Day weekend: May 29-31*

## SUMMER SESSION

For the latest information, see **deanza.edu/calendar**.

**Holidays**

*Independence Day: July 4*

*Labor Day: Sept. 6*

## ALTERNATIVE MEDIA

To request college materials in an alternate format, people with disabilities should contact the alternate media specialist at 408.864.5815.

## ACCURACY OF INFORMATION

Every effort has been made to ensure that the information in this catalog is accurate at the time of publication. Students and other users should be aware that laws, policies, rules, fees, programs and services may change, thereby altering the material in this catalog. Such changes may come in the form of statutes enacted by the federal or state government or policies and guidelines adopted by the California Community Colleges Board of Governors, state Chancellor's Office, the board of trustees or chancellor of the Foothill-De Anza Community College District, De Anza College governance, and the president of De Anza College or the president's designee. Users of this catalog should verify necessary information, which is generally found in most current form on the college website. See deanza.edu for the most current information.

The 2020-2021 De Anza College catalog is produced by the college's offices of Communications and Curriculum with the assistance of contributors from other departments.

Brandon Bailey, *Writer/Editor, Communications*

Edwin Carunga, *Graphic Designer, Communications*

Mi Chang, *Senior Technician, Academic Services*

Tracy Chung-Tabangcura, *Articulation Specialist, Academic Services*

Mary Clark-Tillman, *Coordinator, Academic Services*

Kit Perales, *Technician, Budget and Personnel*

Iman Seale, *Communications Associate, Communications*

Marisa Spatafore, *Associate Vice President, Communications and External Relations*

Martin Varela, *Director, College Fiscal Services*

Photos by Gino De Grandis Photography

De Anza College is a public, two-year college of the Foothill-De Anza Community College District
21250 Stevens Creek Boulevard | Cupertino, California 95014 | deanza.edu



# VISION, MISSION AND VALUES

## OUR VISION

Empower all students to attain their educational goals, develop an equity-based mindset and become civic leaders in their communities.

## MISSION STATEMENT

De Anza College provides an academically rich, multicultural learning environment that challenges students of every background to develop their intellect, character and abilities; to realize their goals; and to be socially responsible leaders in their communities, the nation and the world. The college engages students in creative work that demonstrates the knowledge, skills and attitudes contained within its Institutional Core Competencies:

- Communication and expression
- Information literacy
- Physical/mental wellness and personal responsibility
- Civic capacity for global, cultural, social and environmental justice
- Critical thinking



## VALUES

De Anza values and is committed to:

## INTEGRITY

We embrace honesty, credibility, clear communication and acting on our stated values. We strive to acknowledge and address issues that may be difficult to broach. The college's ability to fulfill its mission depends on a college community in which everyone feels included, respected and safe.

## INNOVATION

In all of our many roles, we will continuously and purposefully reflect in order to innovate and improve. We work to ensure our physical space is welcoming, conducive to learning and environmentally sustainable. We are committed to being innovative in our daily work, curriculum and use of technology. We work with our students to be creative, flexible, imaginative and inventive, and to prepare to contribute to a world that will demand skills and competencies not yet in view.

## EQUITY

We welcome students of all ages and backgrounds and connect with them, in their range of unique circumstances, to help them fulfill their dreams. We strive to design classes and services to the needs of those we serve. We value and embrace the intellectual contributions of a diverse spectrum of people and cultures. We strive for a diverse workforce that honors the contributions of all who work here.

## DEVELOPING THE HUMAN CAPACITY OF ALL STUDENTS

We will provide support in six key factors of student success. Our students will be:

- Directed, with a goal and the knowledge of how to achieve it.
- Focused, staying on track to achieve that goal.
- Nurtured, feeling that we want to, and do, help them to succeed.
- Engaged, actively participating in class and extracurricular activities.
- Connected, feeling that they are part of the college community.
- Valued, with their skills, talents and abilities recognized, and with opportunities to contribute on campus and feel that their contributions are appreciated.*

## INSTITUTIONAL CORE COMPETENCIES

Our students will be able to demonstrate knowledge, skills and attitudes in the following five areas:

- Communication and expression
- Information literacy
- Physical/mental wellness and personal responsibility
- Civic capacity for global, cultural, social and environmental justice
- Critical thinking

## CIVIC ENGAGEMENT FOR SOCIAL JUSTICE

We provide students with opportunities to enhance their potential for purposeful and productive lives. As a public institution, we contribute to the development of our local, state, national and global communities. We view our students and ourselves as agents of change, responsible for building the world in which all people are able to realize their dreams in ways that are environmentally sustainable and in alignment with the United Nations' Declaration of Human Rights.

*From "Student Support (Re)defined," a report of the Research & Planning (RP) Group of California Community Colleges, January 2013.

*Website:* deanza.edu/about-us/mission-and-values





# ABOUT DE ANZA

## ACCREDITATION

De Anza College is accredited by the Accrediting Commission for Community and Junior Colleges of the Western Association of Schools and Colleges, 10 Commercial Boulevard, Suite 204, Novato, CA 94949, 415.506.0234; accjc.org. The commission is an institutional accrediting body recognized by the Council for Higher Education Accreditation and the U.S. Department of Education.

Accredited colleges and universities generally give credit for comparable transfer level courses taken at De Anza College.

Pertinent coursework offered by the college has been approved by the Board of Governors of the California Community Colleges, the state Department of Education and the Veterans Administration, as well as the Council on Medical Education and Registration, the Board of Registered Nursing, Community Allied Health Education and Accreditation, and the American Bar Association.

## INSTITUTIONAL CORE COMPETENCIES

The Institutional Core Competency statements are a promise to the communities that support De Anza College that students graduating with an A.A. or A.S. degree, or who will transfer to a four-year college or university, will be able to demonstrate the knowledge, skills and attitudes contained within all of the five competency areas, based on general education and discipline-specific courses at the lower division level. Students who earn a certificate, or have taken courses for personal educational development, will be expected to demonstrate the knowledge, skills and attitudes specified within one or more of the five competency areas.

## COMMUNICATION AND EXPRESSION

Students will communicate clearly, express themselves creatively, interpret thoughtfully and logically, and engage actively in dialogue and discussion, while paying attention to audience, situation and (inter) cultural context. Communication and expression may be written or oral, verbal or nonverbal, informational or artistic.

## INFORMATION LITERACY

Students will recognize when information is needed and locate, critically evaluate, synthesize and communicate information in various formats. They will use appropriate resources and technologies while understanding the social, legal and ethical issues for information and its use.

## PHYSICAL/MENTAL WELLNESS AND PERSONAL RESPONSIBILITY

Students will recognize lifestyles that promote physical and mental well-being, engage in self-reflection and ethical decision-making, explore career choices and life goals, practice effective individual and collaborative work habits, and demonstrate a commitment to ongoing learning.

## CIVIC CAPACITY FOR GLOBAL, CULTURAL, SOCIAL AND ENVIRONMENTAL JUSTICE

Students will recognize their role as local, national and global citizens. They will participate in a democratic process, respect social and cultural diversity, appreciate the complexity of the physical world, and understand the significance of both environmental sustainability and social justice.

## CRITICAL THINKING

Students will analyze arguments, create and test models, solve problems, evaluate ideas, estimate and predict outcomes based on underlying principles relative to a particular discipline, interpret literary, artistic, and scientific works, utilize symbols and symbolic systems, apply qualitative and quantitative analysis, verify the reasonableness of conclusions, explore alternatives, empathize with differing perspectives, and adapt ideas and methods to new situations.

*– Adopted by the Academic Senate in spring 2009; updated spring 2014.*

## GENERAL EDUCATION PROGRAM

The General Education program reflects the conviction that students must have knowledge about certain basic principles, concepts and methodologies both unique to and shared by various disciplines. The faculty intends that the General Education program will provide students with the knowledge and skills necessary to evaluate and appreciate the physical environment, their culture and other cultures, the contributions of both men and women, and the society in which they live; and it will help them connect various fields of knowledge in order to become active, vibrant participants in a diverse and global society.

*–Taken from the General Education Statement of Philosophy*

## STUDENT RIGHTS AND RESPONSIBILITIES

Students at De Anza College have guaranteed rights, and assume responsibilities, under applicable state and federal law and regulations derived from these statutes. These rights and responsibilities include protection of freedom of expression and protection against improper evaluation in the classroom; access to, safekeeping and confidentiality of records; rights of freedom of association, inquiry and expression; participation in student governance with corresponding responsibilities; and the exercise of the rights of citizenship off campus. De Anza College has the responsibility to establish disciplinary proceedings and applicable penalties, within the law, for the violation of college rules and regulations. The colleges shall also establish procedures for grievances and complaints in order to provide a means for resolving alleged unfair or improper action by any member of the academic community.

*Board Policy 5500*
*See Administrative Procedure 5500*


## CAMPUS OVERVIEW

De Anza College is an institution dedicated at its core to diversity and to a multicultural learning environment.

The college offers 77 degrees, 103 certificates and more than 1,800 courses.

## HISTORY

De Anza was established in Cupertino on Sept. 11, 1967, as the Foothill Junior College District worked to meet local community demand for a second campus. Planning for De Anza began soon after the district's first campus, Foothill College, launched in temporary quarters in 1958 and filled to capacity after moving in 1961 to its permanent location in Los Altos Hills. Just four years after approving a $10.4 million bond measure for Foothill, community members readily voted in favor of a second bond measure, in the amount of $14 million, to build De Anza College.

De Anza was constructed on 112 acres of what was once a turn-of-the-century wine-producing estate that the district purchased for $1.1 million. Guiding principles for the new college called for creating an "open door" institution to serve students with a wide variety of abilities, aptitudes and interests; an atmosphere of "friendly informality between faculty members and students"; and a campus that conveyed a sense of "quiet dignity" and "higher learning."

De Anza's enrollment has grown from 3,000 students in its first year to almost 19,000 today

Since its earliest days, De Anza has embodied a set of fundamental values that remain embedded in its culture. A deep concern for equity and social justice took root during the college's formative years, influenced by the sweeping social and political changes of the 1960s and 1970s. In intentionally cultivating a new educational community, the founders of what became the Foothill-De Anza Community College District placed a premium on excellence and innovation, and searched out faculty with a passion for teaching.

These foundational values continue to shape De Anza's institutional character today. They are evident in De Anza's deep commitment to providing a learning environment that is inclusive and welcoming to all students, and the college's concerted effort over the past decade to achieve educational equity across racial and ethnic groups.

## STUDENT SUCCESS

All De Anza students can find support through the Student Success Center, which can help them connect with a supportive community of instructors, counselors, advisers, tutors, peer mentors and study groups. The center can also direct students to study skills classes, and workshops on critical thinking and time management. In addition, Learning Communities provide many students with a network of support as they take classes and participate in other activities as a group.

Since 2014, the college has used funding from the state's Student Success and Support Program (SSSP) to provide counselors within instructional divisions and Learning Communities, where they can work closely with students and offer assistance tailored to their circumstances and their educational goals. De Anza also has expanded its Office of Outreach and Relations with Schools to provide core services in high schools and work with new students on campus to assist them in completing their comprehensive educational plan and provide counseling and advising, peer support, follow-up and connection to campus resources for increased student retention and success.

These support systems are among the reasons De Anza has one of the highest university transfer rates among community colleges in California. A 2008 case study by the California Community Colleges Research and Planning (RP) Group concluded that De Anza's high transfer rate is attributable to its strategic approach to institutional development; its encouragement and support of academic excellence and achievement; its tradition of innovation; and its experimentation with ways to integrate student services with instruction. The college consistently ranks at or near the top statewide in transfer to four-year institutions, according to the state Chancellor's Office Velocity Data Mart.

De Anza's commitment to historically underserved students also is seen in its long history of programs for students with disabilities, which date to 1973. In 2019-20, the college served 1,264 students with disabilities.

## SUSTAINABILITY, LEARNING FACILITIES AND BOND MEASURES

Just as the civil rights movement shaped De Anza in its early days, the environmental movement has galvanized a wide range of activities on the campus among students, faculty and staff. De Anza's commitment to sustainability as a core value is evident in daily improvements ranging from 100% biodegradable containers and utensils in the cafeteria to drought-tolerant landscaping and weather-responsive irrigation on the grounds.

In 2016, De Anza became the first community college to be certified as a Bay Area Green Business. The program distinguishes organizations that protect, sustain and preserve the environment. The city of Cupertino also awarded the college with a GreenBiz certification, an offshoot of the Bay Area Green Business program.

Through the work of its College Environmental Advisory Group (CEAG), De Anza in 2007 became the first community college in the nation to develop its own Sustainability Management Plan to guide continual improvement. The college's Environmental Studies Department, housed in the Kirsch Center for Environmental Studies, has provided inspiration for the campus as the first "green" demonstration building in the California community colleges. The department has developed an extensive sustainability curriculum leading to certificates and degrees in three program areas. The Cheeseman Environmental Study Area contains several diversified ecosystems and is located next to the Kirsch Center for Environmental Studies.

De Anza College is committed to using sustainable building methods and materials. Nine of its buildings have been certified as meeting national LEED standards for environmental sustainability: the Kirsch Center for Environmental Studies and the Media & Learning Center – both rated LEED Platinum; the Baldwin Winery and the

Visual & Performing Arts Center (VPAC) – rated LEED Silver; and the East Cottage, Multicultural Center (MCC), Registration & Student Services (RSS) building, Science Center and Seminar (SEM) building – LEED certified.

Among the comprehensive athletic facilities are a 5,000-seat stadium, aquatics complex, gymnasiums, fields and courts. Specialized facilities include the De Anza Planetarium, which houses the only Infinium S Star projector outside Japan, and the VPAC, which includes a 400-seat performance and lecture hall and the Euphrat Museum of Art. These facilities, along with the California History Center and other buildings across campus, are spaces for the college's extensive program of cultural and educational activities that contribute to the enrichment of the students and community.

De Anza's state-of-the-art facilities have been made possible by community support of two bond measures: Measure E for $248 million was approved by Foothill-De Anza Community College District voters in 1999, and Measure C for $490.8 million was approved in 2006. In addition to construction, bond proceeds have funded extensive building renovations; upgrades of critical electrical and mechanical systems; installation of energy-producing solar arrays; and restoration of two historic campus landmarks: the old stone Baldwin Winery building, which now houses Financial Aid, and the estate's once-crumbling Trianon building, home to the college's California History Center. Facilities are available for community rental.

Voters again showed their support in 2020 by approving the Measure G bond issue to provide up to $898 million to upgrade and repair facilities, classrooms and labs, and to acquire, construct and repair facilities, equipment and sites.

## COMMUNITY AND CIVIC ENGAGEMENT

Community and civic engagement is a focus of the college. The Institute for Community and Civic Engagement (ICCE) was launched in 2006 to work with students on civic and leadership skills and provide them with opportunities to be agents of social, economic and political change in their communities. In 2015, the ICCE

was renamed the Vasconcellos Institute for Democracy in Action (VIDA) in honor of the late state Sen. John Vasconcellos.

VIDA offers a range of opportunities for students, including a certificate in Leadership and Social Change. VIDA facilitates service learning for more than 2,000 students annually and maintains active relationships with more than 25 community partners that work with students in their service learning placements. Classes that include at least 12 hours of mandatory service are designated with an "E" and totaled on student transcripts. VIDA sponsors several initiatives and co-sponsors conferences where hundreds of historically underrepresented high school students learn about attending college and becoming active in the community. VIDA also houses the HEFAS (Higher Education for AB540 Students) Undocumented Center, which provides supportive services, scholarship information, community resources and leadership and advocacy opportunities.

De Anza students also have extensive opportunities to become engaged through the active leadership of the De Anza Associated Student Body (DASB), which in addition to on-campus and community activities mobilizes in statewide advocacy efforts for public higher education.

## EQUITY, SOCIAL JUSTICE AND MULTICULTURAL EDUCATION

De Anza College defines student equity not as providing each student with the same support, but rather connecting with students in their unique range of circumstances and supporting them in their individual journeys to academic success.

To achieve this goal, the Office of Equity, Social Justice and Multicultural



Education partners with college leadership, faculty members, classified professionals and the Equity Action Council to provide ongoing resources, measurements and focused attention on enhancing student success. De Anza College is committed to increasing transfer rates and the awarding of degrees and certificates; improving access, course completion, course retention and persistence; and equalizing student success rates by gender, race, ethnicity and disability. The college works to address achievement and opportunity gaps by providing developmental opportunities and educational forums across the campus, and through the Equity Office, enhancing the ability of faculty members, classified professionals and administrators to provide culturally responsive support and guidance for students and each other, with the goal of creating a fully inclusive community. Using the philosophy and approach of social justice and multicultural education, student equity is achieved through rigorous ongoing accountable processes that will work toward ensuring equality of outcomes in all measurements of student access and achievement.

More information on the Equity Office is available on page 11.





# COLLEGE PROGRAMS AND SERVICES

## ASSESSMENT CENTER

The Assessment Center oversees student assessment and placement for the English, English as a Second Language (ESL) and Math course sequences. The center also administers exams for placement into Chemistry 1A, Biology 6A and Biology 40A. Students can view their placements on MyPortal.

**Location:** RSS 144
**Website:** deanza.edu/assessment

## ATHLETICS

De Anza is a member of the Coast Conference, the Northern California Football Conference, and the California Community College Athletic Association. We are the proud home of 12 consecutive Coast Conference All-Sports trophies – awarded to the top athletic program in the region. Varsity teams compete in eight sports for men: baseball, basketball, cross country, football, soccer, swimming and diving, track and field, and water polo. The eight sports for women include badminton, basketball, cross country, soccer, swimming and diving, track and field, volleyball and water polo.

All entering students have two years of eligibility at the community college level and must be enrolled in 12 units while competing. Nine of those units must be attempted in courses that are consistent with the student-athlete's educational plan. Most athletic programs follow a yearlong calendar of conditioning, training and competition. The Athletics Department offers dedicated full-time support staff members; special academic cohorts including REACH (Reading, English, Athletics, Counseling and Humanities) and FAST (Football Academic Success Team); and leadership development opportunities in the Student-Athlete Advisory Council. Information about each program and coach can be found on the Athletics Department website.

**Director Location:** PE 5, Room 51F
**Telephone:** 408.864.8745
**Website:** deanza.edu/athletics

## BASIC NEEDS

Students who struggle with food or housing insecurity – or other financial emergencies – should know that they are not alone. De Anza College is committed to providing information about available resources, including food assistance, emergency cash grants and options for housing and transportation.

**Website:** deanza.edu/resources

## BOOKSTORE

The De Anza College Bookstore is located in the Registration & Student Services Building. The Bookstore is the one-stop source for textbooks, including rental textbooks, reference books, study aids and school, art and office supplies. The Bookstore also sells De Anza College logo clothing and gifts, Scantron forms, pencils and convenience store items. The Bookstore offers computers, software and supplies at educational discounts.

**Telephone:** Textbook information
408.864.8455
General information
408.864.8701
**Website:** deanza.edu/bookstore
*(includes 24-hour online textbook orders, school supplies, logo clothing orders, online faculty textbook requisitions, hours of operation, buyback dates and special events)*

## CALIFORNIA HISTORY CENTER

The California History Center is an active focal point for the study of California and has been recognized as an Outstanding Educational Facility by the state of California, while receiving numerous other awards and honors. The center is housed in the rehabilitated Trianon building, located on the De Anza College campus and listed on the National Register of Historic Places. The center is dedicated to promoting the study of local and regional history and encouraging the development of a vibrant civic and cultural life for the community. Students, faculty, staff and community members are welcome to utilize the center's resources: credit courses, changing exhibits, lectures and special events, and publications including its quarterly membership magazine, Californian, and local history books.

Another history center resource is the Stocklmeir Library and Archives, a growing collection of materials on California and on almost every aspect of Santa Clara Valley's development. A book and journal collection and archives, including student research papers, audio and video oral history, photographs, manuscripts, ephemera, newsletters, clippings and pamphlets are available for research.

The CHC also houses the Audrey Edna Butcher Civil Liberties Education Initiative, which engages students and the general public on civil liberties issues.

**Telephone:** Executive Director
408.864.8986
Library/Archives
408.864.8987
**Website:** deanza.edu/califhistory

## CAREER TRAINING PROGRAMS

De Anza offers career training in 23 different subject areas, most with hands-on learning, internship opportunities and curriculum developed with input from industry experts. These programs are designed to prepare students for immediate employment or transfer to a four-year university, and to enhance career prospects for working professionals. A number of De Anza's career training programs have earned special recognition from the chancellor's office for California community colleges, which found they met or exceeded goals for helping students increase earnings and find employment in a job similar to their field of study.

**Website:** deanza.edu/career-training

# COUNSELING AND ACADEMIC ADVISING

De Anza offers counseling and advising services to help students set academic goals and find support services to achieve them.

The general Counseling and Advising Center provides comprehensive services for students who seek assistance with a variety of concerns. Additional counselors and academic advisers are assigned to various instructional divisions, Learning Communities and other campus offices, where they work closely with students in those areas and provide assistance tailored to their circumstances and educational goals. Office of Outreach counselors work with new students as well as students participating in the De Anza College Promise and Men of Color Community.

Academic advisers assist with developing educational plans and addressing academic concerns. Counselors provide academic advising as well as educational, personal and career counseling. These services include:

**Academic Advising**
- Individual educational planning
- Determination of transfer requirements
- Applying for a certificate or degree

**Educational Counseling**
- Individual educational planning
- Selecting a major
- Time management
- Study skills
- Test anxiety
- Introduction to College course

**Career Counseling**
- Career and life planning courses
- Exploration of career goals based on personal assessment
- Development and implementation of career plans

**Personal Counseling**
- Self-awareness
- Interpersonal communication
- Stress management
- Relationship counseling
- Clarification and resolution of problem areas
- Referral to off-campus resources

Counselors act as catalysts to help students define their own questions, explore their own alternatives and ultimately find their own answers.

Office hours for counselors and academic advisers are posted online, but may be subject to change, especially during academic breaks. Counselors and advisers may be seen on a drop-in basis or by appointment. Students can find their counselors and learn how to contact them or make an appointment by visiting deanza.edu/our-counselors.

Under the Federal Educational Rights and Privacy Act, counselors cannot disclose a student's educational records to a third party without the student's consent. This includes such information as a student's name, attendance record, address, phone number, family contact information, campuswide ID, grades, health information and discipline reports.

*Location:*    General Counseling and Advising: RSS, Second Floor
*Website:*    deanza.edu/our-counselors

## DASB CARD

The purchase of a DASB Card provides benefits to students and to the campus as a whole. The card provides the funds needed to support programs and services to the student such as clubs, seminars, guest speakers, athletics, creative arts productions, legal advice, loans, culturally diverse programs and campus publicity.

The DASB card is the property of the college and must be surrendered for needed replacement or by request of the Foothill-De Anza Community College District police.

The purchaser of the DASB Card is entitled to the following benefits:
- Eligibility to run for student government office
- DASB scholarships
- Free admission to all home athletic games
- Participation in student clubs and organizations
- Discount movie passes
- Legal advice service
- Use of computers in the Open Media Lab

See College Life on page 9.
*Website:*    deanza.edu/collegelife/idcard

## DINING SERVICES

Dining Services, located on the upper level of the Campus Center, serves breakfast, lunch and dinner. Menu items include an organic salad bar, burgers, hot and cold sandwiches, specialty pizzas, pasta, Vietnamese pho, Mexican food and Korean bibimbap. An assortment of snacks, desserts and beverages is also available. Private dining rooms are available by reservation by calling the Dining Services office. Banquet catering services are available for both on-and off-campus events.
*Telephone:*    408.864.8515
*Website:*    deanza.edu/dining

# DISABILITY SUPPORT PROGRAMS AND SERVICES (DSPS)

## ADAPTED PHYSICAL EDUCATION

The Adapted Physical Education (APE) program provides exercise classes for individuals with physical limitations and disabilities.
*Location:*    Building PE 6 (near the pool)
*Telephone:*    408.864.8885
*Website:*    deanza.edu/dsps/ape

## DISABILITY SUPPORT SERVICES

Disability Support Services (DSS) provides services and instruction to students with physical, psychological, chronic health, hearing, visual, learning and spectrum disabilities. These services and accommodations include ASL interpreting, captioning, mobility, tutoring, assistive technology support and training as well as testing accommodations.

Visually impaired students have the services of an alternate media specialist to assist them with curricular modifications such as ordering materials in special media.

Deaf and hard-of-hearing students have the assistance of an interpreter/scheduler with registration, interpreting and captioning services in the classroom, and a campus liaison.
*Location:*    RSS 141
*Telephone:*    408.864.8753 (Voice)
                       408.864.8748 (TTY)
*Email:*    dss@deanza.edu
*Website:*    deanza.edu/dsps/dss

## LEARNING DISABILITY SUPPORT

The DSS Learning Disability Support team assists students in discovering their learning styles and academic strengths and weaknesses, and assesses eligibility for learning disability services.

An adult with learning disabilities has average or above-average intelligence and needs assistance in one or more of the following areas: reading, spelling, math, writing, problem solving, memory and organizational skills. All eligibility

assessments are done on an individual basis, and a personalized plan of instruction is developed according to the student's abilities and needs. The following services are available to eligible students: registration assistance, tutoring, specialized instruction, and campus and community liaison.

**Location:** RSS 141
**Telephone:** 408.864.8838
**Website:** deanza.edu/dsps

## HOPE PROGRAM

The Hope-De Anza cooperative program is designed to serve adults with developmental disabilities who would benefit from a comprehensive rehabilitation and educational program. Training assists the individual in developing the attitudes, behaviors, work skills and self-confidence leading to competitive, supported or sheltered employment.

The program uses a team approach that considers the total individual, with emphasis on the development of an individualized and prescriptive vocational and educational plan.

**Locations:**
3080 Alfred St., Santa Clara
1555 Parkmoor Ave., San Jose
**Telephone:** 408.282.5012
**Website:** deanza.edu/dsps/hope

## EDUCATIONAL PLAN/ DEGREE WORKS

Students create an educational plan in Degree Works, found on MyPortal. During orientation, new students learn how to create an abbreviated educational plan for their first one or two quarters. Students must then develop a comprehensive educational plan for three quarters or more. Both orientation and an educational plan are required steps in obtaining priority enrollment.

Students can also perform a degree audit in the Degree Works app on MyPortal, to see what courses they have completed and which requirements remain to be completed in order to finish their degree or certificate. Degree Works will indicate what percentage of their degree has been completed. This information may be used by the Financial Aid office to determine if students are on track to complete their degree and maintain their financial aid eligibility. Degree Works' educational plan function allows students or counselors to create a multi-quarter plan for registration, including their degree requirements. This plan may also be used by the Financial Aid office in appeals or to determine if a student has an approved plan on file.

Students who are considering a change of major can run "what if" scenarios to compare their progress in other majors. A "change major" function is available in MyPortal if students find they are making better progress in a different major or program or wish to pursue a different area of study. Students can also change their educational goal in MyPortal.

## EOPS AND CARE

Extended Opportunity Programs and Services (EOPS) provides support services for economically and academically disadvantaged students. Services include academic and personal counseling; assistance in completing admission, registration and financial aid forms; and early registration and university transfer services.

As part of EOPS, the Cooperative Agencies Resources for Education (CARE) program provides support services to single heads of household receiving Temporary Assistance for Needy Families (TANF). CARE students receive academic and personal counseling, early registration and financial assistance with child care, books and transportation.

**Location:** Campus Center, Lower Level
**Telephone:** 408.864.8950
**Website:** deanza.edu/eops

## EQUITY, SOCIAL JUSTICE AND MULTICULTURAL EDUCATION (OFFICE OF)

The Office of Equity, Social Justice and Multicultural Education (Equity Office) promotes an academic, cultural and social environment that supports equity, social justice and academic success for all members of the campus community. The Equity Office has expanded the mission of fostering a climate of healthy diversity that values individual and group differences and respects the perspectives of others by working to eliminate barriers that perpetuate inequity, injustice and mono-cultural education. The office works to deepen acceptance and understanding of diverse cultural and ethnic groups, including racial, gender, LGBTQQI+, religious, differently abled, and economic and political affinity groups.

More information on student equity and the Equity Office is available on page 7 and online.

**Location:** MLC 250
**Telephone:** 408.864.5636
**Email:** equityoffice@deanza.edu
**Website:** deanza.edu/equityoffice

## EUPHRAT MUSEUM OF ART

The Euphrat Museum of Art, located at the front of the Visual & Performing Arts Center, presents engaging exhibitions and educational materials that provide a resource of visual ideas and a platform for communication. It is a forum of ideas about art expressed through one-of-a-kind exhibitions and events. Nationally recognized, the Euphrat program:



- Highlights the heritage of different cultures
- Enhances understanding of art fundamentals, art history and esthetics
- Augments college instruction in multiple disciplines

The Euphrat hosts an annual De Anza Student Art Show. Students participate in all aspects of museum operations, including the Euphrat's Arts and Schools Program that provides art classes to elementary and middle-school students in the community.

Receptions for the artists are free and open to the public. Call the Euphrat to schedule a group tour.

The Euphrat is a part of De Anza's Community Education Division (see page 9).

**Location:** Euphrat Museum of Art, VPAC
**Telephone:** 408.864.5464
**Website:** deanza.edu/euphrat

## FINANCIAL AID AND SCHOLARSHIPS

Financial aid is available through the college for students who need financial support to pursue their education. The college provides assistance in the form of grants, scholarships, loans and part-time jobs, as well as the De Anza College Promise program. Except for scholarships and the De Anza College Promise, all programs require that a student show financial need in order to qualify.

### APPLICATION PROCEDURE

Most students should use the Free Application for Federal Student Aid (FAFSA), available at fafsa.gov. Carefully follow the directions provided. Undocumented students should use the California Dream Act application available at dream.csac.ca.gov, instead of the FAFSA. Applications for each new academic year are available on Oct. 1. Deadlines for the various programs vary considerably. Generally, financial assistance is provided as long as funds are available. Students are encouraged to call or visit the Financial Aid office for more information and to check the website frequently for updates.

### ABILITY TO BENEFIT

Ability-to-benefit options for establishing general student eligibility for federal student aid have been eliminated for students who

first enroll in a program of study on or after July 1, 2012. All students seeking federal financial aid will need to have a high school diploma or GED, or have been home-schooled in order to meet the academic qualifications for general eligibility.

### FINANCIAL AID PROGRAMS

The following programs are offered:

**De Anza College Promise**
Get your degree – or transfer – free! The De Anza College Promise provides free tuition and fees for two years, plus $1,000 toward books and materials, for first-time college students who are planning to attend full time. Students can apply by filing the Free Application for Federal Student Aid or the California Dream Act Application and listing De Anza College on the application. Students must be California residents (or eligible for nonresident tuition exemption) and maintain full-time status to remain eligible for this program. Learn more at deanza.edu/promise.

**Grants**
- Supplemental Educational Opportunity Grants (SEOG)
- Pell Grants
- Extended Opportunity Program Grant (EOPG)
- Cal Grants B and C
- Student Success Completion Grant

**Loans**
- Federal Direct Loan
- Direct Plus Parent Loans

**Part-Time Jobs**
- Federal Work Study Program

**Waivers**
- California College Promise (formerly the Board of Governors' Fee Waiver)

**Scholarships**
Students may apply to a variety of scholarships using the AcademicWorks program in MyPortal. AcademicWorks provides personalized scholarship recommendations. Amounts and qualifications vary with each scholarship. Scholarships are offered through the college, district and outside organizations.

**AB 540 Students**
Students admitted under AB 540 are eligible to apply for the California College Promise, De Anza College Promise, Cal Grants and many private scholarships. Most AB 540 students should use the California Dream Act Application instead of the FAFSA.

**Location:** Baldwin Winery Building
**Voicemail:** 408.864.8718

**Email:** financialaid@deanza.edu
**Website:** deanza.edu/financialaid/apply

## FOOD PANTRY

Students experiencing food insecurity can get free food from the Food Pantry program operated by the Office of Outreach in RSS 127 and satellite locations around campus. The Outreach office also helps students apply for CalFresh benefits and coordinates emergency food vouchers, a mobile food pantry and a mobile farmer's market.

**Location:** RSS 127
**Telephone:** 408.864.8327
**Website:** deanza.edu/outreach/food_pantry

## GUIDED PATHWAYS

The Guided Pathways initiative helps provide students with clear paths to achieve their academic goals. Students can explore areas of academic interest through meta-majors, which are clusters of related subjects. This creates opportunities for students to discover their future majors and careers while still achieving their goals in a timely manner. The initiative provides students with a suggested plan to advance through their required courses, quarter by quarter, while also directing them to support services that will assist them in maintaining progress toward their goals.

**Website:** deanza.edu/guided-pathways

## HEALTH SERVICES

Student Health Services provides a variety of confidential, free and low-cost services. Free services include first aid, blood pressure checks, TB testing, flu shots, over-the-counter medicines, smoking cessation, pregnancy tests, condoms and health education information. Short-term psychological and personal counseling services are also provided free of charge.

Services at reduced cost include well-woman exams, physical exams, birth control, emergency contraception and immunizations.

**Location:** Campus Center, Lower Level
**Telephone:** 408.864.8732
**Website:** deanza.edu/healthservices

## HOUSING

De Anza does not operate any housing facilities, but the Office of College Life maintains a webpage that provides information about off-campus rental listings and room-sharing services. The college does not assume responsibility for any housing facilities. See deanza.edu/housing.

Students who are experiencing housing insecurity or homelessness can find information about resources available to them at deanza.edu/resources.

## INTERNATIONAL STUDENT PROGRAMS

The office of International Student Programs (ISP) addresses the needs of De Anza's international (F-1 Visa) students and helps them adjust to their lives in the United States. Prospective and degree-seeking international students are encouraged to contact the office, visit the campus and view ISP's website.

ISP has a professional, multilingual staff who are well-informed about educational development, personal and financial planning, cross-cultural issues, immigration rules and regulations, and community programs and resources. The international student counselors assist international students in designing their educational plans and prepare students for their transfer to a four-year university to continue their undergraduate education.

Each quarter, ISP organizes an orientation program for all new international students, covering a wide range of topics, including assessment, health issues, academic skills, personal safety, banking and transportation. ISP also conducts numerous workshops throughout the academic year on a broad range of topics such as employment, transfers to four-year universities and F-1 Visa rules. To help international students in their adjustment to life in the Bay Area and the United States, ISP organizes a selection of social and cultural programs and activities. To protect international students from the high costs of medical care in the U.S., all F-1 Visa students are required to purchase and subscribe to the international student health insurance selected by the Foothill-De Anza Community College District.

**Location:**   RSS, Second Floor
**Telephone:**  408.864.8826

**Email:**      dainternational@deanza.edu
**Website:**    deanza.edu/international

## LEARNING COMMUNITIES

Learning Communities provide students with the opportunity to connect more closely with classmates, instructors and advisers. By actively participating in a program, students have access to fun, friendly environments with proven success rates. Success, support and friends are hallmarks of these programs.

**Website:**    deanza.edu/learning-communities

### FIRST YEAR EXPERIENCE (FYE)

FYE is an academic support program for first-time students who are also the first in their families to attend college. FYE integrates multiple fields of study with community engagement, and provides students with practical insight on how to have a successful college experience. Students enrolled in FYE will have:

- Common readings and assignments in all classes
- Academic and personal support from a counselor
- Fun while learning and building community

**Location:**   LCW 102
**Telephone:**  408.864.8470
**Email:**      fye@deanza.edu
**Website:**    deanza.edu/fye

### HONORS

The Honors program provides students the opportunity to explore subjects in depth. Honors projects challenge students to think more analytically and to make more connections between their classes and with the world, helping them transform themselves, their communities, and their environment. The Honors program is designed to:

- Challenge students to achieve their intellectual potential
- Improve students' critical thinking, writing and discussion skills
- Help students understand connections between disciplines
- Encourage close interaction among students and with instructors
- Support timely and appropriate university transfer objectives

**Location:**   S33B
**Telephone:**  408.864.8833

**Email:**      dahonors@deanza.edu
**Website:**    deanza.edu/honors

## HUMANITIES MELLON SCHOLARS

The Humanities Mellon Scholars program is designed to expose a diverse population of students to the humanities – which can help students develop essential skills for innovation, critical thinking and problem solving. Participants can take classes together, earn a Certificate of Achievement in Humanities and get ready for transfer in two years. They're also eligible for paid internships and other financial help, workshops, social events and guaranteed admission for up to 20 students to the University of San Francisco.

**Email:**      camminfalk@fhda.edu
**Website:**    deanza.edu/mellonscholars

### IMPACT AAPI

IMPACT AAPI works to support and challenge Asian American and Pacific Islander students and to close the gaps in academic achievement and transfer by focusing on students from backgrounds that are historically underrepresented in higher education. The program was initially funded through an Asian American and Native American Pacific Islander-Serving Institutions (AANAPISI) grant from the U.S. Department of Education.

**Location:**   LCW 102
**Email:**      impactaapi@deanza.edu
**Website:**    deanza.edu/impact-aapi

### LATINX EMPOWERMENT AT DE ANZA (LEAD)

Open to all students, Latinx Empowerment at De Anza (LEAD) provides mentorship and opportunities for community engagement. Students in the program develop their leadership skills by engaging in course-related service learning projects while reading and writing about Latinx culture, history, literature and social issues.

The goal of the program is to help students find a connection to the college and their communities, and to understand their power as agents for positive social change. Cornerstones of the program are community service, social justice and developing a sense of *familia*.

**Location:**   Equity and Engagement Division, MLC 250
**Email:**      lead@deanza.edu
**Website:**    deanza.edu/lead

which can be found in the course listings. The Library Computer Lab on the first floor of the Library has 48 workstations. Students can check email, access the internet and prepare projects using Microsoft Office software. Workstations with assistive technology for accessibility as well as viewing stations for watching DVDs are available.

| | |
|---|---|
| *Location:* | Library |
| *Circulation:* | 408.864.8761 |
| *Reference:* | 408.864.8479 |
| *Website:* | deanza.edu/library |

## OCCUPATIONAL TRAINING INSTITUTE (OTI)

The Foothill-De Anza Community College District's Occupational Training Institute (OTI) offers career training for students who are eligible through CalWORKs (TANF/ Welfare to Work), Workforce Innovation & Opportunity Act (WIOA), Trade Adjustment Assistance (TAA) and Computer Technical Support (CompTechS). Services are designed to prepare students with the specific skills needed for the local job market.

OTI offers students a wide selection of Career Training programs such as accounting, business, computer information systems, computer science, enterprise security, health technology, network administration, paralegal studies, design and manufacturing (CNC) and many other career programs.

### CALWORKS

OTI supports CalWORKs students by assisting with enrollment into transfer or Career Training programs, on-campus paid work-study, advocacy and liaison with the referring county and supportive services. Students who participate in CalWORKs are eligible for reimbursement for college fees, academic, career and personal counseling, development of an approved individualized education plan; as well as help with purchasing required textbooks, child care, priority registration and referrals to various community services such as health care, housing, clothing, food and a free computer for school work.

### WIOA/TAA

Depending on the referring or contracting agency's policies and approved funding, students may be approved for payment of college fees, textbooks, supplies, parking fees or other unanticipated costs. All WIOA/TAA students are eligible for a free computer for school work. If a student is referred to OTI by a contracting agency such as the Workforce Board, the agency is responsible for paying OTI's administrative fee of $693.23 per quarter, subject to change by state or district action. Students who are not referred by a contracting agency will be responsible for paying OTI's administrative fees.

### COMPTECHS

CompTechS provides a unique opportunity for students who are interested in exploring careers in the tech industry. Students are trained on professional skills related to all aspects of a working environment. Through hands-on instruction, students learn how to refurbish donated computers that are then made available to needy students at no cost. Students may also have opportunities to apply for internships at Silicon Valley companies.

| | |
|---|---|
| *Location:* | SEM 1 |
| *Telephone:* | 408.864.8869 |
| *Website:* | deanza.edu/oti |

## ONLINE EDUCATION CENTER

De Anza College offers a wide variety of online courses for students for academic credit, upgrading skills or changing careers. These courses are academically equivalent to and carry the same credits as on-campus courses.

Numerous courses meet General Education (GE) and transfer requirements. Students may complete most lower division GE requirements for the A.A. degree or to transfer to a four-year institution. Courses are designed for individuals with limited time to attend on-campus classes and who prefer more flexibility in scheduling and pace. For specific information on services provided to students with disabilities, please contact the Disability Support Services office on campus.

Online courses are delivered through an internet-based course management system. Instructor and student interaction is facilitated primarily online. Some courses may have a limited number of face-to-face meetings. In addition to using the course platform and instructional media, all courses include readings in assigned texts and supplemental materials, homework assignments and interaction with De Anza faculty members and other students. Instructors are available to answer questions through one or more of the following means: online, by telephone or in person at the De Anza College campus.

Access to an individual email account is a requirement to participate in most online classes. Students receive a syllabus for each online course. Students are encouraged to take advantage of online access to library publications and materials and the many support services available to students. Students can also use the new free online tutoring service through their online courses.

Most work for online courses at De Anza may be completed without coming to campus. However, some courses may include required on-campus meetings for the purposes of orientation, assessments or exams. Other courses are designed with proctored exams, which enable students outside of the area to complete the course without being on site. Students who do not have access to a computer at home may use one of the open computer labs on campus to complete their coursework.

The Online Education Center provides support services to faculty and students. Students may contact the office if they are experiencing technical issues with the course management system. Successful students enrolled in online courses are highly motivated, self-disciplined, possess good study skills and enjoy instruction that appeals to a variety of learning styles.

De Anza College has transfer agreements with four-year institutions that welcome and encourage students to transfer and complete bachelor's degrees online.

De Anza offers academic certificates in these subjects for which students can earn all required units by taking online courses.

- ▪ Business Administration – Certificate of Achievement
- ▪ Business Information Worker – Certificate of Achievement



# FINANCIAL PLANNING AND COLLEGE COSTS

## STUDENT FEES

Full-time resident students enrolled in 12 units pay $31 per unit. Each quarter this will average $372 for enrollment fees, plus an average of $75 in other fees. The nonresident tuition fee is $177 per unit. The foreign student tuition fee is $177 per unit plus an enrollment fee of $31 per unit.

There are additional mandatory fees for the Campus Center, the SmartPass and Health Services. There are also fees for students who use campus parking or take lab courses, and a voluntary fee for De Anza Associated Student Body activities. International (F-1 Visa) students are required to purchase comprehensive health insurance for $562 each quarter.

All fees are listed at deanza.edu/cashier/fees and are subject to change. Payment and refund policies are also listed online. Tuition and fees may be refunded under certain circumstances. Please direct questions to the Cashier's Office by email to deanzacashier@deanza.edu.

## TEXTBOOKS AND SUPPLIES

Students are responsible for purchasing textbooks and supplies including course syllabi, bibliographies and other printed materials in excess of five pages. Some courses require the purchase of additional supplies. The De Anza Bookstore sells all course texts and other items, and provides rental textbooks.

For a very limited number of courses, there will be an access fee. These fees, shown in the Class Listings, reflect the actual cost for materials, which is usually lower than if students purchased the same items separately. Unless there is an issue of health or safety, students can either pay the fees to the Bookstore or provide their own materials of equal quality. A list of materials will be provided by the instructor upon request.

## ESTIMATED ANNUAL COST OF ATTENDING DE ANZA COLLEGE

It is important for students to make financial plans for their education. The following cost estimates are calculated for a student attending De Anza College full time and enrolled in 12 units for three quarters or nine months. Costs are higher for out-of-state or nonresident students and students living on their own.

| De Anza College 2020-2021 Estimated Cost of Attendance Living at Home with No Dependents | |
| --- | --- |
| Registration and fees | $1,527 |
| Books and supplies | $1,971 |
| Transportation | $1,278 |
| Personal miscellaneous | $3,996 |
| **Total** | **$8,772** |





# COLLEGE AND DISTRICT POLICIES AND GUIDELINES

*See all Foothill-De Anza Community College District Board of Trustees policies at go.boarddocs.com/ca/fhda/Board.nsf/Public*

## ACADEMIC FREEDOM
(BOARD POLICY 4190)

Academic freedom encompasses the freedom to study, teach and express ideas and viewpoints, including unpopular and controversial ones, without censorship, political restraint or retribution. Academic freedom allows for the free exchange of ideas in the conscientious pursuit of truth. This freedom exists in all service areas, including but not limited to teaching, librarianship, counseling, coordinating and all faculty-student interactions. Academic freedom is the bedrock principle of all institutions of learning and must be extended to all faculty regardless of their status as full-time, part-time, or probationary.

Faculty members have the principal right and responsibility to determine the content, pedagogy, methods of instruction, the selection, planning and presentation of course materials, and the fair and equitable methods of assessment in their assignment in accordance with the approved curriculum and course outline and the educational mission of the district, and in accordance with state laws and regulations. These rights and responsibilities include, but are not limited to, the faculty member's choice of textbooks and other course materials, assignments and assessment methods, teaching practices, grading and evaluation of student work, and teaching methods and practices.

## ACADEMIC INTEGRITY

De Anza College is committed to excellence in the pursuit of learning and academic achievement by its students. To further this goal, the college is committed to providing academic standards that are fair and equitable to all students in an atmosphere that fosters integrity on the part of student, staff and faculty alike. The student's responsibility is to perform to the best of his or her potential in all academic endeavors. This responsibility also includes abiding by the rules and regulations set forth by individual faculty members related to preparation and completion of assignments and examinations. The submission of work that is not the product of a student's personal effort, or work which in some way circumvents the given rules and regulations, will not be tolerated. It is the responsibility of the faculty to clearly define the requirements and rules applicable to their courses for all students. An applicable paragraph of the California State Educational Code (§ 76130) states: "Code of Student Conduct: The college has an obligation to specify those standards of behavior essential to its educational mission and campus life. The following types of misconduct for which students are subject to disciplinary sanction apply at all times on campus as well as to any off-campus functions sponsored or supervised by the college: cheating, plagiarism or knowingly furnishing false information in the classroom or to a college officer."

## ACADEMIC RENEWAL
(ADMINISTRATIVE PROCEDURE 4240)

Students may request that up to 45 units of De Anza coursework be disregarded (three consecutive quarters plus a summer session) and not calculated into their cumulative GPA, when such work does not reflect their current ability. Only non-passing grades will be excluded from the cumulative GPA.

Academic renewal at De Anza College does not guarantee that other colleges will accept this action, which is at the discretion of the transfer institution.

Approval is subject to the following conditions:

- One academic year must have elapsed since the completion of the courses to be excluded.
- Since the last quarter to be considered for academic renewal, students must have completed at least
  - 15 units with a 3.0 GPA, or
  - 30 units with a 2.5 GPA, or
  - 45 units with a 2.0 GPA. (Work completed at another institution may be considered in determining total units accrued.)
- All work to be disregarded in the specific quarters will not be applied toward unit requirements or calculated into the GPA.
- Although none of the units completed in the affected quarters will be counted toward a degree, courses completed with grades of C, CR or better may be used to satisfy major or general education requirements.
- Students may petition for academic renewal only once.
- Student transcripts reflect all work including that disregarded through academic renewal to ensure a true, complete academic history.
- Students cannot use academic renewal to qualify for honors at graduation. to qualify for honors at graduation.

## ADA ACCOMMODATION: REQUESTING AND RECEIVING*

The board of trustees of the Foothill-De Anza Community College District upholds that improving access to educational and employment opportunities for people with disabilities must be a priority. The board has directed the administration to take the necessary actions to implement the requirements of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act.

The district shall not discriminate against a qualified individual with a disability because of the disability, with regard to employment or the provision of district programs, services and activities.

Students who are otherwise qualified may request accommodation related to their disability, provided the accommodation does not impose an undue hardship on the district. The procedures for requesting accommodation are available from the president's office, the Disabled Student Services (DSS) program, the office of the ADA coordinator and the district Human Resources office. The ADA coordinator for De Anza College is the dean of Student Development and EOPS, who can be contacted at 408.864.8218.

## ADMISSION AND REGISTRATION POLICIES

### RESIDENCY REQUIREMENTS
**California Residents**
Students who have established California residency for at least one year prior to the term in which they wish to enroll and have met residency conditions required by state regulations may enroll as California residents for tuition purposes.

**Nonresidents**
California residents and residents of other states or territories, who have not resided in the state for one year prior to the term in which they wish to enroll, must pay nonresident tuition when attending De Anza.

Students holding various visas, or undocumented or out-of-status immigrants, may not establish residency and must pay nonresident tuition when enrolling at De Anza. Other nonresidents may be able to establish residency if they meet the requirements of California Education Code § 68062. Still others may be exempted from paying nonresident fees through AB 540 eligibility (§ 68130.5), which allows certain nonresident students who have attended a California high school for three years and earned a diploma or equivalent to be charged resident fees. (Students with nonstudent visas or who are out of status or undocumented should call the Admissions and Records office at 408.864.8722 to determine residency and discuss other attendance eligibility requirements.)

Students who are attending another college on an F visa, but wish to take a class at De Anza, must submit an official letter from the host college that issued their I-20 form. This letter should state the student's standing, confirm their full-time status and provide authorization for the student to take specific De Anza classes.

Students seeking residency eligibility based on military active duty status, military dependent status or other military considerations, should contact the Veteran Services office at 408.864.8230 for specific eligibility criteria.

The Foothill-De Anza District uses OpenCCC as its admissions application. This application is very strict about meeting state residency requirements and many applicants are initially given nonresident status based on application answers. Applicants who believe they meet residency requirements need to complete a Residency Reclassification form and provide state-approved documentation for review within two weeks of a new quarter.

### ADMISSION REQUIREMENTS
De Anza College admits anyone with a high school diploma, general education diploma (GED) or proficiency certificate, or who is at least 18 years old. High school students may attend De Anza as dual enrolled students if they are currently enrolled in grades 9-12 and have submitted a permission form signed by their high school principal and parent or guardian. High school students who do not provide required documents will be dropped from their courses.

### CLASSIFICATION OF STUDENTS
Students who have completed fewer than 45 quarter units of college credit are considered freshmen. Students who have completed 45 or more quarter units of college credit, and have not earned a degree, are considered sophomores.

### REPEATING COURSES
California law limits the number of times you may take the same class at a community college. (See Title 5 § 55024, 55040, 55042, 55045 and 58161.)

You may repeat a course for which you have earned a substandard grade (such as F, D or NP) or a W. However, you may not enroll in the same course more than a total of three times, including times when you received a substandard grade or W. If you get a W or substandard grade in the same course twice, you will not be able to enroll in the course again until you contact the Admissions and Records office and obtain clearance for taking the course a third time.

If you repeat a course because of a W or substandard grade, the second grade will replace the first in calculating your GPA, but the initial course and grade will remain on the permanent record. If you take the class for a third time, your GPA will include the third grade and not the first two grades. If you do not successfully complete the course on the third attempt, you must take the course at another college outside the district (not Foothill), or choose another course if one is available that meets their transfer or graduation requirements.

Most courses cannot be repeated if you receive a grade of C or better, unless you show documented proof that you must repeat the course due to a significant lapse of time (at least three years), a legal requirement for employment or licensing, a disability requiring accommodation or other extenuating circumstances.

---

* *Foothill-De Anza's Administrative Procedures: Investigation and Resolution of Complaints Regarding Harassment and Discrimination, Procedures to Resolve Student Complaints of Sexual Harassment and Discrimination, and the district's Unlawful Discrimination Complaint forms are available in the president's office, the office of the vice president for Student Services, the district human resources office, and the district chancellor's office. Detailed information regarding the sexual harassment, mutual respect, and ADA policies are located at the following campus locations: the president's office, the office of the vice president for Student Services and the office of the dean of Student Development in Student Services.*

However, a small number of courses are designated as "repeatable" under separate conditions listed in the course description. Courses that are designated as "repeatable" are subject to a limit of six enrollments, including any times that resulted in a substandard grade or W, unless otherwise specified.

Only these types of courses are designated as "repeatable" (see Title 5 § 55041).

- Courses for which repetition is necessary to meet major requirements of CSU or UC to complete a bachelor's degree
- Intercollegiate athletics
- Specific courses designated as Special Education that meet criteria set forth in Title 5

Terms of repeatability for these courses are clearly stated in the course descriptions.

**Active Participatory Course Limitations (Course Families)**
There are also limits on certain "families" of related courses that involve active participation – such as physical education, visual arts or performing arts – and these "family" limits apply to classes at both De Anza and Foothill College. (See Title 5 § 55000.)

Under state rules, each of these courses is nonrepeatable and can only be taken one time. In addition, you may not enroll more than six times in courses within a designated family, regardless of whether they are offered at De Anza or Foothill. This limit includes any times when you receive a substandard grade (D, F, NP or NC) or a W.

If you enroll in a De Anza course that is equivalent to a Foothill course within a course family, you may not take the Foothill course at any time, and vice versa.

For more information on repeating courses, see link.deanza.edu/repeat-limits

## EXCESSIVE DROPS
Under state legislation approved in 2011, students may no longer enroll in the same course more than three times without successful completion. This includes enrollments leading to substandard grades or withdrawals. Students who have enrolled in the same course twice without passing should see a counselor for assistance or seek tutoring. Students may petition to enroll in the same course a fourth time, but approval will be highly selective, and any additional enrollments in the same course will not be approved.

## EVENING AND WEEKEND CLASSES
De Anza offers a wide range of evening and weekend courses, as well as online classes. Certain services are available on a limited basis on Saturdays. Check the De Anza website at deanza.edu and the class listings for more information.

## HIGH SCHOOL ADMISSIONS (DUAL ENROLLMENT)
High school students who are currently enrolled in grades 9-12 may apply to De Anza as special part-time students.

There is no enrollment fee for current high school students who qualify as part-time by taking 10 or fewer units during any regular quarter (six or fewer in the summer). However, students may still incur costs for textbooks and other fees. Students who want to take more than 10 units in a quarter, or more than six units in summer, should contact the Admissions and Records office. High school students will be considered full-time – and will be charged all fees – if they enroll in 12 or more units (seven or more in summer) at De Anza College, Foothill College or both colleges combined. For more information visit deanza.edu/admissions/dual.

There are new regulations for students who have not earned a high school diploma. These students are no longer eligible for federal financial aid. De Anza recommends that students who are close to earning a high school diploma or GED complete those requirements, wherever possible, so that they may apply and be considered for financial aid when they attend De Anza.

Before enrolling in English or math courses, or any course that has an English or Math prerequisite, high school students must complete the assessment process to be placed in the right course for their skill level.

High school students attending De Anza are held to the same requirements, standards and policies as other college students, and should be aware of the Student Code of Conduct. They also receive the same protections under the Family Educational Rights and Privacy Act as other students, and their records cannot be released to family members without their consent.

Because De Anza offers courses at a college level, students and their families should be aware that course content may be adult in nature. De Anza also recommends that parents be aware of the "open" campus environment and discuss safety and accountability issues with their student prior to enrollment.

All coursework earned at De Anza is to be reported to any transfer college or university to which the high school student applies. Transcripts will not be automatically mailed to the student or the student's high school. Grade information can be accessed through MyPortal. Official transcripts may be requested through MyPortal or by ordering from De Anza's authorized transcript provider. For more information visit deanza.edu/admissions/order-transcripts.

## HIGH SCHOOL COMPLETION
Many high schools recommend that students 18 years or older without a high school diploma complete their high school requirements by taking college courses. Students choosing to earn a diploma in this way should obtain a statement from their host high school principal or counselor indicating

- The necessary subjects to meet graduation requirements and the number of quarter credits in each
- A list of De Anza courses that may satisfy these high school requirements
- The total number of quarter units required, including electives
- Approval to use De Anza credit to meet high school requirements

The California Department of Education recommends that college credit equal twice the number of units earned in high school; for example, two college units equal four full high school semester periods.

Once De Anza courses have been completed, students should request that an official transcript be sent to the high school. Students may also enroll in additional courses not required for the diploma.

There are new regulations for students who have not earned a high school diploma. These students are no longer eligible for federal financial aid effective July 2012. Wherever possible, De Anza recommends that students who are close to earning a high school diploma or GED complete those requirements so that they may apply and be considered for financial aid when they attend De Anza.

## SUMMER SESSION

De Anza offers day and evening summer classes in sessions of varying lengths. Summer courses are comparable in academic standards, content and earn similar credits as classes offered during regular quarters. Summer enrollment enables students to complete prerequisites or accelerate their progress. It also allows high school students who have completed their sophomore year to take enrichment or vocational courses, or enhance their college applications by completing college-level work. All regular term attendance and academic policies apply to summer sessions.

## ADVANCED PLACEMENT (AP) EXAMS

Some AP exams with qualifying scores are accepted at De Anza College for granting credit or course placement. Official exam scores should be submitted electronically from the College Board to De Anza College. For more information, contact the evaluations staff in the Admissions and Records Office.

**Location:** RSS, First Floor
**Telephone:** 408.864.5300
**Email:** evaluationsda@deanza.edu

## ANTI-DISCRIMINATION

De Anza College is committed to equal opportunity regardless of age, gender, marital status, disability, race, color, sexual orientation, religion, national origin or other similar factors for admission to the college, enrollment in classes, student services, financial aid and employment in accordance with the provisions of Title VI of the 1964 Civil Rights Act, Title IX of the Educational Amendments of 1972 (45CRF 86), Section 504 of the Rehabilitation Act of 1973 (P.L. 93-112), and the Americans With Disabilities Act as amended (ADAAA) in 2008. The lack of English language skills will not be a barrier to admission and participation in vocational education programs.

Any person seeking information concerning these laws and policies or filing a complaint because of alleged violations of Title VI of the 1964 Civil Rights Act, Title IX of the Educational Amendments of 1972 (45CRF 86), or Sec. 504 of the Rehabilitation Act of 1973 should contact the dean of Student Development and EOPS at 408.864.8218 or the dean of Counseling and Disability Support Programs and Services at 408.564.8945. Any person seeking information concerning or filing a complaint because of alleged violations of the Americans with Disabilities Act of 1990 should contact the dean of Student Development and EOPS at 408.864.8218, or the dean's designee.

---

### ANTI-DISCRIMINATION POLICY IN SPANISH, TRADITIONAL CHINESE AND VIETNAMESE

**ANTI-DISCRIMINACIÓN**

De Anza College se compromete a brindar la igualdad de oportunidad a todo individuo que solicite ingresar a la universidad, que desee inscribirse en clases, que solicite servicios estudiantiles, ayuda financiera o empleo, sin importar la edad, el sexo, el estado civil, la incapacidad, la raza, el color de la piel, la preferencia sexual, la religión, la nacionalidad, o factores similares, según lo estipulado por Title VI del Acta de Derechos Civiles del 1964, Title IX de la Enmienda a la Educación de 1972 (45CRF 86), Sección 504, 1990. El hecho que un individuo no pueda manejar el inglés con facilidad no será un obstáculo para ser admitido a la universidad ni para participar en los programas de educación vocacional.

Todo individuo que desee información tocante a estas leyes o pólizas o que desee presentar una queja debido a supuestas violaciones de Title VI del Acta de los Derecho Civiles de 1964, Title IX de la Enmienda a la Educación de 1973 (45CRF 86), y Sección 504 del Acta de Rehabilitación de 1973, debe ponerse en contacto con Michele LeBleu-Burns, decana de Desarrollo Estudiantil y EOPS, o con su designado, marcando al 408.864.8828. Todo individuo que desee información sobre el Acta de Americanos Deshabilitados de 1990, o que desee presentar una queja debido a supuestas violaciones de dicha acta, debe ponerse en contacto con Jim Haynes, decano de Educación Especial y Tecnologías Especiales, o con su designado, marcando el 408.864.8954.

Toda queja será revisada según los términos que dicta la ley con respecto a Title VI y Title IX. A todas las personas involucradas en el asunto se les informará lo que provee la ley y cuáles son sus derechos legales. Si no existen conductas normales a cuales recurrir, o si estos conductos no cumplen con los requisitos legales, se tomará la acción necesaria para solucionar el problema. La oficina mantendrá récords de todas las quejas que se presenten debido a violaciones de Title VI y Title IX y reportará al Comité Asesor Para La Fomentación De Diversidad Entre Profesores y Empleados sobre la naturaleza de tales quejas y de cómo avanza su resolución.

Todo estudiante que desee entablar una demanda por violaciones a sus derechos civiles y que desee hacerlo fuera del ámbito universitario, debe dirigirse a: Office of Civil Rights, United States Department of Education, 50 United Nations Plaza, Room 239, San Francisco, Ca. 94102.

**反對歧視**

De Anza 學院對所有申請入學者在註冊課程，學生服務，助學金申請和依法對顧用人員方面不論其年齡、性別、婚姻狀況、殘障程度、種族、膚色、性傾向、宗教、國家、及相類似的因素都一律平等對待。(依法：指依據 1964 年 民權法第 6 章、1972 年教育修正案第 9 條、1973 年恢復案第 504 條款和 1990 年美國殘障人法)英語程度低將不會成爲註冊和學習職業教育課程的障礙。

任何想詢問有關法律、政策或者對違反 1964 年民權法第 6 章、1972 年教育修正案第 9 章、1973 年恢復案第 504 條款想提出控告的人應該與學生發展部和 EOPS 主任 Michele LeBleu-Burns 或她的指定人聯係。電話是：408-864-8828。任何想詢問有關 1990 年美國殘障人法的資料或者想對違反該法律者提出控告的人應該與特殊教育和應用技術部主任 Jim Haynes 或他的指定人聯係。電話是：408.864.8954。

所有的控告應會遵照法律的第 6 章和第 9 章得到復審，凡有關人上都將會被告知他們的合法權利。每個人都會被通知要什麼必要的措施。有關第 6 章和第 9 章的控告均會記錄在案，並且向有關發展和職工咨詢委員會報告案子的基本情況及進展和結果。

若學生想利用其合法權提出超出校級的控告，請直接向美國教育部民權辦公室詢問。地址是：50 United Nation Plaza, Room 239, San Francisco, CA 94102.

**Chính sách chống phân biệt đối xử**

Đại Học De Anza cam kết cung cấp cơ hội đồng đều cho mọi người, bất kể tuổi tác, giới tính, tình trạng gia đình, tàn phế, chủng tộc, màu da, khuynh hướng tính dục, tôn giáo, nguồn gốc quốc gia hay những nhân tố tương tự khác, trong việc được nhận vào trường, ghi tên theo học các lớp, các dịch vụ dành cho sinh viên, trợ cấp tài chánh và công việc làm phù hợp với những dự liệu của Mục VI trong Đạo Luật Nhân Quyền năm 1964, Mục IX của Tu Chỉnh Án về Giáo Dục năm 1972 (45CRF 86), Khoản 504, Đạo Luật về Phục Hồi năm 1973 (P.L. 93-112) và Đạo Luật về Những Người Mỹ có Khuyết Tật năm 1990. Việc thiếu khả năng Anh Ngữ sẽ không phải là một rào cản việc gia nhập và tham dự các chương trình giáo dục chuyên nghiệp.

Bất cứ ai muốn tìm kiếm những thông tin liên quan đến các đạo luật và chính sách này, hoặc nạp một đơn khiếu nại vì những cáo buộc là đã có vi phạm Mục VI của Đạo Luật Nhân Quyền năm 1964, Mục IX của Tu Chỉnh Án về Giáo Dục năm 1972 (45CRF 86) và Khoản 504 của Đạo Luật về Phục Hồi năm 1973 thì xin liên lạc với Michele LeBleu-Burns, Chủ Nhiệm Khoa Student Development và EOPS ở số điện thoại (408) 864-8828, hoặc người được ủy thác để lo việc này. Bất cứ ai muốn tìm kiếm thông tin liên quan hoặc làm đơn khiếu nại vì những chỉ dấu cho là đã vi phạm Đạo Luật Những Người Mỹ có Khuyết Tật năm 1990, thì xin liên lạc với Jim Haynes Chủ Nhiệm Khoa Special Education & Applied Technologies ở số điện thoại 408.864.8954 hoặc người được ông ủy thác để làm việc này.

Mọi khiếu nại đều được duyệt xét lại chiếu Khoản VI và IX của Luật, và những thể nhân có liên quan sẽ được thông tri cho biết về những dự liệu của luật và những quyền pháp định của họ. Nếu những hướng giải quyết thông thường không khả dụng hoặc không đáp ứng được những đòi hỏi hợp lý, thì biện pháp cần thiết sẽ được áp dụng. Văn phòng sẽ lưu giữ hồ sơ của mọi khiếu nại dựa trên Khoản VI và IX, và sẽ báo cáo cho Faculty and Staff Diversity Advisory Committee về bản chất chung của những khiếu nại này và những tiến triển trong phương cách giải quyết.

Các sinh viên muốn theo đuổi những khiếu nại về nhân quyền trên cấp trường Đại Học thì phải tiếp xúc với Office of Civil Rights Department, United States Department of Education, ở số 50 United Nations Plaza, Phòng 239, San Francisco, CA 94102

---

All complaints will be reviewed in terms of Title VI and Title IX law, and the people involved will be advised of the provisions of the law and their legal rights. If normal channels are not available or fail to meet legal requirements, the necessary action will be initiated. The office will maintain a record of all Title VI and Title IX complaints, and will report to college administration the general nature of such complaints and progress toward their resolution.

Students wishing to pursue a civil rights complaint beyond the college level should direct their inquiries to: Office of Civil Rights, United States Department of Education, 50 United Nations Plaza, Room 239, San Francisco, CA 94102.

## APPEAL REVIEW COMMITTEE

The Appeal Review Committee is responsible for ensuring consistent, fair and equitable handling of student petitions for exceptions to academic and registration rules. The committee handles evaluation, enforcement, interpretation and granting exceptions for cause. Under committee rules, each case must stand on its own merit. Visit link.deanza.edu/arc for more information.

## ATTENDANCE

Instructors determine individual class attendance policies, which are distributed to students at the beginning of each quarter. State guidelines also recommend that absences in excess of one week's class meetings may be considered excessive. Faculty may drop students for excessive absences, which will contribute to the total allowable enrollments in a course. (See "Excessive Drops" on page 21.)

## AUDITING CLASSES

Students who have satisfactorily completed a class for the maximum allowable times at De Anza or Foothill College may be able to audit. Instructor and division dean approval is required. Audit requests cannot be processed until the third week of class or later. A $10 per unit fee is assessed for audited classes. Course audit request forms are available in MyPortal: Open the Apps

section, then click the tile for Adobe Sign Student Forms and look under "Student Workflows." Course audits may not be approved to override repetition rules.

## CATALOG RIGHTS

The college catalog serves as an agreement between the college and students. Students should be aware of published requirements, regulations and guidelines. De Anza students may follow the degree, certificate and general education requirements in effect for the catalog year in which they first enroll, or any subsequent catalog, providing they are continuously enrolled. Students may choose one catalog year for meeting general education requirements and another catalog year for meeting major requirements. It is recommended, however, that students choose the most recent catalog year for completing major requirements.

De Anza reserves the right to change catalog rights by modifying program requirements based on legal mandates and accreditation standards.

## COMPUTER AND NETWORK USE

### Rights and Responsibilities (Board Policy 3250)

Foothill-De Anza Community College District owns and operates a variety of computer and communication systems, including voicemail, electronic mail (email), telephone and access to the internet, which are provided for the use of the district faculty, administrators, staff and students in support of the programs of the colleges and district. Hereinafter, this system and all of its component parts shall be referred to as the "district network." This network establishes a communications platform that often substitutes for in-person meetings regarding district business.

The Computer and Network Use: Rights and Responsibilities Policy applies to all members of the district community using the district network including faculty, administrators, staff, students, independent contractors and authorized guests. The policy covers use of computer equipment and communication systems at any district facility in computer labs, classrooms, offices,

libraries and the use of district servers and networks from any location. If any provision of this policy is found to be legally invalid it shall not affect other provisions of the policy as long as they can be effective without the invalid provision.

### Ownership Rights

The policy is based upon and shall be interpreted according to the following fundamental principle: the entire district network, and all hardware and software components within it, is the sole property of the district, which sets the terms and conditions of its use consistent with the law. Except as provided in board policy or collective bargaining agreements pertaining to intellectual property rights, employees and students have no rights of ownership to these systems or to the information they contain by virtue of their use of all or any portion of the district network.

### Privacy Interests

The district recognizes the privacy interests of faculty and staff and their rights to freedom of speech, participatory governance and academic freedom as well as their rights to engage in protected union and concerted activity. However, both the nature of electronic communication and the public character of district business make electronic communication less private than many users anticipate. In addition the district network can be subject to authorized and unauthorized access by both internal and external users. For these reasons, there are virtually no online activities or services that guarantee an absolute right of privacy, and therefore the district network is not to be relied upon as confidential or private. Nonetheless, the district seeks to afford email communication privacy protections comparable to those it traditionally affords paper mail and telephone communications.

### District Rights

System administrators may access user files or suspend services they manage without notice

- To protect the integrity of computer systems
- Under time-dependent, critical operational circumstances
- As required by and consistent with the law
- When it is reasonable to believe that violations of law or district policy or procedures have occurred

- Forging email messages
- Attempting to circumvent data protection schemes or uncover or exploit security loopholes
- Masking the identity of an account or machine
- Deliberately wasting computing resources
- Downloading, displaying, uploading or transmitting obscenity or pornography, as legally defined
- Attempting without district authorization to monitor or tamper with another user's electronic communications, or changing, or deleting another user's files or software without the explicit agreement of the owner, or any activity which is illegal under California computer crime laws
- Personal use which is excessive or interferes with the user's or others' performance of job duties, or otherwise burdens the intended use of the network
- Illegal downloading or distribution of copyright-protected materials, including but not limited to music and videos

**Harassment**

- Using the telephone, email or voice mail to harass or threaten others
- Knowingly downloading, displaying or transmitting by use of the district network, communications, pictures, drawings or depictions that contain ethnic slurs, racial epithets or anything that may be construed as harassment or disparagement of others based on their race, national origin, sex, sexual orientation, age, disability, religious or political belief
- Knowingly downloading, displaying or transmitting by use of the district network sexually explicit images, messages, pictures, or cartoons when done to harass or for the purposes of harassment
- Knowingly downloading, displaying or transmitting by use of the district network sexually harassing images or text in a public computer facility or location that can potentially be in view of other individuals

- Posting on electronic bulletin boards material that violates existing laws or the colleges' codes of conduct
- Using the district network to publish false or defamatory information about another person

**Commercial Use**

- Using the district network for any commercial activity, without written authorization from the district. "Commercial activity" means activity for financial remuneration or designed to lead to financial remuneration

**Copyright**

- Violating terms of applicable software licensing agreements or copyright laws
- Publishing copyrighted material without the consent of the owner on district websites in violation of copyright laws

**Exceptions**

Activities by technical staff, as authorized by appropriate district or college officials, to take action for security, enforcement, technical support, troubleshooting or performance testing purposes will not be considered abuse of the network.

Although personal use is not an intended use, the district recognizes that the network will be used for incidental personal activities and will take no disciplinary action provided that such use is within reason and provided that such usage is ordinarily on an employee's own time, is occasional and does not interfere with or burden the district's operation. Likewise, the district will not purposefully surveil or punish reasonable use of the network for union business-related communication between employees and their unions.

**Complaints**

A user who asserts that the district or district personnel have violated this policy shall file a complaint with their immediate supervisor with a copy to the vice chancellor of Human Resources, and a copy to the employee's bargaining unit. The supervisor shall notify the supervisor of the alleged violator to discuss the complaint. The supervisor of the complainant shall initiate an investigation if necessary and determine an appropriate remedy or resolution in consultation with the vice chancellor of

Human Resources. In cases where the supervisor is part of the complaint, the complaint shall be filed with the next level of supervision for investigation and resolution or remedy. The complainant shall be informed in writing of the initiation of the investigation, and of its outcome as appropriate, with copies to the vice chancellor of Human Resources and the employee's bargaining unit. Complainants dissatisfied with the resolution or remedy have full recourse to relevant contractual protections and legal action.

## ILLEGAL DISTRIBUTION OF COPYRIGHTED MATERIALS

De Anza College students are prohibited from using the Foothill-De Anza Community College district network to illegally download or share music, video and all other copyrighted intellectual property. De Anza College supports the Higher Education Opportunity Act and the Digital Millennium Copyright Act including efforts to eliminate the illegal distribution of copyrighted material. Under the law, college administrators may be obligated to provide copyright holders with information about users of the district network who have violated the law.

Be aware that illegal forms of downloading and file-sharing as well as the unauthorized distribution of copyrighted materials, including unauthorized peer-to-peer file sharing, are violations of the law and may subject students not only to academic sanctions from the college but also criminal and civil penalties, including a lawsuit against students by the Recording Industry Association of America (RIAA).

In addition to being illegal, file sharing drains the district network's bandwidth, which slows computer connections for students and employees who are using the network for legitimate academic purposes and ultimately costs the college money.

## CONTINUOUS ENROLLMENT

For the purpose of determining the catalog year used to evaluate degree or certificate eligibility requirements, students must be continuously enrolled in for-credit courses since the first term of enrollment. Continuous enrollment is equal to at least

two quarters each academic year at De Anza or Foothill College. A single W in a term qualifies as enrollment in that term.

## COURSE OFFERINGS (GUIDELINES FOR)

To carry out its mission in the Foothill-De Anza Community College District, each college shall ensure that students in college-approved, two-year degree A.A./A.S. programs will be able to obtain the degree in two years providing they adhere to the prescribed pattern and sequence of courses and are ready to begin college-level work upon entry. Courses that meet major requirements shall be listed in curriculum sheets distributed by each college. Each college obligated under the policy shall meet to ensure those courses are offered at one or both of the two colleges with appropriate frequency.

Minimum class size guidelines apply to all lecture, lecture-lab and laboratory classes. A minimum class size of 20 is generally required. Special circumstances, however, may necessitate the continuation of a class below the 20-student minimum. The key factor in making a decision to continue will be based upon program needs. Such cases may include second- or third-quarter or second-year sequential courses, courses required for an identified major or career subject area, combined courses meeting at the same hour with the same instructor, and one-of-a-kind offerings needed for graduation or transfer. Exceptions to minimum class size guidelines may also be based on

- Limited classroom or laboratory facilities
- Statutory and state regulations mandating class size, independent study and special projects

Other circumstances that warrant exception may be made by the Office of Instruction.

Class size of all sections is monitored by the Office of Instruction throughout the registration process. In consultation with the appropriate division dean, low-enrolled classes will be identified and an appraisal made of the enrollment pattern. When warranted, sections may be cancelled early in the registration process to foster improved enrollment in remaining sections.

## CREDIT BY EXAMINATION (CBE)

Students seeking credit by examination must first successfully complete 15 units at De Anza. Following this, students may file for credit by examination during any regular quarter for courses in which they are especially qualified through previous training or experience, and for which prior AP or college credit has not been awarded. Students may obtain the appropriate forms from their counselor.

Additional requirements for credit by examination include

- Students must be enrolled in the courses and the instructor has outlined successful completion requirements.
- No course may be challenged after meeting twice the number of meetings per week.
- Students may not request CBE for courses for which they have already earned a grade.
- CBE units may not be used to meet the 24 residency units required to earn a De Anza degree.
- No more than 45 CBE units may be earned.
- Students who successfully challenge a course through credit by examination may not subsequently challenge a course normally preceding it (for example, challenging Chemistry 1B and then challenging Chemistry 1A).
- When transferring to another college or university, accepting credit by examination requirements or units is at the discretion of the transfer institution.

Challenge is limited to those courses recommended by the divisions and approved by the vice president of Instruction. Special limitations exist for challenging courses in sequence. The examination may include oral, written, or skill tests, or a combination and will be sufficiently comprehensive to assess the student's knowledge and skills commensurate with a student successfully completing the course.

The credit by examination grade will be noted on the student's transcript at the end of the quarter. Students who do not successfully challenge may not remain enrolled in the course.

The following courses are challengeable.

**Applied Technologies**
AUTO 50A and 50B, AUTO 51A and 51B *(Must pass A and B classes to receive credit.)*
DMT 80

**Biological, Health and Environmental Sciences**
HTEC 50, 60A, 73
NURS 50

**Business and Computer Science**
ACCT 1A, 1AH
CIS 2, 31, 50, 66, 67A, 67B, 74, 75A *(CIS classes that have lab hours are not challengeable.)*

**Creative Arts**
ARTS 53
F/TV 20

**Intercultural/International Studies**
The World Languages Department does not give credit by examination for any foreign language class.

Students can place at the appropriate level in the foreign language curriculum, depending on their language proficiency level.

**Language Arts**
JOUR 61A

**Physical Science/Math/Engineering**
None

**Social Sciences and Humanities**
ADMJ 1, 95
PARA 94, 95
POLI 10, 95

A special no-credit challenge exam is available to meet the California State/Local Government portion of the CSU United States History, Constitution and American Ideals requirement.



student then has the right to a formal hearing. After the hearing, if the school still decides not to amend the record, the student has the right to place a statement with the record setting forth his or her view about the contested information.

- Generally, schools must have written permission from the student in order to release any information from a student's education record. However, FERPA allows schools to disclose those records, without consent, to the following parties or under the following conditions (34 CFR § 99.31)

  - ❑ School officials with legitimate educational interest
  - ❑ Other schools to which a student is transferring
  - ❑ Specified officials for audit or evaluation purposes
  - ❑ Appropriate parties in connection with financial aid to a student
  - ❑ Organizations conducting certain studies for or on behalf of the school
  - ❑ Accrediting organizations
  - ❑ To comply with a judicial order or lawfully issued subpoena
  - ❑ Appropriate officials in cases of health and safety emergencies
  - ❑ State and local authorities, within a juvenile justice system, pursuant to specific state law

Schools may disclose, without consent, "directory" information such as a student's name, address, telephone number, date and place of birth, honors and awards, and dates of attendance. However, schools must tell students about directory information and allow students a reasonable amount of time to request that the school not disclose directory information about them. Schools must notify students annually of their rights under FERPA. The actual means of notification (special letter, inclusion in a PTA bulletin, student handbook or newspaper article) is left to the discretion of each school.

The Foothill-De Anza district's Administrative Procedure 5050 also identifies the college registrar as the "Records Officer" required by FERPA. Current and former students can review their education records by completing or filing a request in the Admissions and Records Office. Such records will be made immediately available when possible or within 15 days of written request. If the review results in a dispute, the college registrar will initiate an informal proceeding in an attempt to resolve the matter. If the dispute continues, a grievance may be filed with the vice president of Student Services.

## FINAL EXAMINATIONS

Final examinations are to be given in all courses. Students are responsible for taking final examinations at the scheduled time. Exam schedules are published online. Two hours will be scheduled for examinations.

Final examinations for courses shorter in length than one quarter will be given at the class meeting.

Students who miss a final examination for a legitimate reason should communicate with their instructor at once to arrange for an "I" grade. Final examinations normally will not be given in advance of the scheduled time.

## FINAL EXAMINATIONS, ACTIVITIES PRECEDING

Student activities will not be scheduled during the three days preceding final examinations. However, classes and instruction continue as usual. A portion of the final examination may be scheduled during this period to allow additional time if needed.

## GRADING SYSTEM

Grades are earned in each course and are recorded on the student's permanent record. Evaluation of student achievement will be made in relation to the attainment of the specific objectives of the course. At the beginning of a course, the instructor will explain these objectives and the basis upon which grades are determined.

### Dean's List Policy
Full-time students (those taking 12 or more quarter units) must have a quarterly GPA of 3.3 or higher.

### Grade Changes
Title 5 of the California State Administrative Code states, "The determination of the student's grade by the instructor shall be final in the absence of mistake, fraud, bad faith or incompetency." If students believe corrections should be made within the above restriction, they should first talk to their instructors. Corrections must be initiated within two years of completing any course in which a grade is being disputed.

Grade definitions are as follows:

| Evaluative Symbols | | Grade Points |
|---|---|---|
| A+ | Excellent | 4.0 |
| A | Excellent | 4.0 |
| A- | Excellent | 3.7 |
| B+ | Good | 3.3 |
| B | Good | 3.0 |
| B- | Good | 2.7 |
| C+ | Satisfactory | 2.3 |
| C | Satisfactory | 2.0 |
| D+ | Passing, less than satisfactory | 1.3 |
| D | Passing, less than satisfactory | 1.0 |
| D- | Passing, less than satisfactory | 0.7 |
| F | Failing | 0.0 |
| FW | Failing | 0.0 |

FW This grade indicates that a student has stopped participating in a course after the last day to officially withdraw, without achieving a final passing grade, and the student has not received college authorization to withdraw under extenuating circumstances.

P Pass (at least satisfactory – units awarded not counted in GPA). This grade is assigned to those courses in which student achievement is evaluated on a Pass-No Pass basis rather than a letter grade (A, B, C, etc.). P-NP courses are so designated in the Announcement of Courses section of the catalog.

NP No Pass (less than satisfactory, or failing–units not counted in GPA). Not attaining course objectives. (Does not affect grade point average at De Anza.)

### Non-Evaluative Symbols
(Not to be used in calculating GPA)

I Incomplete. This indicates incomplete academic work for unforeseeable, emergency and justifiable reasons at the end of the term. At least 75% of the class must have been completed to qualify for Incomplete status.

IP    In Progress. The IP symbol denotes that the student is registered for this course, and the grading period is not complete. In Progress work will not appear on a student's transcript until the term has officially begun. It will remain on the transcript until the student has either officially withdrawn (W) or a grade has been assigned.

RD    Report Delayed. The RD symbol may be assigned by the Office of Admissions and Records only. It is to be used when there is a delay in reporting the grade of a student due to circumstances beyond the control of the student. It is a temporary notation to be replaced by a permanent symbol as soon as possible.

W    A W is assigned when a student drops a class after the first two weeks of a regular 12-week term or, if the term is shorter, after 20% of the course duration has passed. A W will be assigned whenever a student drops a class after 20-75% of the term has passed. While a W will not be used in calculating GPA, it will be used as a factor in probation and dismissal procedures. (See section on "Progress Probation.") A W is also used to calculate enrollment limits. In other words, students may not enroll in the same course more than three times, including times when W or substandard grades are received.

EW    Excused Withdrawal. An EW is assigned when a student is permitted to withdraw from a course due to specific events beyond the student's control, which affect their ability to complete the course. An EW can only be awarded if a student files a petition form providing documentation to prove a "verifiable reason." A list of examples is included on the petition form and on the Admissions and Records website. In the absence of the petition and documentation, a grade will be assigned to the student record. The EW symbol may be assigned at any time after the deadline to drop a course without receiving a W. An EW is not counted in progress probation and dismissal calculations. It is not counted toward the permitted number of withdrawals or as an enrollment attempt.

MW    Military Withdrawal. An MW is assigned when a student who is a member of an active or reserve U.S. military service receives orders compelling them to withdraw from a course. Upon verification of such orders, an MW will be assigned at any time after the deadline to drop a course without receiving a W. An MW is not counted in progress probation and dismissal calculations. It is not counted toward the permitted number of withdrawals or as an enrollment attempt.

**P-NP Courses**

De Anza College uses the P-NP grade for courses authorized by the Board of Trustees and state regulations under Title 5. Students must request the P/NP option within the first 30% of the course, either online or through the Admissions and Records Office.

■ Some courses are P/NP only and a letter grade cannot be assigned. Check the course description for information on grade type for the course. Letter grades are not available in these courses.

■ Other courses may allow the P-NP option. Students should be aware that some transfer schools may not accept P-NP as an option, and once the P-NP option has been chosen, it cannot be reversed per state regulations.

■ No more than 30 quarter Pass (P) units can be applied toward De Anza College degrees.

For a major or area of emphasis, each course toward the unit requirement of this subdivision must be completed with a grade of C or better.

For General Education requirements, "satisfactorily completed" means either credit earned on a "pass-no pass" basis or a grade point average of 2.0 or better in community college

Units earned in P-NP will not be calculated in the GPA; however, NP shall be considered when determining Academic Progress, probation and dismissal procedures. (See section on Progress Probation)

**Noncredit Courses**

Noncredit courses are not recorded on a student's transcript and grades are not calculated in a student's GPA. Students in these courses may receive letter grades or be graded on the basis of Pass/No Pass or satisfactory progress. See course description for more information.

## GRADUATION APPLICATION

An application for graduation must be completed and submitted to the Admissions Office prior to receiving a degree or certificate. Students should regularly perform a degree audit through Degree Works (see page 10) to monitor academic progress in reaching educational goals and meeting graduation requirements. In the quarter preceding the quarter in which a student plans to graduate, a detailed review and comparison of completed coursework should be done. This will allow time to make any necessary schedule changes. Students may seek assistance from a counselor/adviser as needed.

Degrees are awarded at the end of all terms.

## GRADUATION HONORS

Students who have achieved a cumulative De Anza College GPA between 3.30 and 4.0 will be awarded associate degree honors at graduation, as follows.

4.00: Highest Honors, Summa Cum Laude
3.50-3.99: High Honors, Magna Cum Laude
3.30-3.49: Honors, Cum Laude

## HEALTH (STUDENT RIGHTS AND RESPONSIBILITIES)

De Anza students have the right to a healthy, safe and drug-free environment. They also have personal responsibilities with regard to their own health and safety and the health and safety of the college community.

To promote an optimum personal and physical environment for individual development and learning, students will

■ Not attend college if they have a contagious condition (such as TB, measles or hepatitis)

- Not attend college if they are under the influence of alcohol or illicit drugs
- Have a physical exam on file if they are an intercollegiate athlete, or is in an allied health program
- Notify the Admissions and Records Office if they will be absent for a week or more due to an illness
- Observe sound personal hygiene habits
- Have current TB results on file as required by the Allied Health Programs, the Child Development Center, the International Student Program and the Nursing Program
- Obtain a physician's note and cooperate openly and honestly with college officials about medical problems that may threaten the health or welfare of themselves or others
- Follow safety regulations and use safety equipment and protective devices as required
- Follow all college infectious disease policies

## MILITARY SERVICE SCHOOL CREDIT

**Service Schools**
Students may receive college credit for military service schools by submitting a copy of their DD214 or DD295 or Army/American Council on Education Registry transcript. A request for evaluation must be made by seeing a counselor or contacting the Evaluations Office.

**Basic Military Training**
Nine units of credit are awarded for basic military training including three units of Area E: physical education, four units of Area E: personal development, and two units of elective credit.

## MUTUAL RESPECT*

De Anza College shall take all steps necessary to provide a positive educational and employment environment that encourages equal educational opportunities. The college will actively seek to educate staff and students on the deleterious effects of expressions of hatred or contempt based on race, color, national or ethnic origin, age, gender, religion, sexual orientation, marital status, or physical or psychological disability; and will promote equality and mutual respect and understanding among all groups and individuals.

De Anza College will not tolerate behavior that infringes on the safety of any student. A student shall not intimidate, harass another student through words or actions. Such behavior includes direct physical contact, such as hitting or shoving; verbal assaults, such as teasing or name-calling; social isolation or manipulation; and cyberbullying by any means including email, text and social networks or media.

## NONCREDIT COURSES

De Anza offers certain courses on a noncredit basis. Noncredit classes do not count toward a degree or academic certificate, and students do not earn college credit units. However, students can earn a noncredit certificate after completing a series of required classes.

Noncredit courses are intended for students who want to gain general knowledge or expand their knowledge on a particular topic, learn new skills or upgrade existing skills, or prepare for taking credit courses. They can be a starting point for many individuals on a pathway to learning basic skills, preparing to enter the workforce or transitioning to for-credit programs.

## NONSMOKING POLICY

The goal of the Foothill-De Anza district is to provide a safe learning and working environment for students and employees. Smoking is prohibited in all indoor and outdoor campus locations, with the exception of designated parking lots. This includes e-cigarettes.

In addition, the district does not allow use of marijuana or cannabis products on campus. These are prohibited under federal law.

Smoking is prohibited in district vehicles. "No Smoking" signs shall be conspicuously posted at building entrances and in employee lounges, rest rooms, locker rooms, dressing areas, cafeterias, lunchrooms, and stadium and sports facilities. In addition, designated parking lot areas for smoking areas will be clearly marked. Those rules are based on California Government Code Section 7596 and district Board Policy 3217. Noncompliance will result in fines.

## OFF-CAMPUS ACTIVITIES AND TRIPS

Certain educational programs require off-campus attendance for scheduled field trips and excursions. Unless the course syllabus or the instructor state otherwise, students are responsible for arranging their own transportation. under state regulations (Title 5, § 55220(h)), each student making a field trip or excursion shall be deemed to have waived all claims against the district for injury, accident, illness or death occurring during, or by reason of, the field trip or excursion by completing the *required* Student Field Trip/Excursion Agreement Voluntary Assumption of Risk Form.

## OPEN CLASSES

It is the policy of the Foothill-De Anza district that every course—unless specifically exempted by statute – will be open to any student who has been admitted to the college and meets the class prerequisites. This policy applies to courses which must report the class average daily attendance for state aid purposes. See Title 5 of the California Code of Regulations.



---

* *Foothill-De Anza's Administrative Procedures: Investigation and Resolution of Complaints Regarding Harassment and Discrimination, Procedures to Resolve Student Complaints of Sexual Harassment and Discrimination, and the district's Unlawful Discrimination Complaint forms are available in the president's office, the office of the vice president for Student Services, the district human resources office, and the district chancellor's office. Detailed information regarding the sexual harassment, mutual respect, and ADA policies are located at the following campus locations: the president's office, the office of the vice president for Student Services and the office of the dean of Student Development in Student Services.*

## PARKING REGULATIONS

All parking requires a paid fee or permit. Visitors, students and staff are required to observe all campus parking and traffic regulations enforced year-round by the Foothill-De Anza district police. Failure to comply may subject violators to municipal citations.

Staff parking areas are identified by signs and yellow striping for stalls. Student parking areas are identified by white striping for stalls. Disabled parking areas are marked with signs and blue striped stalls.

Quarterly and annual parking decals can be purchased online through MyPortal. One-day permits can be purchased from machines in the parking lots. Daily parking permits cost $3. Permit machines take credit cards and cash; no change is provided. For more information, see deanza.edu/parking/permits.

The maximum speed limit is 25 miles per hour on perimeter roads and 10 miles per hour within parking lots. No person shall operate a bicycle, moped or skateboard upon any pedestrian walkway, ramp or patio located within the college campus.

## PHOTOGRAPHY AND VIDEO RECORDING

During public events on campus, the college may take photographs or video recordings that may appear in informational or promotional materials, including the college website, social media, printed collateral and advertising. If you prefer not to have your image recorded or used, please notify the photographer or videographer.

## PREREQUISITES

Prerequisites, corequisites and advisories are intended to guide students into courses in which they will have the greatest chance for academic success.

- **Prerequisite** means a condition that a student is required to meet in order to demonstrate current readiness for a course or educational program.
- **Corequisite** means a course that a student is required to simultaneously take in order to enroll in a course or educational program.

- **Advisory or recommended preparation** means a condition that a student is advised, but not required, to meet before or in conjunction with enrollment in a course or educational program.

**Challenging Prerequisites**

Students may challenge prerequisites and corequisites if they can demonstrate that

- They have the knowledge or ability to succeed in the course without the prerequisite or corequisite.
- The prerequisite or corequisite has been established in an arbitrary manner.
- The prerequisite is discriminatory or is applied in a discriminatory manner.
- The prerequisite course is not reasonably available.

To challenge a prerequisite, contact the Evaluations Department for the appropriate next steps at evaluations@deanza.edu.

## PRIORITY ENROLLMENT

De Anza follows state and local requirements for priority enrollment. These are intended to help new students get started by following important steps for success and to reward continuing students who are making steady progress toward their goals.

To qualify for priority enrollment, students must follow these steps

1. Declare a major on their application – not "Undecided."
2. Select a goal of transfer, degree or certificate.

3. Complete the assessment process. Most students can be assessed on the basis of their U.S. high school transcripts and GPA. De Anza also has a Guided Self-Placement tool for students who did not attend a U.S. high school in recent years. Learn more at deanza.edu/assessment.
4. Complete orientation. Orientation provides important information students need to succeed in college. The requirement may be fulfilled either through an orientation workshop or the online orientation. See link.deanza.edu/orientation for details.
5. Create an educational plan through Degree Works. New students develop an abbreviated educational plan for their first one or two quarters. Continuing students should have a comprehensive educational plan for three or more quarters. Learn more at link.deanza.edu/edplan. A student's major and educational goal may be changed through MyPortal.

In order to receive priority enrollment, students cannot have completed more than 150 quarter units in degree-applicable courses. W and I grades are not included. Pre-collegiate English, ESL and Math classes do not count toward the 150 units.

**Priority Enrollment Order**

In accordance with state and local regulations, students will be assigned registration dates in the following order.



1. **Veterans, Foster Youth, DSPS, EOPS, CalWorks and Tribal TANF students** who have completed orientation, assessment and an educational plan.
2. **Student athletes** who have
   - Selected an educational goal of transfer, degree or certificate
   - Declared a major and have not been on probation for two consecutive terms
   - Completed orientation, assessment and an educational plan
3. **Continuing students** who have
   - Selected an educational goal of transfer, degree or certificate
   - Declared a major and have not been on probation for two consecutive terms
   - Completed orientation, assessment and an educational plan
4. **New college students** who have
   - Completed assessment, orientation and an educational plan
   - Selected an educational goal of transfer, degree or certificate
   - Declared a major
5. **New college students** who have
   - Selected an educational goal of transfer, degree or certificate
   - Declared a major and have not been on probation for two consecutive terms but have not completed assessment, orientation or an educational plan
6. **Returning students** and **new transfer students** who have
   - Selected an educational goal of transfer, degree or certificate
   - Declared a major and have not been on probation for two consecutive terms
7. **All other college students**, including continuing students who have not declared a major or who have not selected an educational goal of transfer, degree or certificate
8. **Concurrently enrolled high school students**

The most current information on priority enrollment is available at link.deanza.edu/priority.

## PROBATION AND DISMISSAL

**Academic probation** occurs when a student has attempted a total of 18 quarter units and earned a cumulative GPA of less than 2.0. Students will be placed on academic probation each quarter (excluding summer) as long as their cumulative GPA is below 2.0. Students will advance to the next level of academic probation in each consecutive enrolled quarter in which they do not earn a cumulative GPA of 2.0.

**Progress probation** occurs when a student has enrolled in at least 18 quarter units, as shown by the official academic record, and has received entries of F, W, I, NP or NC for 50% or more of those units.

A student who is on academic probation is subject to dismissal if the student's cumulative GPA falls below 2.0 for all units attempted in each of five consecutive quarters.

A student who is on progress probation is subject to dismissal if the student receives an F, W, I, NP or NC for 50% or more of the units enrolled in at least five consecutive quarters.

Having a cumulative GPA below 2.0 for two or more quarters, or a cumulative completion rate below 51% for two or more quarters, can affect eligibility for certain types of financial aid or veteran's benefits. Visit deanza.edu/financialaid/types/waivers to learn more.

Information about academic and progress probation can be found at deanza.edu/policies/probation and deanza.edu/counseling/probation.

### Academic Reinstatement (Readmission After Dismissal)

The board of trustees for the Foothill-De Anza district has established procedures under state law for students to petition for reinstatement to De Anza College. Students must submit a new application for admission and meet with a counselor to review their academic goals and other matters relevant to a successful educational experience. If a counselor recommends approval, the petition must be submitted to the Appeal Review Committee. Students who petition for reinstatement must describe their educational goals, the courses they wish to take in a specific quarter and the factors that have changed which now cause them to expect success.

**Important Note:**
The De Anza College Probation/Dismissal system might not accurately reflect the correct academic probation status for students who have enrolled at both Foothill College and De Anza. Students who are enrolled within the current quarter at both colleges or have an academic history with both colleges, should contact a counselor at De Anza for assistance regarding their probation or dismissal status at De Anza.

If at any time students attend both De Anza and Foothill College in the Foothill-De Anza district, it is their responsibility to keep track of their grades to ensure that they remain in good standing at each college. Although students may be in good standing at Foothill College, if at De Anza they fall below the required academic performance, the above probation and dismissal procedures will apply to them at De Anza.

## REVISION OF REGULATIONS

Any regulations adopted by the faculty and administration of the college shall have the same force as a printed regulation in the catalog and shall supersede, upon public announcement, by posting on official bulletin boards and by announcement, any ruling on the same subject that may appear in the catalog or other official bulletins of the college.

## SERVICE AREAS

The Foothill-De Anza Community College District operates two colleges: De Anza in Cupertino and Foothill in Los Altos Hills. De Anza College serves the Fremont Union High School District, which includes Cupertino, Monte Vista and parts of Los Altos, San Jose, Santa Clara, Saratoga and Sunnyvale. Foothill College primarily serves the communities of Los Altos, Los Altos Hills, Mountain View and Palo Alto. These cities are in the Palo Alto Unified School District and the Mountain View-Los Altos Union High School District.

## SEXUAL ASSAULT INCLUDING RAPE

De Anza College will not tolerate any form of sexual assault, including rape, on college property or at any college-sponsored event. The college realizes that these situations may or may not be deemed criminal offenses and therefore may have to be handled both internally through college administrative action and externally by the appropriate law enforcement agency. Within the college, allegations of sexual assault or rape will be fully investigated by the college administration. Disciplinary sanctions may include suspension or expulsion for students or suspension or termination for employees.

The standards of conduct for students and the applicable sanctions for violating those standards are outlined in the policies and procedures of the Foothill-De Anza Community College District, including

- Administrative Procedure 5510: Student Code of Conduct
- Administrative Procedure 5520: Student Due Process and Discipline
- Administrative Procedure 5500: Student Rights and Responsibilities
- Board Policy 4630: Sexual Assault Policy

Decisions regarding discipline of employees will be made in accordance with applicable legal and contractual provisions and procedures.

When a victim of rape or any other sexual assault chooses to go to contact a counselor or the offices of Psychological Services or Health Services, the strictest confidentiality will be maintained. If the victim decides to report the incident to the appropriate law enforcement agency, the college will make every effort to ensure that it will be handled in the most private and confidential manner as possible.

## SEXUAL HARASSMENT*

Members of a college community—students, faculty, staff and visitors—must be able to study and work in an atmosphere of mutual respect and trust. It is the policy of the Foothill-De Anza Community College District to provide an educational, employment and business environment free of unwelcome sexual advances, requests for sexual favors, and other conduct or communications constituting sexual harassment as defined or prohibited by federal and state law.

Sexual harassment may include, but is not limited to

- Conduct of a sexual nature that is explicitly or implicitly made a term or condition of an individual's employment or education
- A decision based on the submission to or rejection of a sexual advance
- Verbal or physical conduct of a sexual nature that interferes with an individual's performance or creates an intimidating work or educational environment

Immediate action shall be taken against anyone determined to be in violation of this policy. Anyone who believes they have been a victim of sexual harassment may file a complaint within one year of the date on which they knew or should have known of the facts of the sexual harassment incident.

Complaints of sexual harassment shall be handled according to the district's policies and procedures, including Administrative Procedure 4640: Procedures to Resolve Complaints Regarding Harassment and Discrimination. Such complaints can be directed to the dean of Student Development and EOPS at 408.864.8218 or the Title IX coordinator at 408.864.8945.

## STUDENT CONDUCT AND DUE PROCESS

De Anza College students are afforded the rights and privileges outlined in the college's Student Rights and Responsibilities Policy (Foothill-De Anza district Board Policy 5500 and Administrative Procedure 5500). At the same time, students must assume responsibility for their personal conduct and meet the obligations in the college's Student Code of Conduct (Administrative Procedure 5510) and Due Process and Discipline Procedures (Administrative Procedure 5520).

Students can find more information in the Student Rights and Responsibilities

Policy, which can be obtained from the Office of College Life or the offices of the college President, Vice President of Instruction, Vice President of Student Services or Dean of Student Development.

## STUDENT GRIEVANCE PROCEDURES

De Anza College strives to treat all students fairly, but as in any complex organization, conflicts and misunderstandings may arise from time to time. As a student, you have certain rights under the rules and regulations of the college, the Foothill-De Anza Community College District and the state of California.

If you feel that your rights have been violated by the college, you have the right to seek a resolution. The district board of trustees established Administrative Procedure 5530: Student Grievances to provide an avenue for relief. De Anza's student grievance procedures are summarized in the following steps.

**Step 1:** First try to solve the problem informally with the instructor or staff member. You must confer with the others involved and try to resolve the problem.

**Step 2:** If you are unable to resolve the issue after Step 1, you must meet with the manager of the other person involved in the dispute—either the division dean for a faculty member or the supervisor for a college administrator or classified professional staff member.

**Step 3:** If the situation is still unresolved, you must confer with the vice president who oversees the division dean or supervisor, or with the vice president's designee.

**Step 4:** If you still aren't satisfied, you may consult with the dean of Student Development or designate, and if they advise that your complaint is appropriate for the grievance process, you may file a formal grievance form. You will need to provide the specific rule or law that you feel was violated, as well as the details of the situation and copies of any pertinent documents. Don't delay: You must file no more than 30 days after learning of the event or the latest of a series of events that form the basis of the grievance. In addition, you must file within a year after the alleged violation occurred,

---

*  *Foothill-De Anza's Administrative Procedures: Investigation and Resolution of Complaints Regarding Harassment and Discrimination, Procedures to Resolve Student Complaints of Sexual Harassment and Discrimination, and the district's Unlawful Discrimination Complaint forms are available in the president's office, the office of the vice president for Student Services, the district human resources office, and the district chancellor's office. Detailed information regarding the sexual harassment, mutual respect, and ADA policies are located at the following campus locations: the president's office, the office of the vice president for Student Services and the office of the dean of Student Development in Student Services.*

regardless of when you learned of it. You may only file a grievance if you are a current student or if you were a student no more than 30 days before filing.

**Step 5:** Pick up a Student Grievance form from the Office of Student Development, the Office of College Life or the vice president of Student Services. You can receive assistance with completing the form from any faculty or staff member.

**Step 6:** File your completed Student Grievance form with the Office of Student Development in Campus Center Room 165. Please do not return the completed Grievance form to any other office. You will receive acknowledgement that your grievance was received, usually within two weeks.

**Step 7:** The Grievance Review Board will review your grievance and decide if it meets the standards for filing and for further consideration. The Office of Student Development will contact you if the board agrees to schedule a hearing.

**Step 8:** The nature of the hearing will differ according to the circumstances and the discretion of the grievance officer. You and the others involved can be accompanied by, or represented by, any other individual who is not an attorney. You may purchase a copy of the official record of the hearing.

**Step 9:** The Grievance Review Board will try to decide — within 14 days after the hearing — the outcome of your grievance and whether you are entitled to any relief. The board will forward its recommendation to the dean of Student Development, who will forward it to the college president.

**Step 10:** The president or the president's designee will have the final decision regarding the outcome of your grievance. If any violation is determined to be the result of a district rule, or some other factor outside the college's control, the president or the president's designee will recommend appropriate action to the district chancellor or trustees. The president's office will notify you in writing of the outcome.

## STUDENT RIGHT-TO-KNOW AND CAMPUS SECURITY ACT

The following information on completion and transfer rates is provided under the federal Student Right-To-Know and Campus Security Act.

Fall 2016 Cohort
- Completion rate: 64.8%
- Transfer rate: 5.26%

These rates are based on tracking a cohort of all certificate-, degree- and transfer-seeking first-time, full-time students over a three-year period beginning in fall 2016. These rates do not represent the success rates of the entire student population at the college, nor do they account for student outcomes occurring after this three-year tracking period.

For this cohort, the completion rate indicates those students who attained a certificate or degree or became "transfer prepared" during a three-year period from fall 2016 to spring 2019. Students who have completed 90 transferable units with a GPA of 2.0 or better are considered "transfer prepared." The transfer rate indicates those students who transferred to another post-secondary institution prior to attaining a degree or certificate, or becoming "transfer prepared" during a five-semester period from spring 2017 to spring 2019.

Also in accordance with the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act, De Anza College provides a crime statistics report. See "Crime Statistics (Clery Act)" on page 28. Current information is available at deanza.edu/police/clerystatistics.

## SUBSTANDARD WORK: ALLEVIATION FOR GPA

When a student receives a substandard grade (D+, D, D-, F, NC or NP) at De Anza, they may petition to have that grade excluded from their GPA after subsequently completing an equivalent course at another regionally accredited college or university. The student's academic transcript will be annotated to reflect exclusion of the previously recorded coursework with the substandard grade, for purposes of GPA calculation and for all considerations associated with awarding certificates and degrees. Replacement with a grade of Pass/No Pass is not permitted, as it does not improve the student's GPA. All grades remain on the academic transcript, and some transfer institutions may require recalculation of the GPA to include both the substandard grade and the subsequent grade.

When submitting this petition, the student must
- Attach a copy of their transcript, and either the course outline of record or the course catalog description to confirm course equivalency
- Make sure that an official (sealed) transcript from the other regionally accredited institution is submitted to De Anza's Admissions and Records Office before the petition is filed
- Complete the petition form by providing the student's information, the De Anza College course identifier, the date the De Anza course was completed and the initial grade, as well as the equivalent course identifier, date repeated and grade earned upon repetition
- Obtain a counselor's approval for the petition if the course is clearly equivalent in ASSIST or C-ID
- Obtain approval from a De Anza faculty member in the relevant discipline and the division dean, after meeting with a counselor, if the course is not in ASSIST or C-ID



## TEXTBOOK AFFORDABILITY AND ACCESSIBILITY OPTIONS

De Anza recognizes that the cost of text-books and other materials can have a direct impact on students' ability to achieve their educational goals. Instructors are working to provide more free and low-cost options for textbooks and other required materials. Students can learn more about these options by visiting deanza.edu/save-on-books.

While the college makes every reasonable effort to determine that the information listed in the online schedule is accurate, textbook editions and ISBNs are subject to change without notice by either the in-structor or publisher. The De Anza College Bookstore is not responsible for subsequent textbook changes if the student purchases them from another source. Students should review the class listings at deanza.edu/schedule.

## TITLE IX*

De Anza is committed to creating and sustaining a safe educational and working environment free of
- Sex discrimination
- Sexual harassment
- Sexual violence
- Domestic violence
- Dating and acquaintance violence and stalking

Title IX of the federal Education Amendments of 1972 prohibits sex (gender-based) discrimination and harassment in educational programs and activities at institutions that receive federal financial funding, including for employment, academic, educational, extracurricular and athletic activities.

This federal law
- Protects all people regardless of their gender or gender identity from sex discrimination, including sexual harassment and sexual violence, which are forms of discrimination
- Requires institutions to take necessary steps to prevent sexual assault on their campuses, and to respond promptly and effectively when an assault is reported

Visit deanza.edu/titleix for complete information, resources and contacts, including
- Health Services
- Psychological Services
- Campus police

**To File A Complaint**
*Contact:* Title IX Coordinator
*Email:* dactitleIX@deanza.edu
*Website:* deanza.edu/titleix



* Foothill-De Anza's Administrative Procedures: Investigation and Resolution of Complaints Regarding Harassment and Discrimination, Procedures to Resolve Student Complaints of Sexual Harassment and Discrimination, and the district's Unlawful Discrimination Complaint forms are available in the President's Office, the Office of the Vice President for Student Services, the District Human Resources Office, and the district Chancellor's Office. Detailed information regarding the sexual harassment, mutual respect, and ADA policies are located at the following campus locations: Counseling Division, Health Services Office, Office of College Life, Learning Center Reference Desk, division offices, and Staff and Organizational Development.

## TRANSCRIPTS

Students can order transcripts in writing from the Admissions and Records Office, or by ordering through MyPortal or the website of De Anza's authorized transcript provider. Transcripts will be sent electronically or mailed in hard copy, depending on the arrangement with the receiving institution. Students are entitled to two free transcripts if they submit the request in writing to the Admissions and Records Office, indicating that the request is not a rush order and that it should be counted as a free copy. All other orders will be subject to published fees. See deanza.edu/admissions/order-transcripts for more information.

## TRANSFER CREDIT FROM OTHER COLLEGES

Students transferring from another regionally accredited institution may request to use credit from that school to meet De Anza requirements. Official transcripts should be sent directly from the transfer institution to the Admissions and Records office. Students may also deliver a sealed, official transcript to the Admissions and Records Office, along with a request for transcript evaluation. Only lower-division (freshman- and sophmore-level) transfer credit can be evaluated. Upon review, eligible transfer credit will be applied to the student's De Anza record. Transfer review is not immediate and varies depending on the volume of official transcripts received.

Students who want prior coursework used as a prerequisite for a De Anza course must submit a prerequisite clearance form, along with an unofficial copy of their transcript, to the Admissions and Records Office for review. This transcript will not be evaluated for other transfer credit, but for prerequisite clearance only. Prerequisite clearance forms are available at deanza.edu/admissions/evaluations/prerequisites.

## UNITS (CREDIT UNITS)

A unit is the standard measurement of college and university work. One unit equals one hour of classroom work in most classes, predominantly those in lecture or lecture-discussion formats. Students should expect two hours of outside preparation for each one hour spent in class. Laboratory classes have three hours of work per week per unit. (Specialized performance classes such as athletics, drama and music require more than three hours per week per unit.) Quarter units are equal to two-thirds of a semester unit. Conversely, a semester unit is equal to one and a half quarter units.

## UNIT LOAD LIMITATIONS

Twelve units is the minimum number of units required for classification as a full-time student. A normal class load will be 12-17 units.

New students may not exceed a maximum of 21.5 units during their first quarter of enrollment at De Anza without the approval of the dean of Counseling.

Continuing students may enroll in more than 21.5 units (including physical education and labs) if they have met the following conditions:
- Completed a minimum of 18 units in the preceding quarter at De Anza
- Have not withdrawn from more than one class in the preceding quarter and
- Completed the preceding quarter with at least a 3.0 GPA

Students meeting the above criteria who wish to enroll in more than 21.5 units must petition through their counselor. Petitions will not be considered before the first day of classes. Students who do not meet the criteria may petition the dean of Counseling for an exception to this policy.

**Summer Sessions**
During summer sessions, students may enroll in a maximum of 15 units including physical education classes and labs associated with courses.
- To exceed the 15-unit limit, students must meet with a counselor to complete the special petition form.
- Students must have completed a minimum of 18 units in the preceding quarter, not withdraw from more than one class, and have at least a 3.0 GPA to be eligible for a unit overload.

## UNSATISFACTORY WORK

When a student persistently neglects class assignments or has excessive absences, the instructor may drop the student from the class or assign a nonpassing grade. Students may also be assigned a nonpassing grade for violating De Anza's published Academic Integrity policies.





# DEGREE, CAREER AND CERTIFICATE PROGRAMS

De Anza College offers a wide variety of two-year transfer and career programs leading to an Associate in Arts or Associate in Science degree. In addition, Certificates of Achievement and Certificates of Achievement-Advanced are awarded upon the satisfactory completion of certain programs that require less than two years of full-time study. Programs may be studied on a full- or part-time basis during the day or evening, or on weekends.

## NEW THIS YEAR 

**The following degrees and certificates are new offerings this year:**

- Associate Degrees
  - Database Development Practitioner: A.A.
  - Project Management Practitioner: A.A.
- Associate Degrees for Transfer
  - Art History: A.A.-Transfer
  - Biology: A.S.-Transfer
  - Law, Public Policy and Society: A.A.-Transfer
  - Social Justice Studies: A.A.-Transfer
- Certificate of Achievement-Advanced
  - Database Development Practitioner
  - Project Management Practitioner
  - Translation and Interpretation in Mandarin



- Certificate of Achievement
  - Asian American Studies
  - Translation and Interpretation in Mandarin
- Certificate of Completion (noncredit)
  - Automotive Chassis Technician
  - General Service Technician
  - Smog Technician

## ASSOCIATE DEGREE PROGRAMS

**(Associate in Arts and Associate in Science)**

While many students seek an associate degree in preparation for immediate entry into the job market, earning an associate degree also serves as excellent preparation for transfer to a four-year college or university. By earning an associate degree, students demonstrate to potential employers, transfer institutions and society that they have specialized knowledge in a particular area of study. Completing a degree also signals that students have gained critical and analytical thinking ability, information literacy, written and oral communication skills, and the ability to consider issues with cultural, global, social and environmental awareness.

Students are strongly advised to meet with a counselor early to decide which degree best suits their academic needs and for assistance in planning their course of study.

## ASSOCIATE DEGREE REQUIREMENTS

**(Associate in Arts and Associate in Science)**

- To receive an associate degree, a minimum of 90 quarter units of college credit in prescribed courses is required.

- Prescribed courses must be from a curriculum in effect and published in the catalog during the student's first quarter of enrollment or any subsequent quarter as long as continuous enrollment is maintained. A continuously enrolled student is defined as one who attended De Anza or Foothill College for at least one semester or two quarters each academic year. (For the purpose of continuous enrollment, an academic year is defined as fall through summer.) A single W grade in a term qualifies the student as having attended that term.

- A minimum of 24 quarter units must be earned at De Anza College. A maximum of 22 quarter units from another college or university may be applied toward the major.

- Students must demonstrate proficiency in reading, written expression and mathematics.

- General education requirements for the A.A./A.S. must be completed as outlined in this catalog. A minimum of 32-43 quarter units are required from Areas A-E. General education requirements can be selected from one catalog year; and major requirements can be selected from a different catalog year, as long as the rule of continuous enrollment is followed.

- Students must complete all major courses with a C grade or higher.

- Permission to continue in medical assisting and nursing is subject to the approval of the program faculty. A mandatory review of a student's academic standing takes place if grades fall below C in courses or in performance situations.

## TRANSFER AND DEGREE PROGRAMS

**Associate Degrees for Transfer**

The Student Transfer Achievement Reform Act guarantees admission to a California State University (CSU) campus for any community college student who completes an "associate degree for transfer," a newly established variation of the associate degrees traditionally offered at a California community college. The Associate in Arts

# CERTIFICATE PROGRAMS

Certificate of Achievement and Certificate of Achievement-Advanced programs are designed for students interested in programs of instruction with a high degree of specialization. Programs vary in length and generally require less than two years of full-time study to complete. If the student prefers, they may also be completed on a part-time basis. Students are encouraged to check with the departments and counselors for help with planning their courses. Successful completion of these certificates requiring a minimum of 18 quarter units is notated on official college transcripts. There is no limit on the number of certificates a student can earn.

Many certificates have been designed on the ladder concept, so that courses taken to meet the lower-unit Certificate of Achievement requirements meet part of the higher-unit Certificate of Achievement-Advanced requirements; and those Certificate of Achievement-Advanced courses can be applied to the corresponding associate degree requirements.

### Skills Certificates

Some academic departments also offer Skills Certificates. These certificates are issued by the department and are not notated on official college transcripts.

### Noncredit Certificates

The Board of Governors for California Community Colleges has established a framework for offering noncredit courses and programs to increase educational access to students from diverse backgrounds. Noncredit courses can be a starting point for many individuals—particularly immigrants, the economically disadvantaged or adults with lower skills—on a pathway to learning basic skills, preparing to enter the workforce, transitioning to for-credit programs or transferring to a four-year university.

Noncredit programs vary in length. Students are encouraged to check with the departments and counselors for help with planning their courses. There is no limit on the number of noncredit certificates a student can earn.

# CERTIFICATE REQUIREMENTS

Students must complete the prescribed number of courses in the major for each certificate.

### Certificate of Achievement

Required units range from 18 to 26. Each major course must be completed with a minimum C grade or higher. Up to six units may be applied from another college or university.

### Certificate of Achievement-Advanced

Required units typically range from a minimum of 27 to 45.

- Each major course must be completed with a minimum C grade or higher.
- A maximum of 18 quarter units may be applied from another college or university.
- Mathematics proficiency is required in addition to major courses. This may be met by qualifying for MATH 114 or a higher-level Math course.
- English proficiency is required in addition to major courses. This may be met by qualifying for EWRT 1A, EWRT 1AH or ESL 5.

### Skills Certificate Programs

All required courses must be completed with a C grade or higher.

### Noncredit Certificates

All required courses must be completed with at least a C grade, passing grade or satisfactory progress.

# CAREER TECHNICAL EDUCATION (CTE) PROGRAM ADVISORY COMMITTEES

De Anza offers a wide variety of Career Training programs under the formal title of Career Technical Education (CTE) and Workforce Education. You can find useful information about these programs can be found at deanza.edu/career-training. Each of these programs is developed and offered with input from a CTE program advisory committee, in accordance with guidelines established by the California Community Colleges Chancellor's Office. These advisory committees include business and industry leaders along with college faculty and administrators. They meet at least once a year to discuss course offerings and determine how to keep programs current with trends in the regional and global economies. The advisory committees provide input by

- Advising on industry trends and employment needs
- Reviewing current course content
- Evaluating program graduates' performance
- Determining facilities and equipment needs
- Recommending new courses and content
- Initiating new certificate and degree programs

The recommendations of the CTE program advisory committees are implemented on a continuous basis. In addition to the program advisory committees, other college bodies make recommendations and decisions regarding implementation of new CTE certificate and degree programs. These bodies include the De Anza College Curriculum Committee and the Foothill and De Anza Colleges' Joint Academic Senate.



**DE ANZA COLLEGE TOPS in CAREER TRAINING**





# CERTIFICATE AND DEGREE PROGRAMS

Individual department curriculum sheets for certificate and degree programs are available in the Counseling and Advising Center and at deanza.edu/academics/degrees-and-certificates. Division offices often have the information available as well.

Students transferring to another college should complete as many of that college's requirements as possible. Articulation agreements with De Anza and California public four-year institutions are available on the web at assist.org. Students should also contact a counselor or adviser for program planning from the catalog of the desired transfer institution and maintain regular contact prior to transfer.

Although care has been taken to ensure the accuracy of the information that follows, there may be unintended errors and changes or deletions without notification.

## GENERAL REQUIREMENTS

### To Earn a Certificate or Degree

1. Complete the course requirements listed.
2. Meet the requirements for the corresponding level – Noncredit Certificate, Skills Certificate, Certificate of Achievement, Certificate of Achievement-Advanced, A.A. or A.S. degree, AA.-T or A.S.-T degree – as specified below.

### Noncredit Certificates

Noncredit Certificates are issued by individual departments and are not notated on official college transcripts. Contact the department directly for assistance and to apply. Requirements:

- Completion of all major courses with at least a C grade, passing grade or satisfactory progress

Note: Each course must be completed at De Anza College.

### Skills Certificates

Skills Certificates are issued by individual departments and are not notated on official college transcripts. Contact the department directly for assistance and to apply. Requirements:

- Completion of all major courses with a C grade or higher.

Note: Each course must be completed at De Anza College.

### Certificates of Achievement and Achievement-Advanced

Certificates of Achievement and Achievement-Advanced are awarded by the college and notated on official transcripts. Requirements:

### Certificate of Achievement

- Completion of all major courses with a C grade or higher.

Note: No more than six quarter units may be transferred from other academic institutions.

### Certificate of Achievement-Advanced

- Completion of all major courses with a C grade or higher
- Demonstrated proficiency in English and mathematics as evidenced by eligibility for EWRT 1A or EWRT 1AH, EWRT 1AS with EWRT 1AT or ESL 5 and eligibility for MATH 114.

Note: No more than 18 quarter units may be transferred from other academic institutions.

### Associate Degrees (A.A. or A.S.)

- Completion of all General Education (GE) requirements (32-43 quarter units) for the A.A./A.S. degree. GE units must be completed with a minimum 2.0 GPA (C average).
- Completion of all major courses with a C grade or higher. Major courses can also be used to satisfy GE requirements (except for Liberal Arts degrees). Note: A maximum of 22 quarter units from other academic institutions may be applied toward the major.
- Completion of a minimum of 90 degree-applicable quarter units (GE and major units included). All De Anza courses must be completed with a minimum 2.0 GPA (C average). All De Anza courses combined with courses transferred from other academic institutions must be completed with a minimum 2.0 GPA (C average).

Note: A minimum of 24 quarter units must be earned at De Anza College.

### Associate Degree for Transfer (A.A.-T. or A.S.-T.)

- Completion of all major courses with a C grade or higher. Major courses may be used to satisfy GE requirements.
- Completion of either the California State University General Education-Breadth pattern (CSU GE) or the Intersegmental General Education Transfer Curriculum (IGETC) pattern in full; students transferring to CSU using IGETC must complete Area 1C.
- Completion of a minimum of 90 CSU-transferable quarter units with a minimum overall GPA of 2.0 in all CSU-transferable units.

Note: While a minimum 2.0 GPA is required for admission to CSU, many majors or campuses require a higher GPA. Please consult with a counselor or academic adviser.

Note: A minimum of 18 degree-applicable quarter units must be earned at De Anza College.

plan to complete a bachelor's degree in Mathematics (or an approved similar major) at a CSU campus. Students completing this degree are guaranteed admission to the CSU system, but not to a particular campus or major. Students transferring to a CSU campus that does accept this degree will be required to complete no more than 60 (semester) units after transfer to earn a bachelor's degree. This degree may not be the best option for students intending to transfer to a particular CSU campus or to a university or college that is not part of the CSU system. In all cases, students should consult with a counselor for more information on university admission and transfer requirements.

*Program Learning Outcomes: Upon completion, students will be able to*
- Be prepared for successful entry into upper division courses in mathematics

1. Meet the A.A.-T./A.S.-T. degree requirements for transfer.
2. Complete the following.

| Required Core: | | 20 |
|---|---|---|
| MATH 1A | Calculus | 5 |
| or MATH 1AH | Calculus - HONORS | |
| MATH 1B | Calculus | 5 |
| or MATH 1BH | Calculus - HONORS | |
| MATH 1C | Calculus | 5 |
| or MATH 1CH | Calculus - HONORS | |
| MATH 1D | Calculus | 5 |
| or MATH 1DH | Calculus - HONORS | |

| List A - Complete two courses: | | 10 |
|---|---|---|
| MATH 2A | Differential Equations | 5 |
| or MATH 2AH | Differential Equations - HONORS | |
| MATH 2B | Linear Algebra | 5 |
| or MATH 2BH | Linear Algebra - HONORS | |

| Major | *Mathematics for Transfer* | *30* |
|---|---|---|
| Transfer GE | *CSU GE or (IGETC for CSU) (47-61 units)* | |
| Electives | *CSU-transferrable elective courses required when the major plus transfer GE units total is less than 90* | |
| | **Total Units Required ...................................90** | |

# MEDICAL LABORATORY TECHNOLOGY

## Clinical Laboratory Assistant
### Certificate of Achievement
The Clinical Laboratory Assistant Certificate of Achievement is available to students who have successfully completed the four required courses of study. The Certificate of Achievement is a 12-month course of study that prepares students for a career as a Clinical Laboratory Assistant through classroom study. Graduates of the certificate program have a recognized skill set for jobs as a laboratory assistant and opportunity for advancement.

*Program Learning Outcomes: Upon completion, students will be able to*
- Qualify and be eligible for jobs as a clinical laboratory assistant

1. Meet the requirements for this certificate level.
2. Complete the following.

| HTEC 80 | Clinical Hematology Laboratory | 1.5 |
|---|---|---|
| HTEC 80A | Clinical Hematology Lecture | 4.5 |
| HTEC 83 | Clinical Microbiology Laboratory | 1.5 |
| HTEC 83A | Clinical Microbiology Lecture | 4.5 |
| HTEC 84 | Clinical Immunology/Immunohematology Laboratory | 1.5 |
| HTEC 84A | Clinical Immunology/Immunohematology Lecture | 4.5 |
| HTEC 85A | Clinical Chemistry I Laboratory | 1.5 |
| HTEC 85C | Clinical Chemistry I Lecture | 4.5 |
| | **Total Units Required .....................................24** | |

## Medical Laboratory Technology (MLT)
### Certificate of Achievement-Advanced
Note: To receive the Medical Laboratory Technology Certificate of Achievement-Advanced, students must have an A.A./A.S. degree or higher.

The Medical Laboratory Technician (MLT) Certificate of Achievement-Advanced is available to students who have an associate or higher degree from an accredited U.S. institution or the evaluated equivalent from foreign study. The Certificate of Achievement-Advanced is a 15-month course of study (including one summer) that prepares students for a career as an MLT through classroom study and supervised clinical training. The MLT program provides students with a quality education that complies with the established standards and guidelines of an accredited laboratory training program. Graduates of the certificate program are eligible to sit for a state-approved national MLT certification examination.

*Program Learning Outcomes: Upon completion, students will be able to*
- Pass a state-approved national medical laboratory certification exam

1. Meet the requirements for this certificate level.
2. Complete the following prerequisite and requirements with a C grade or better.

**Prerequisite:**
State of California Phlebotomy Certification

| Complete the following: | | 16 |
|---|---|---|
| BIOL 26 | Introductory Microbiology | 6 |
| CHEM 30A | Introduction to General, Organic and Biochemistry I | 5 |
| CHEM 30B | Introduction to General, Organic and Biochemistry II | 5 |

| Complete one option: | | 15-18 |
|---|---|---|
| **Option 1:** | | |
| BIOL 6A | Form and Function in the Biological World (6) | |
| or BIOL 6AH | Form and Function in the Biological World - HONORS (6) | |
| BIOL 6B | Cell and Molecular Biology (6) | |
| BIOL 6C | Ecology and Evolution (6) | |
| or BIOL 6CH | Ecology and Evolution - HONORS (6) | |

**Option 2:**

| BIOL 40A | Human Anatomy and Physiology (5) |
| BIOL 40B | Human Anatomy and Physiology (5) |
| BIOL 40C | Human Anatomy and Physiology (5) |
| | **Prerequisite Units Required ................. 31-34** |

| **Requirements:** | | **57** |
|---|---|---|
| HTEC 80A | Clinical Hematology Lecture | 4.5 |
| HTEC 80 | Clinical Hematology Laboratory | 1.5 |
| HTEC 81A | Clinical Urinalysis Lecture | 1.5 |
| HTEC 81 | Clinical Urinalysis Laboratory | 0.75 |
| HTEC 82A | Clinical Coagulation Lecture | 1.5 |
| HTEC 82 | Clinical Coagulation Laboratory | 0.75 |
| HTEC 83A | Clinical Microbiology Lecture | 4.5 |
| HTEC 83 | Clinical Microbiology Laboratory | 1.5 |
| HTEC 84A | Clinical Immunology/Immunohematology Lecture | 4.5 |
| HTEC 84 | Clinical Immunology/Immunohematology Laboratory | 1.5 |
| HTEC 85C | Clinical Chemistry I Lecture | 4.5 |
| HTEC 85A | Clinical Chemistry I Laboratory | 1.5 |
| HTEC 85D | Clinical Chemistry II Lecture | 4.5 |
| HTEC 85B | Clinical Chemistry II Laboratory | 1.5 |
| HTEC 180 | Clinical Hematology/Urinalysis/Coagulation Practicum | 6 |
| HTEC 183 | Clinical Microbiology Practicum | 6 |
| HTEC 184 | Clinical Immunology/Immunohematology Practicum | 4.5 |
| HTEC 185 | Clinical Chemistry Practicum | 6 |
| | **Total Units Required, Including Prerequisites.......................... 88-91** | |

## Medical Laboratory Technology
### A.A. Degree
The A.A. degree in Medical Laboratory Technology is a 24-month course of study (including summers) that prepares students for a career as a medical laboratory technician through classroom study and supervised clinical training. The MLT program provides students with a quality education that complies with the established standards and guidelines of an accredited laboratory training program. Graduates of the degree program are eligible to sit for a state-approved national MLT certification examination.

*Program Learning Outcomes: Upon completion, students will be able to*
- Pass a state approved national medical laboratory certification exam

For the major, complete the same prerequisites and requirements listed for the Medical Laboratory Technology Certificate of Achievement-Advanced (see above) and meet De Anza's A.A./A.S. degree requirements.

# MUSIC
## Music
### A.A. Degree
This A.A. degree program provides a foundation in music for students interested in a career in the musical entertainment industry or pursuing a bachelor's degree in Music. Students are encouraged to take private instruction (not provided by the college) each term along with classes in their specialization.

*Program Learning Outcomes: Upon completion, students will be able to*
- Demonstrate, through successful public performance, a synthesis of technique, memory, musicality and stage presence in both group and solo presentations
- Demonstrate proficiency equivalent to national lower-division curriculum standards in music literacy for all historical periods, ear training and keyboard harmony
- Distinguish musical cultures, historical periods, forms and composers from each other while demonstrating an understanding of the roles of music in human culture
- Produce, notate and perform music using contemporary technologies

1. Meet the A.A./A.S. degree requirements.
2. Complete the following.

| MUSI 3A | Comprehensive Musicianship (First Quarter) | 4 |
|---|---|---|
| MUSI 3B | Comprehensive Musicianship (Second Quarter) | 4 |
| MUSI 3C | Comprehensive Musicianship (Third Quarter) | 4 |
| MUSI 4A | Comprehensive Musicianship II (First Quarter) | 4 |
| MUSI 4B | Comprehensive Musicianship II (Second Quarter) | 4 |
| MUSI 4C | Comprehensive Musicianship II (Third Quarter) | 4 |

*Advisory: MUSI 10A or qualifying score on the Music placement examination is recommended. Music placement examination offered upon request or during the first day of class in MUSI 3A.*

*Note: MUSI 3A and 4A offered fall quarter only; MUSI 3B and 4B offered Winter quarter only; MUSI 3C and 4C offered spring quarter only.*

| **Complete one course:** | | **4** |
|---|---|---|
| MUSI 1A | Music Appreciation: Music in Western Cultures (4) | |
| MUSI 1B | Music Appreciation: Jazz Styles (4) | |
| MUSI 1C | Music Appreciation: World Music in America (4) | |
| MUSI 1D | Music Appreciation: Rock - From Roots to Rap (4) | |

| **Complete a minimum of 12 units:** | | **12** |
|---|---|---|
| MUSI 15A | Guitar Ensemble I (2) | |
| MUSI 15B | Guitar Ensemble II (2) | |
| MUSI 20 | De Anza Chorale (2) | |
| MUSI 21 | Vintage Singers (2) | |
| MUSI 22 | Early Music Study and Performance (2) | |
| MUSI 31 | Chamber Orchestra (2) | |
| MUSI 34 | Jazz Ensemble (2) | |
| MUSI 35 | Mariachi Ensemble (2) | |
| MUSI 41 series | MUSI 41V, 41W Rehearsal and Performance (1.5-2) | |
| MUSI 42 | Concert Band (2) | |
| MUSI 45 | Jazz Combos (2) | |

# COURSE NUMBERING SYSTEM

## GENERAL GUIDELINES FOR COURSES NUMBERED

**1-49** Transferable to UC (See information on limitations below.)

**1-99** Transferable to CSU

**1-199** De Anza A.A./A.S. degree applicable

**200-299** Prerequisite for required courses that lead to the A.A./A.S. degree and non-degree applicable credit courses

**300-399** Noncredit CTE, noncredit basic skills, and noncredit disability support courses that do not apply to the Associate Degree

See individual course listings in this catalog and class schedule for exceptions to guidelines.

## UC LIMITATIONS TO TRANSFER COURSE LIST

De Anza courses numbered 1-49 are generally transferable to UC, however, there are limitations and transfer credit is subject to change.

Visit **assist.org** for updates. The 2020-2021 UC transferable course list will be available on the ASSIST website in fall 2020.

### 2019-2020 UC Transfer Course Agreement (TCA) Limitations

Refer to this summary of course limitations on the UC TCA when calculating the minimum 90 transferable quarter units required for transfer to UC.

| | |
|---|---|
| ADMJ | ADMJ 3, 11, 25, PARA 25 (and their cross-listings) combined: maximum credit, 1 course |
| BIOL | No credit for BIOL 10, 10H or 11 if taken after BIOL 6A, 6AH, 6B, 6C, or 6CH |
| BUS | BUS 10 and 21 combined: maximum credit, 1 course |
| CLP | CLP 5, 7, COUN 5, EDAC 1 and HUMA 20 combined: maximum credit, 4.5 quarter units |
| CHEM | CHEM 10, 25 and 30A combined: maximum credit, 1 course; No credit for CHEM 10, 25 or 30A if taken after CHEM 1A or 1AH |
| CIS | Student may receive credit for either (CIS 22A and 22B) or CIS 27, but not both. Student may receive credit for either (CIS 36A and 36B) or CIS 35A, but not both |
| COUN | COUN 5 , CLP 5, 7, EDAC 1 and HUMA 20 combined: maximum credit, 4.5 quarter units |
| EDAC | EDAC 1, CLP 5, 7, COUN 5 and HUMA 20 combined: maximum credit, 4.5 quarter units |
| EWRT | EWRT 1A or (EWRT 1AS and 1AT) combined: maximum credit, 5 quarter units |
| | EWRT 1AS and 1AT must both be completed in order to receive transfer credit |
| ESCI | ESCI 19, 21, 30 and 20 (currently non-transferable as ESCI 60): maximum credit, 3 courses |
| F/TV | F/TV 2A, 2AH, 2AW and 2AWH combined: maximum credit, 1 course |
| | F/TV 2B, 2BH, 2BW and 2BWH combined: maximum credit, 1 course |
| | F/TV 2C, 2CH, 2CW and 2CWH combined: maximum credit, 1 course |
| | F/TV 20 and 22 combined: maximum credit, 1 course |
| FREN | FREN 2 corresponds to two years of high school study |
| GERM | GERM 2 corresponds to two years of high school study |
| HUMA | HUMA 20, CLP 5, 7, COUN 5 and EDAC 1 combined: maximum credit, 4.5 quarter units |
| ITAL | ITAL 2 corresponds to two years of high school study |
| JAPN | JAPN 2 corresponds to two years of high school study |
| JOUR | JOUR 21A and 21B - Any or all of these courses combined: maximum credit, 1 course |
| KNES/PE/ PEA | KNES/PE/PEA Activity Courses combined: maximum credit, 6 quarter units |
| | KNES/PE Theory courses combined: maximum credit, 12 quarter units |
| | For full list of KNES Activity/Theory courses with limitations, visit **assist.org** |
| KORE | KORE 2 corresponds to two years of high school study |
| MAND | MAND 2 corresponds to two years of high school study |
| MATH | MATH 1A, 1AH and 12 combined: maximum credit, 1 course |
| | MATH 10, 10H, 17, 23, PSYC 15 and SOC 15 combined:maximum credit, 1 course |
| | MATH 17 Students must complete both Statway courses. Maximum credit limitation: 6 quarter units / 4 semester units;UC transferable for students applying to UC for fall 2016 and later |
| | MATH 31, 31A, 31B, 32, 41, 41H, 42, 42H, 43 and 43H combined: maximum credit, 7.5 quarter units / 5 semester units |
| MUSI | No credit for MUSI 10A if taken after MUSI 3A |
| PARA | PARA 25, ADMJ 3, 11, 25 (and their cross-listings) combined: maximum credit, 1 course |
| PERS | PERS 2 corresponds to two years of high school study |
| PE/PEA/ KNES | PE/PEA/KNES Activity courses combined: maximum credit,6 quarter units |
| | PE/KNES Theory courses combined: maximum credit, 12 quarter units |
| | For full list of PE/PEA/KNES Activity and Theory courses with limitations, visit **assist.org** |
| PHYS | PHYS 2A, 2B, 2C, and 4A, 4B, 4C, 4D combined: maximum credit, 1 series; Deduct credit for duplication of topics |
| | No credit for PHYS 10 if taken after PHYS 2A or 4A |
| PSYC | PSYC 15, MATH 10, 10H, 17, 23 and SOC 15 combined: maximum credit, 1 course |
| RUSS | RUSS 2 corresponds to two years of high school study |
| SIGN | SIGN 2 corresponds to two years of high school study |
| SOC | SOC 15, MATH 10, 10H, 17, 23 and PSYC 15 combined: maximum credit, 1 course |
| SPAN | SPAN 2 corresponds to two years of high school study |
| VIET | VIET 2 corresponds to two years of high school study |
| **Variable Topics Courses** | These courses are also labeled "Independent Studies," "Special Studies," "Special Topics," "Field Work," etc. Credit for variable topics courses is given only after a review of the scope and content of the course by the enrolling UC campus. This usually occurs after transfer and may require recommendations from faculty. Information about internships may also be presented for review, but credit for internships rarely transfers to UC. UC does not grant credit for variable topics courses in Journalism, Photography, Health, Business Administration, Architecture, Administration of Justice (Criminology) or Library Departments because of credit restrictions in these areas. |
| **Honors Course Credit Limitation** | Duplicate credit will not be awarded for both the honors and regular versions of a course. Credit will be awarded only to the first course completed with a grade of C or better. |

*All courses are for unit credit and apply to a De Anza associate degree unless otherwise noted.*

**HLTH 57A    First Aid for the Community, Home,    1 Unit
    Wilderness, and Disasters**
*Advisory: EWRT 211 and READ 211, or ESL 272 and 273.*
*One hour lecture (12 hours total per quarter).*
Designed for certification in American Red Cross First Aid. Students will gain the knowledge and skills necessary to recognize and provide basic care for injuries and sudden illnesses until advanced medical personnel take over. Adaptations for delayed help in situations such as a wilderness environment or after an earthquake. Upon successful completion of the course, each participant will receive an American Red Cross certification in Standard First Aid (valid for three years).

# Health Technologies

**HTEC 50    Introduction to Health Technologies    2 Units**
*Advisory: EWRT 200 and READ 200, or ESL 261, 262 and 263.*
*Two hours lecture (24 hours total per quarter).*
*Pass-No Pass (P-NP) course.*
Survey of health technology programs with an emphasis on the professions; designed to assist in identifying personal strengths and weaknesses related to health technology professions; assist students in health technology professions to learn basic principles of human behavior.

**HTEC 60A    Basic Medical Terminology    3 Units**
*Advisory: HTEC 50 (may be taken concurrently).*
*Three hours lecture (36 hours total per quarter).*
Orientation to medical terminology; basic structure of medical terms and their components–prefixes, suffixes and roots with emphasis on analysis, definition, spelling and pronunciation.

**HTEC 60G    Advanced Medical Terminology I    2 Units**
*Prerequisite: HTEC 60A.*
*Two hours lecture (24 hours total per quarter).*
Application of medical terminology to the following body systems: digestive, urinary, reproductive, nervous, integumentary, sensory organs, and radiology.

**HTEC 60H    Advanced Medical Terminology II    2 Units**
*Prerequisite: HTEC 60A.*
*Two hours lecture (24 hours total per quarter).*
Application of medical terminology to the following body systems: cardiovascular, respiratory, blood and lymphatics, musculoskeletal, endocrine, oncology, pharmacology, psychiatry.

**HTEC 61    Medical Communications    1 1/2 Units**
*Corequisite: HTEC 101C.*
*Advisory: HTEC 60A.*
*One hour lecture, two hours laboratory (36 hours total per quarter).*
Application of medical terminology, abbreviations, symbols, numbers, keyboarding appropriate formats in medical communications; medical chart notes, history and physicals, consultations and operative reports.

**HTEC 64A    Clinical Laboratory Procedures I    1 1/2 Units**
*Prerequisite: HTEC 60A.*
*One hour lecture, two hours laboratory (36 hours total per quarter).*
Introduction to the clinical laboratory: infection control, bloodborne pathogen standard, safety standards, laboratory requisition, specimen requirements, patient preparation, patient identification, specimen identification, venipuncture and skin puncture equipment.

**HTEC 64B    Clinical Laboratory Procedures II    3 Units**
*Prerequisite: HTEC 64A and HTEC 101A (may be taken concurrently). Students who have successfully passed HTEC 101A must enroll in either HTEC 101L or HTEC 101M concurrently.*
*Three hours lecture (36 hours total per quarter).*
Addresses blood collection procedures and includes: safety, infection collection, circulatory system, pre-analytical considerations, blood collection equipment and supplies, blood collection procedures for venipuncture and skin puncture, special collections, specimen processing and handling, quality assurance, and legal issues.

**HTEC 68    Medical Reception Externship    2 Units**
*Prerequisite: HTEC 50, 60A, 61, 71, 72, 73, 75, 101C and 101D.*
*Advisory: CIS 4 and HLTH 57A.*
*Six hours laboratory (72 hours total per quarter).*
Practical medical reception experience in medical clinics.

**HTEC 71    Medical Office Reception    2 Units**
*Advisory: HTEC 60A.*
*Two hours lecture (24 hours total per quarter).*
Duties of the medical receptionist with emphasis on oral communications, appointment scheduling, and telephone technique.

**HTEC 72    Medical Office Financial Procedures    1 1/2 Units**
*Corequisite: HTEC 101D.*
*Advisory: HTEC 60A.*
*One hour lecture, two hours laboratory (36 hours total per quarter).*
Fee determination, billing, diagnostic and procedural coding,commercial and government health insurance programs, health insurance specialist as a career.

**HTEC 73    Medical Law and Ethics    3 Units**
*Advisory: HTEC 60A.*
*Three hours lecture (36 hours total per quarter).*
Medical ethics, medical practice acts, legal relationship of patient and physician, legal responsibilities of the health technology team member, professional liability, physician's civic duties and arbitration.

**HTEC 74A    Medical Transcription with Editing I    1 1/2 Units**
*(Formerly HTEC 74.)*
*Prerequisite: HTEC 61.*
*Corequisite: HTEC 101H.*
*One hour lecture, one and one-half hours laboratory (30 hours total per quarter).*
This course focuses on the development of basic medical transcription skills for a facility using actual dictation from Gastroenterology and Dermatology specialties; along with the basic skills for speech recognition editing.

**HTEC 74B    Medical Transcription with Editing II    1 1/2 Units**
*Prerequisite: HTEC 74A.*
*Corequisite: HTEC 101J.*
*One hour lecture, one and one-half hours laboratory (30 hours total per quarter).*
This course focuses on the development of advanced medical transcription skills for a facility using actual dictation from orthopedics, cardiology, and urology specialties; along with the basic skills for speech recognition editing.

**HTEC 74C    Medical Transcription with Editing III    1 1/2 Units**
*Prerequisite: HTEC 74B.*
*Corequisite: HTEC 101K.*
*One hour lecture, one and one-half hours laboratory (30 hours total per quarter).*
This course focuses on the development of advanced medical transcription skills for a facility using actual dictation from OB/GYN, endocrinology, and neurology specialties; along with the basic skills for speech recognition editing.

**HTEC 75    Electronic Health Records    1 1/2 Units**
*Advisory: HTEC 60A and HTEC 72.*
*One hour lecture, two hours laboratory (36 total per quarter).*
Electronic Health Records (EHR) documentation through industry-standard software, basic technology used in EHR implementation, setup EHR software using clinical and administrative tools, create new documentation in EHR, importing documents in a patient's chart, creating templates for procedures and diagnoses.

**HTEC 76A    Advanced Medical Coding I    1 1/2 Units**
*Prerequisite: HTEC 72.*
*One hour lecture, one and one-half hours laboratory (30 hours total per quarter).*
This course introduces advance concepts and guidelines from the (AHA) American Hospital Association, (AHIMA) American Health Information Association, and (AMA) American Medical Association: ICD-10-CM Coding System.

**HTEC 76B    Advanced Medical Coding II    1 1/2 Units**
*Prerequisite: HTEC 76A.*
*One hour lecture, one and one-half hours laboratory (30 hours total per quarter).*
This course introduces the advanced concepts and guidelines from the (AHA) American Hospital Association, (AHIMA) American Health Information Association, and (AMA) American Medical Association: ICD-10-CM Coding Systems, (AMA) American Medical Association CPT4 (Current Procedural Terminology) and HCPCS (Healthcare Common Procedure Coding Systems) Outpatient procedure coding systems.

**HTEC 77    Special Projects in Health Technology    1 Unit
HTEC 77X    2 Units
HTEC 77Y    3 Units**
*Prerequisite: Consent of instructor and division dean.*
*Three hours laboratory for each unit of credit (36 hours total for each unit of credit per quarter).*
*Pass-No Pass (P-NP) course.*
Individual advanced projects in health technology.

**HTEC 80    Clinical Hematology Laboratory    1 1/2 Units**
*Corequisite: HTEC 80A.*
*Four and one-half hours laboratory (54 hours total per quarter).*
This course introduces the various techniques and safety procedures used in the clinical hematology laboratory. Students will prepare and stain blood slides, perform microhematocrits, hemoglobin analysis, ESR, and Sickle Cell Screening. Students will perform manual WBC's and platelet counts using a hemacytometer. Students will evaluate printouts from the automated hematology analyzer. Students will determine the morphology and identification of common human blood cells. Special stains (Reticulocyte, giemsa, and Kleihaure-Betke) will be done. Correlating test results with disease states will be accomplished. Successful completion of this course and HTEC 80A, HTEC 81A, HTEC 81, HTEC 82A and HTEC 82 are required to enroll in Clinical Hematology/Urinalysis/Coagulation Practicum, HTEC 180. This course must be successfully completed in order to qualify for the clinical externship and take the exam.

All courses are for unit credit and apply to a De Anza associate degree unless otherwise noted.

**HTEC 80A     Clinical Hematology Lecture          4 1/2 Units**
*Corequisite: HTEC 80.*
*Four and one-half hours lecture (54 hours total per quarter).*
This course presents the origin of the various types of blood cells with an emphasis on the red and white blood cells. Human hematological disorders and classifications based on clinical laboratory findings will be covered and case studies will be presented. This course must be successfully completed in order to qualify for the clinical externship and take the exam.

**HTEC 81     Clinical Urinalysis Laboratory          3/4 Unit**
*Corequisite: HTEC 81A.*
*Two and one-quarter hours laboratory (27 hours total per quarter).*
This course teaches the student the various properties and constituents of urine via "hands-on" learning. Emphasis is placed on the interpretation and handling of urine specimens and their accompanying requisitions. Students will be taught to examine urine physically, chemically, and microscopically and compare clinical values as related to the physiology of the urinary system in health and disease. Correlating test results to disease states will be accomplished by the student. Successful completion of this course and HTEC 81A, HTEC 80A, HTEC 80, HTEC 82A, and HTEC 82 is required to enroll in Clinical Hematology/Urinalysis/Coagulation Practicum, HTEC 180. This course must be successfully completed in order to qualify for the clinical externship and take the licensing exam.

**HTEC 81A     Clinical Urinalysis Lecture          1 1/2 Units**
*Corequisite: HTEC 81.*
*One and one-half hours lecture (18 hours total per quarter).*
This course introduces the student to urine formation including renal anatomy and physiology, renal diseases, and metabolic disorders. The course content also includes basic body fluids, along with case-studies correlating clinical laboratory testing results to possible disease states. This course must be successfully completed in order to qualify for the clinical externship and take the licensing exam.

**HTEC 82     Clinical Coagulation Laboratory          3/4 Unit**
*Corequisite: HTEC 82A.*
*Two and one-quarter hours laboratory (27 hours total per quarter).*
Introduces the various techniques and safety procedures used in the clinical coagulation laboratory. Emphasis on platelet function tests and intrinsic and extrinsic clotting pathway testing. Normal and abnormal cases will be studied. Correlating test results with disease states will be accomplished. Successful completion of this course and HTEC 80, 80A, 81, 81A and 82A are required to enroll in Clinical Hematology/Urinalysis/Coagulation Practicum (HTEC 180).

**HTEC 82A     Clinical Coagulation Lecture          1 1/2 Units**
*Corequisite: HTEC 82.*
*One and one-half hours lecture (18 hours total per quarter).*
Introduces the mechanisms involved in hemostasis. Includes the processes of primary, secondary and fibrinolysis in normal circumstances and in relation to disease states. Case studies will be included.

**HTEC 83     Clinical Microbiology Laboratory          1 1/2 Units**
*Corequisite: HTEC 83A.*
*Four and one-half hours laboratory (54 hours total per quarter).*
An introduction to the various techniques and safety procedures in clinical microbiology. Emphasizes the morphology and identification of common pathogenic organisms. Correlation of test results with disease states will be accomplished. Successful completion of this course and HTEC 83A is required to enroll in Clinical Microbiology Practicum (HTEC 183).

**HTEC 83A     Clinical Microbiology Lecture          4 1/2 Units**
*Corequisite: HTEC 83.*
*Four and one-half hours lecture (54 hours total per quarter).*
Addresses microorganisms of medical microbiology with emphasis on the characteristics of clinically significant microorganisms and their biochemical profile, media for isolation, and identification methods for selected pathogens. The student will be introduced to identification methods, theories, and techniques used in basic bacteriology, parasitology and mycology. Emphasizes routine organism identification. Correlating test results with disease states will be accomplished. Successful completion of this course and HTEC 83 is required to enroll in Clinical Microbiology Practicum (HTEC 183).

**HTEC 84     Clinical Immunology/
Immunohematology Laboratory          1 1/2 Units**
*Corequisite: HTEC 84A.*
*Four and one-half hours laboratory (54 hours total per quarter).*
Introduces the student to the basic principles of antigen and antibody reactions included in blood grouping and typing, compatibility testing and serological procedures by performances in a student lab environment. Introduces serological and immunohematology procedures and techniques to measure analytes qualitatively and quantitatively. Correlating test results with disease states will be accomplished. Successful completion of this course and HTEC 84A is required prior to enrollment in Clinical Immunology/Immunohematology Practicum, HTEC 184. This course must be successfully completed in order to qualify for the clinical externship and take the licensing exam.

**HTEC 84A     Clinical Immunology/
Immunohematology Lecture          4 1/2 Units**
*Corequisite: HTEC 84.*
*Four and one-half hours lecture (54 hours total per quarter).*
Introduces the student to the basic principles of antigen and antibody reactions included in blood grouping and typing, compatibility testing and serological procedures. Introduces serological and immunohematology procedures and techniques to measure analytes qualitatively and quantitatively. This course must be successfully completed for the clinical externship and take the licensing exam.

**HTEC 85A     Clinical Chemistry I Laboratory          1 1/2 Units**
*Corequisite: HTEC 85C.*
*Four and one-half hours laboratory (54 hours total per quarter).*
Teaches the general laboratory principles and specific basic instrumentation methodologies used in basic clinical chemistry analysis. After review of laboratory math, and a reintroduction to quality control and quality assurance, the student will be introduced to variables of the pre-analytical phase, characteristics important to quality lab technique and safety. Correlating test results with disease states will be accomplished. Successful completion of this course, HTEC 85B, HTEC 85C and HTEC 85D are required to enroll in Clinical Chemistry Practicum, HTEC 185. This course must be successfully completed in order to qualify for the clinical externship and take the licensing exam.

**HTEC 85B     Clinical Chemistry II Laboratory          1 1/2 Units**
*Prerequisite: HTEC 85A.*
*Corequisite: HTEC 85D.*
*Four and one-half hours laboratory (54 hours total per quarter).*
Teaches the general laboratory principles and specific basic instrumentation methodologies used in basic clinical chemistry analysis. After review of laboratory math, and a reintroduction to quality control and quality assurance, the student will be introduced to variables of the pre-analytical phase, characteristics important to quality lab technique and safety. Correlating test results with disease states will be accomplished. Successful completion of this course, HTEC 85B, HTEC 85C and HTEC 85D are required to enroll in Clinical Chemistry Practicum, HTEC 185. This course must be successfully completed in order to qualify for the clinical externship and take the licensing exam.

**HTEC 85C     Clinical Chemistry I Lecture          4 1/2 Units**
*Corequisite: HTEC 85A.*
*Four and one-half hours lecture (54 hours total per quarter).*
Fundamental principles of clinical chemistry will be presented. Topics include: laboratory math, basic supplies and equipment, testing variables, and analytical techniques. Detailed theory of enzymes, electrolytes, acid-base, trace metals, carbohydrates, cardiac, amino acids, proteins, porphyrins will be included. Basic quality control will be introduced. Correlating test results with disease states will be accomplished. This course must be successfully completed in order to qualify for the clinical externship and take the licensing exam.

**HTEC 85D     Clinical Chemistry II Lecture          4 1/2 Units**
*Prerequisite: HTEC 85C.*
*Corequisite: HTEC 85B.*
*Four and one-half hours lecture (54 hours total per quarter).*
Teaches relationships between the endocrine system and analytes assayed in the clinical laboratory, including tumor markers, therapeutic drugs, and compounds studied in toxicology. The student will be introduced to vitamins assayed and correlate their clinical significance. The student will correlate liver, kidney, and pancreatic function with test results and compare with states of health and disease. The function and laboratory analysis of various body fluids including effusions, spinal fluid, and synovial fluid will be included. This course must be successfully completed in order to qualify for the clinical externship and take the licensing exam.

**HTEC 90G     Basic Patient Care          1 1/2 Units**
*Corequisite: HTEC 101B.*
*Advisory: HTEC 60A.*
*One hour lecture, two hours laboratory (36 hours total per quarter).*
Medical asepsis, nutrition and diet therapy, vital signs, preparation of examining room and patient, various procedures in the medical office.

**HTEC 90H     Medical Office Sterile Technique          1 1/2 Units**
*Corequisite: HTEC 101E.*
*Advisory: HTEC 60A and HTEC 90G.*
*One hour lecture, two hours laboratory (36 hours total per quarter).*
Local application of heat and cold, medical office instruments, sterilization and disinfection of equipment and instruments, application of sterile gloves, assisting with minor office surgery, and bandaging.

**HTEC 91     Medical Office Diagnostic Tests          1 1/2 Units**
*Corequisite: HTEC 101F.*
*Advisory: HTEC 60A.*
*One hour lecture, two hours laboratory (36 hours total per quarter).*
Electrocardiography, theory of assisting with physical therapy and x-ray examinations, theory of diagnostic procedures and instructions.

All courses are for unit credit and apply to a De Anza associate degree unless otherwise noted.

**HTEC 93        Pharmacology for Medical Assistants        3 Units**
*Advisory: HTEC 60A.*
*Three hours lecture (36 hours total per quarter).*
To learn drug legislation and standards, dosage calculation, drug preparations and information regarding drugs and how they affect various system of the body.

**HTEC 94        Administration of Medications        1 1/2 Units**
*Prerequisite: HTEC 93.*
*One hour lecture, two hours laboratory (36 hours total per quarter).*
Pertinent anatomy and physiology, choice of equipment, proper technique, hazards and complications, post-treatment and test patient care and satisfactory performance of a minimum of ten intramuscular, subcutaneous, and intradermal injections; preparation and administration of oral medication.

**HTEC 95A        Medical Assisting Externship        3 Units**
*Prerequisite: BIOL 54G, 54H, 54I, 54J; HTEC 50, 60A, 60G, 60H, 61, 64A, 64B, 71, 72, 73, 74A, 75, 90G, 90H, 91, 93, 94, 101A, 101B, 101C, 101D, 101E, 101F, 101H and 110.*
*Advisory: CIS 99.*
*Nine hours laboratory (108 hours total per quarter).*
Clinical medical assisting practical experience in medical facilities.

**HTEC 95B        Phlebotomy Technician I Externship        3 Units**
*Prerequisite: HLTH 57A; HTEC 50, 60A, 64A, 64B, 73 and 101A.*
*Advisory: CIS 4.*
*Nine hours laboratory (108 hours total per quarter).*
Phlebotomy Technician I practical experience in medical facilities.

**HTEC 96A        Medical Assisting Externship        4 Units**
*Prerequisite: BIOL 54G, 54H, 54I, 54J; HTEC 50, 60A, 60G, 60H, 61, 64A, 64B, 71, 72, 73, 74A, 75, 90G, 90H, 91, 93, 94, 101A, 101B, 101C, 101D, 101E, 101F, 101H and 110.*
*Advisory: CIS 99.*
*Twelve hours laboratory (144 hours total per quarter).*
Administrative and clinical medical assisting practical experience in medical facilities.

**HTEC 96B        Medical Secretarial Externship        4 Units**
*Prerequisite: ACCT 1A or ACCT 1AH; and BIOL 54G, 54H, 54I, 54J; HTEC 50, 60A, 60G, 60H, 61, 68, 71, 72, 73, 74A, 75, 101C and 101D.*
*Advisory: CIS 4.*
*Twelve hours laboratory (144 hours total per quarter).*
Medical secretarial practical experience in medical facilities.

**HTEC 96C        Medical File Clerk Externship        4 Units**
*Prerequisite: HTEC 50, 60A, 73 and 75.*
*Advisory: CIS 4 and CIS 99.*
*Twelve hours laboratory (144 hours total per quarter).*
Medical file clerk practical experience in medical facilities.

**HTEC 96D        Medical Record Clerk Externship        4 Units**
*Prerequisite: HTEC 50, 60A, 71, 73 and 75.*
*Advisory: CIS 4 and CIS 99.*
*Twelve hours laboratory (144 hours total per quarter).*
Medical record clerk practical experience in medical facilities.

**HTEC 96E        Business Office Clerk Externship        4 Units**
*Prerequisite: HTEC 50, 60A, 72, 73, 75 and 101D.*
*Advisory: CIS 4 and CIS 99.*
*Twelve hours laboratory (144 hours total per quarter).*
Business office clerk practical experience in medical facilities.

**HTEC 96F        Insurance and Coding Externship        4 Units**
*Prerequisite: BIOL 54G, 54H, 54I, 54J; HTEC 50, 60A, 60G, 60H, 61, 72, 73, 76A, 76B, 101C and 101D.*
*Twelve hours laboratory (144 hours total per quarter).*
Insurance and coding practical experience in medical facilities.

**HTEC 96G        Medical Transcription Externship        4 Units**
*Prerequisite: HTEC 50, 60A, 60G, 60H, 61, 73, 74A, 74B, 74C, 101C, 101H, 101J, and 101K.*
*Twelve hours laboratory (144 hours total per quarter).*
Medical transcription practical experience in medical facilities.

**HTEC 96H        EKG Externship        4 Units**
*Prerequisite: HTEC 50, 60A, 64A, 64B, 73, 90G, 91, 101A, 101B and 101F.*
*Twelve hours laboratory (144 hours total per quarter).*
Lab assisting practical experience in medical facilities.

**HTEC 101A        Skill Building in Clinical        1 Unit**
                **Laboratory Procedures II**
*Prerequisite: HTEC 64B (may be taken concurrently).*
*Three hours laboratory (36 hours total per quarter).*
*Pass-No Pass (P-NP) course.*
Proper collection and handling of blood specimens while developing speed and accuracy.

**HTEC 101B        Skill Building in Basic Patient Care        1 Unit**
*Corequisite: HTEC 90G.*
*Three hours laboratory (36 hours total per quarter).*
*Pass-No Pass (P-NP) course.*
Development of speed and accuracy in skills learned in the basic patient care course; skills include proper hand washing, vital signs, preparation of examination room and patient and various procedures in the medial office.

**HTEC 101C        Skill Building in Medical Communications        1 Unit**
*Corequisite: HTEC 61.*
*Three hours laboratory (36 hours total per quarter).*
*Pass-No Pass (P-NP) course.*
Development of speed and accuracy in skills learned in medical communications and advanced medical terminology.

**HTEC 101D        Skill Building in Medical Office        1 Unit**
                **Financial Procedures**
*Corequisite: HTEC 72.*
*Three hours laboratory (36 hours total per quarter).*
*Pass-No Pass (P-NP) course.*
Development of speed and accuracy in skills learned in medical office financial procedures course; skills include determining ICD-10 and CPT codes, completing various types of insurance forms.

**HTEC 101E        Skill Building in Medical Office        1 Unit**
                **Sterile Technique**
*Corequisite: HTEC 90H.*
*Three hours laboratory (36 hours total per quarter).*
*Pass-No Pass (P-NP) course.*
Development of speed and accuracy in skills learned in the medical office sterile technique course; skills include local application of heat and cold, application of sterile gloves, assisting with minor surgery, and bandaging.

**HTEC 101F        Skill Building in Medical Office        1 Unit**
                **Diagnostic Tests**
*Corequisite: HTEC 91.*
*Three hours laboratory (36 hours total per quarter).*
*Pass-No Pass (P-NP) course.*
Development of speed and accuracy in skills learned in the medical office diagnostic tests course; skills include performing assessing electrocardiograms.

**HTEC 101H        Skill Building in Medical        1 Unit**
                **Transcription and Editing I**
*Corequisite: HTEC 74A.*
*Three hours laboratory (36 hours total per quarter).*
*Pass-No Pass (P-NP) course.*
This course develops speed and accuracy in medical transcription skills for a medical facility using actual dictation for dermatology medical specialties, along with the basic skills for speech recognition editing.

**HTEC 101J        Skill Building in Medical        1 Unit**
                **Transcription and Editing II**
*Corequisite: HTEC 74B.*
*Three hours laboratory (36 hours total per quarter).*
*Pass-No Pass (P-NP) course.*
This course develops speed and accuracy in medical transcription skills for a medical facility using actual dictation for orthopedics, cardiology, and urology specialties, along with the basic skills for speech recognition editing.

**HTEC 101K        Skill Building in Medical        1 Unit**
                **Transcription and Editing III**
*Corequisite: HTEC 74C.*
*Three hours laboratory (36 hours total per quarter).*
*Pass-No Pass (P-NP) course.*
This course develops speed and accuracy in medical transcription skills for a medical facility using actual dictation for OB/GYN, endocrinology, and neurology specialties, along with the basic skills for speech recognition editing.

**HTEC 101L        Intermediate Skill Building in        1 Unit**
                **Clinical Laboratory Procedures II**
*Prerequisite: HTEC 101A and HTEC 64B (may be taken concurrently).*
*Three hours laboratory (36 hours total per quarter).*
*Pass-No Pass (P-NP) course.*
Intermediate collection and handling of blood specimens and increasing speed and accuracy.

**HTEC 101M        Advanced Skill Building in Clinical        1/2 Unit**
                **Laboratory Procedures II**
*Prerequisite: HTEC 101A and HTEC 64B (may be taken concurrently).*
*One and one-half hours laboratory (18 hours total per quarter).*
*Pass-No Pass (P-NP) course.*
Advanced collection and handling of blood specimens and increasing speed and accuracy.

All courses are for unit credit and apply to a De Anza associate degree unless otherwise noted.

### HTEC 110     Health Technologies Employment    1 1/2 Units
      Preparation

*Requisite/Advisory: None.*
*One hour lecture, two hours laboratory (36 hours total per quarter).*
Steps involved in preparing to complete a medical assistant externship and preparation for certification examinations.

### HTEC 180     Clinical Hematology/Urinalysis/      6 Units
      Coagulation Practicum

*Prerequisite: HTEC 80, 80A, 81, 81A, 82 and 82A.*
*Eighteen hours laboratory (216 hours total per quarter).*
Provides entry-level clinical laboratory practice/experience in the department of hematology, urinalysis and coagulation. Emphasis is placed on technique, accuracy, and precision. Different instrumentation will be introduced as well as bench/manual methods. Competence will be evaluated based on final clinical evaluations. This practicum will be conducted at a clinical affiliate site that will be facilitated by the MLT (Medical Laboratory Technician) Program Director. This course must be successfully completed in order to take the national exam and qualify for a California state license.

### HTEC 183     Clinical Microbiology Practicum      6 Units

*Prerequisite: HTEC 83 and HTEC 83A.*
*Eighteen hours laboratory (216 hours total per quarter).*
Provides entry-level clinical laboratory practice/experience in the department of microbiology. Emphasis is placed on technique, accuracy, and precision. Different instrumentation will be introduced as well as bench/manual methods. Competence will be evaluated based on final clinical evaluations. This practicum will take place at a clinical affiliate site that will be facilitated by the MLT (Medical Laboratory Technician) Program Director. This course must be successfully completed in order to take the national exam and qualify for a California state license.

### HTEC 184     Clinical Immunology/      4 1/2 Units
      Immunohematology Practicum

*Prerequisite: HTEC 84 and HTEC 84A.*
*Thirteen and one-half hours laboratory (162 hours total per quarter).*
Provides entry-level clinical laboratory practice/experience in the department of serology and blood banking. Emphasis is placed on technique, accuracy, and precision. Different instrumentation will be introduced as well as bench/manual methods. Competence will be evaluated based on final clinical evaluations. This practicum will take place at a clinical affiliate site that will be facilitated by the MLT (Medical Laboratory Technician) Program Director. This course must be successfully completed in order to take the national exam and qualify for a California license.

### HTEC 185     Clinical Chemistry Practicum      6 Units

*Prerequisite: HTEC 85B and HTEC 85D.*
*Eighteen hours laboratory (216 hours total per quarter).*
Provides entry-level clinical laboratory practice/experience in the department of general and special chemistry. Emphasis is placed on technique, accuracy, and precision. Different instrumentation will be introduced as well as bench/manual methods. Competence will be evaluated based on final clinical evaluations. This practicum will be conducted at a clinical affiliate site that will be facilitated by the MLT (Medical Laboratory Technician) Program Director. This course must be successfully completed in order to take the national exam and qualify for a California license.

## Hindi

### HNDI 1     Elementary Hindi (First Quarter)      5 Units
*(See general education pages for the requirement this course meets.)*
*Advisory: EWRT 211 and READ 211, or ESL 272 and 273.*
*Five hours lecture (60 hours total per quarter).*
Introduction to the language and cultures of the Hindi-speaking countries and communities. Basic speaking, listening, reading and writing of Hindi will be introduced and practiced within a cultural framework. The emphasis will be on language as an expression of culture.

### HNDI 2     Elementary Hindi (Second Quarter)      5 Units
*(See general education pages for the requirement this course meets.)*
*Prerequisite: HNDI 1 (equivalent to one year of high school Hindi) or equivalent.*
*Five hours lecture (60 hours total per quarter).*
Further development of material presented in HNDI 1. Continuation of introduction to the language and culture of the Hindi-speaking states. Basic speaking, listening, reading and writing of Hindi will be introduced and practiced within a cultural framework. The emphasis will be on language as an expression of culture.

### HNDI 3     Elementary Hindi (Third Quarter)      5 Units
*(See general education pages for the requirement this course meets.)*
*Prerequisite: HNDI 2 (equivalent to two years of high school Hindi) or equivalent.*
*Five hours lecture (60 hours total per quarter).*
Further development of material presented in HNDI 1 and HNDI 2. Completion of introduction to the language and culture of the Hindi-speaking states and communities. Basic speaking, listening, reading and writing of Hindi will be introduced and practiced within a cultural framework. The emphasis will be on language as an expression of culture.

## History

### HIST 3A     World History from Prehistory to 750 CE    4 Units
*(See general education pages for the requirement this course meets.)*
*(Not open to students with credit in HIST 3AH.)*
*Advisory: EWRT 1A or EWRT 1AH or (EWRT 1AS and EWRT 1AT) or ESL 5.*
*Four hours lecture (48 hours total per quarter).*
Starting from the late prehistoric times and covering to 750 Common Era (CE), students will explore the world's history of ancient peoples, cultures, and civilizations. This course provides an interdisciplinary, multi-perspective view of world history, using a thematic approach and offering a balanced, representative and inclusive sampling of the world's cultures from Africa, the Americas, Asia, Europe, and Oceania.

### HIST 3AH     World History from Prehistory to      4 Units
      750 CE - HONORS

*(See general education pages for the requirement this course meets.)*
*(Not open to students with credit in HIST 3A.)*
*(Admission into this course requires consent of the Honors Program Coordinator.)*
*Advisory: EWRT 1A or EWRT 1AH or (EWRT 1AS and EWRT 1AT) or ESL 5.*
*Four hours lecture (48 hours total per quarter).*
Starting from the late prehistoric times and covering to 750 Common Era (CE), students will explore the world's history of ancient peoples, cultures, and civilizations. This course provides an interdisciplinary, multi-perspective view of world history, using a thematic approach and offering a balanced, representative and inclusive sampling of the world's cultures from Africa, the Americas, Asia, Europe, and Oceania. Because this is an honors program course, students will be expected to complete extra assignments, or an additional longer assignment, to gain deeper insight into world history between prehistory and 750 CE.

### HIST 3B     World History from 750 to 1750 CE      4 Units
*(See general education pages for the requirement this course meets.)*
*(Not open to students with credit in HIST 3BH.)*
*Advisory: EWRT 1A or EWRT 1AH or (EWRT 1AS and EWRT 1AT) or ESL 5.*
*Four hours lecture (48 hours total per quarter).*
Starting from 750 Common Era (CE) and covering to 1750 CE, this course explores the convergence of, or increasing encounters between the world's peoples, cultures, and civilizations. Students will gain an interdisciplinary, multi-perspective view of world history, using a thematic approach and offering a balanced, representative and inclusive sampling of the world's cultures from Africa, the Americas, Asia, Europe, and Oceania.

### HIST 3BH     World History from 750 to 1750 CE -      4 Units
      HONORS

*(See general education pages for the requirement this course meets.)*
*(Not open to students with credit in HIST 3B.)*
*(Admission into this course requires consent of the Honors Program Coordinator.)*
*Advisory: EWRT 1A or EWRT 1AH or (EWRT 1AS and EWRT 1AT) or ESL 5.*
*Four hours lecture (48 hours total per quarter).*
Starting from 750 Common Era (CE) and covering to 1750 CE, this course explores the convergence of, or increasing encounters between the world's peoples, cultures, and civilizations. Students will gain an interdisciplinary, multi-perspective view of world history, using a thematic approach and offering a balanced, representative and inclusive sampling of the world's cultures from Africa, the Americas, Asia, Europe, and Oceania. Because this is an honors program course, students will be expected to complete extra assignments, or an additional longer assignment, to gain deeper insight into world history between 750 and 1750 CE.

### HIST 3C     World History from 1750 CE to the Present   4 Units
*(See general education pages for the requirement this course meets.)*
*(Not open to students with credit in HIST 3CH.)*
*Advisory: EWRT 1A or EWRT 1AH or (EWRT 1AS and EWRT 1AT) or ESL 5.*
*Four hours lecture (48 hours total per quarter).*
This course covers the era from 1750 Common Era (CE) and extending to the present, recent and current interactions between the world's peoples, cultures, and civilizations. Students will gain an interdisciplinary, multi-perspective view of world history, using a thematic approach and offering a balanced, representative and inclusive sampling of the world's cultures from Africa, the Americas, Asia, Europe, and Oceania.

### HIST 3CH     World History from 1750 CE to      4 Units
      the Present - HONORS

*(See general education pages for the requirement this course meets.)*
*(Not open to students with credit in HIST 3C.)*
*(Admission into this course requires consent of the Honors Program Coordinator.)*
*Advisory: EWRT 1A or EWRT 1AH or (EWRT 1AS and EWRT 1AT) or ESL 5.*
*Four hours lecture (48 hours total per quarter).*
This course covers the era from 1750 Common Era (CE) and extending to the present, recent and current interactions between the world's peoples, cultures, and civilizations. Students will gain an interdisciplinary, multi-perspective view of world history, using a thematic approach and offering a balanced, representative and inclusive sampling of the world's cultures from Africa, the Americas, Asia, Europe, and Oceania. Because this is an honors program course, students will be expected to complete extra assignments, or an additional longer assignment, to gain deeper insight into world history between 1750 CE and the present.



# FACULTY, STAFF AND ADMINISTRATORS

## FACULTY

**ACEVEDO-AVILA, VERONICA** 1985
English
B.A., University of California,
Santa Cruz
M.A., Santa Clara University

**ALAMEER, ABEER** 2019
Computer Information Systems
B.S., Amman University
M.S., San José State University

**ALEXANDER, ROBERT** 2009
Counseling
B.A., San Francisco State University
M.A., St. Mary's College

**ALTMAN, DANIELLE** 2010
Physical Education
B.A., University of Redlands
M.A., California State University,
San Bernardino

**ALVES DE LIMA, DIANA** 1996
Student Success Center
B.A., University of California, Berkeley
M.A., Stanford University

**ANDERSON, STEPHANIE** 2017
Communication Studies
B.A., M.A., San José State University

**ANNEN, VICKIE** 1997
Biology
B.A., Florida Atlanta University
M.A., San Francisco State University

**APPIO, MICHAEL** 2006
Design and Manufacturing
Technologies
A.A., De Anza College

**ARAGON, ERICK** 2013
Outreach
B.A., San Diego State University
M.S., Northern Illinois University

**ARGYRIOU, ANNE** 2000
English
B.A., University of California,
Santa Cruz
M.A., San Francisco State University
M.Phil., University of Cambridge

**AUGENSTEIN, RENEE** 1997
Articulation Officer
Transfer Services Coordinator
B.A., University of Redlands
M.A., Loyola Marymount

**BAIAMONTE, NICHOLAS** 2007
Philosophy
B.A., Metro State College of Denver
M.A., University of California,
Riverside

**BALM, CHERYL** 2015
Mathematics
B.A., University of North Carolina
Ph.D, Michigan State University,
East Lansing

**BAMBHANIA, DOLI** 2002
Mathematics
B.A., M.A., University of California,
San Diego
M.S., University of California,
Santa Barbara

**BENNETT, MARY** 1990
Adaptive Physical Education
A.A., West Valley College
B.S., M.A., San José State University

**BETLACH, MARCY** 1996
English as a Second Language
B.A., Washington State University
M.A., San José State University

**BOARD LILJENSTOLPE, REBECCA** 1997
English
B.A., M.A., California Polytechnic
State University

**BONILLA, MARYALICE** 2006
English
B.A., M.A., California State University,
Los Angeles

**BOOHER, CHARLES** 2016
Philosophy
B.A., California State University,
Fullerton
M.A., University of Chicago
Ph.D., Syracuse University

**BORDIGNON, GUIDO** 2016
Biology
B.S., M.S., Pharm D., University of
Padova
Ph.D., University of Ca' Foscari
Venice

**BOTSFORD, LYDIA** 2007
Accounting
B.A., University of California,
Santa Cruz
MBA, Santa Clara University

**BOURGEOIS, MARY JOY** 1990
Child Development and Education
B.A., University of Guam

**BOURGOUB, HASSAN** 1999
Mathematics
B.S., M.S., California State University,
Los Angeles

**BRAM, JASON** 2010
Biology
B.A., University of California,
San Diego
M.A., California State University,
Northridge

**BREITER, SALAMANDER** 2001
Humanities
B.A., Fairhaven College
M.A., Western Washington University

**BROPHY, MEGAN** 2017
Chemistry
B.A., Reed College
Ph.D., Massachusetts Institute of
Technology

**CADGE-MOORE, CATIE** 1999
Art History
B.A.,State University of New York,
Binghamton
M.A., University of Washington
Ph.D., University of Victory

**CAPARAS, FRANCESCA** 2014
English
B.A., M.A, University of California,
Santa Cruz

**CAPITOLO, DAVID** 2003
Automotive Technology
B.S., M.Ed, Eastern New Mexico
University

**CAROBUS, PATRICIA** 2016
English as a Second Language
B.A., University of Londrina
M.A., San José State University

**CASTRO, ELISA** 2017
Counseling
B.A., University of California,
Santa Barbara
M.S., San Francisco State University

**CHAI, CHRISTINE** 2002
English as a Second Language
B.A., B.S., University of California,
Davis
M.A., San Francisco State University

**CHANG, LENA** 2000
Library
B.A., San Francisco State University
M.L.I.S., University of California,
Berkeley

**CHIVERS, NICHOLAS** 2017
Communication Studies
B.A., M.A, San Francisco State
University

**CHOW, KAREN** 2002
English
B.S., University of Southern California
M.A., Ph.D., University of California,
Santa Barbara

**CICHANSKI, MAREK** 1998
Geology
B.S., University of Washington
M.S., Swinburne University
Ph.D, University of Southern
California

**CINI, CAROL** 2001
History
B.A., Stanford University
M.A., San Francisco State University
Ph.D., University of California,
Los Angeles

**CLINCHARD, LORI** 2006
Humanities
B.A., University of California, Davis
M.A., California Institute of
International Studies

**CORONADO, MARC** 2004
English
B.A., University of El Paso
M.A., Ph.D., University of California,
Santa Barbara

**COZZENS, SHERRI** 1996
Nursing
B.S.N., M.S., San José State
University

**CRUZ, MAYRA** 2000
Child Development and Education
B.A., University of Puerto Rico
M.A., San José State University

**CUFF-ALVARADO, JUDY** 1996
Biology
B.S., Ithaca College
M.S., Long Island University

**CUTUIZA, RACHEL** 2007
Physical Education
B.S., M.S., Virginia Polytechnic
Institute and State University

**DAHLKE, BARBARA** 2007
Counseling
B.S., University of California,
San Diego
M.S., Colorado State University
M.A., San José State University

**DAMJANOVIC, JASON** 2006
Physical Education
B.A., Sonoma State University
M.A., National University

**DECK, CECILIA** 2012
Journalism
B.A University of Windsor
M.A., McMaster University
M.A., Santa Clara University

**DELANEY, ANTHONY** 2007
English
B.A., University of Oregon
M.A., University of California,
Berkeley

**DELGADO, RICARDO** 2016
Mathematics
B.A., University of Colorado

**DEMING, CHRISTOPHER** 2018
Chemistry
B.S., M.S., Ph.D., University of
California, Santa Cruz

**DENNY, DAVID** 1990
English
B.A., California State University,
Long Beach
M.A., University of Oregon

**DESILETS, LENORE** 1993
Mathematics
B.A., University of California,
Los Angeles
M.S., University of Maryland

**DE TORO, ALICIA** 2010
Environmental Studies
B.S., M.S., University of California,
Santa Barbara

**DEY, TERESA** 2017
Film/TV
B.A., University of Maryland,
College Park
M.F.A, University of Southern
California

**DHALIWAL, HARMAN** 2006
Mathematics
B.S., San José State University
M.S., Ohio State University

**DIAZ, MARY** 2017
Nursing
B.S., M.S., San José State University

**DILEONARDO, CHRISTOPHER** 1990
Geology
B.S., M.A., San José State University
Ph.D., University of California,
Santa Cruz

**DOLEN, THOMAS** 2002
Library
B.A., University of California,
Santa Cruz
MPIA, University of California,
San Diego
M.L.S, Rutgers University

**DUNN, RONALD** 2001
Music
B.A., University of California,
San Diego
M.M., Florida State University

**EMANUEL, LEEANN** 2010
Disability Support Services
B.A., University of California,
Santa Cruz
M.A., San José State University

**FERNANDEZ, PURBA** 2000
Geography
B.S., University of Calcutta
M.S., Pennsylvania State University

**FIELDS, SHELDON** 2020
Outreach
B.A., San Francisco State University
M.A., San José State University

# FACULTY

**FIRMENDER, WILLIAM** 2019
Psychological Services
B.A., New York University
M.A., Palo Alto University
Ph.D., Palo Alto University

**FLEMING, DIANA** 2000
English
B.A., Mills College
M.A., San Francisco State University

**FLORES, ASHLEY** 2019
Outreach
B.A., California State University,
East Bay
M.A., St. Mary's College

**FLORES, KATHY** 1996
English as a Second Language
B.A., Santa Clara University
M.A., San José State University

**FRANCIS, RONALD**
Physics
B.S., California Institute of Technology
Ph.D., Massachusetts Institute of
Technology

**FRIE, DARLENE** 2017
Nursing
B.S., M.S., Western Governors
University

**FRITZ, MICHELE** 2000
Business
B.S., Boston University
M.S., California State University,
East Bay
MBA, Harvard University

**FU, MARK** 2000
Counseling
B.A., University of California, Berkeley
M.A., San José State University

**GAINER, BRANDON** 2013
Communication Studies
B.A., University of North Carolina,
Greensboro
M.A., San José State University
M.S., California State University,
Monterey Bay

**GALLEGOS, VERNON** 2004
Dance
B.A., University of California,
Los Angeles
M.A., California State University,
Los Angeles

**GANESH, MONICA** 2016
Language Arts
B.A., M.A., San José State University

**GANESHALINGAM, USHA** 2012
Mathematics
B.S., M.S., San José State University

**GARBACEA, DELIA** 1998
Computer Information Systems
B.S., Babes-Bolyai University

**GARBE, EMILY** 2013
Business/Computer Information
Systems
B.S., University of Rhode Island
MBA, Harvard University
M.S., Cornell University
Ph.D, North Central University

**GARCIA, ALMA** 2018
Math Performance Success
B.A., San José State University
M.A., M.S., San José State University

**GEORGIOU, SPERANTA** 2018
Computer Information Systems
B.A., Santa Clara University
M.S., University of Illinois-Urbana
MBA, Santa Clara University

**GERAGHTY, MAURICE** 2002
Mathematics
B.A., University of California, Berkeley
M.S., California State University,
East Bay

**GIARDINO, ALEXANDRIA** 2006
English
B.A., University of Oregon
M.A., Mills College
MFA, University of Southern Maine/
Stonecoast

**GLAPION, KEVIN** 2001
Disability Support Programs and
Services
B.A., University of New Orleans
M.S., Loyola University

**GLASMAN, ILAN** 2008
Music
B.A., University of California,
Santa Barbara
M.A., San José State University
D.M.A, University of Southern
California

**GOEL, MANISH** 2014
Computer Information Systems
B.E., Indian Institute
M.A., University of Miami
M.S., Northern Illinois University

**GONZALEZ YUEN, NICKY** 1992
Political Science
B.A., Carleton College
Ph.D., J.D., University of California,
Berkeley

**GORDON, LAUREN** 2018
English
B.A., California State University,
Northridge
M.A., San Francisco State University

**GRAY, DAVID** 1999
Chemistry
B.A., Rice University
Ph.D., University of California, Berkeley

**GREENE, VALERIE** 2016
Environmental Studies
B.S., M.S., San Francisco State
University

**GROZEVA, MILENA** 2014
Film/TV
B.A., Harvard University
MFA, University of Texas, Austin

**GUEVARA, DAWNIS** 2001
Physical Education
B.A., M.A., San José State University
M.A., St. Mary's College

**GUITRON, PATRICIA** 2001
Counseling
B.A., M.S., San Francisco State
University

**HALWANI, ESTHER** 2008
Disability Support Programs and
Services
B.A., Sonoma State University
M.S., San Francisco State University

**HASSETT, SHANNON** 2007
Psychology
B.A., California State University,
Fullerton
M.A., California State University,
Long Beach

**HEALY, MARK** [2012
Psychology
B.A., University of California,
Santa Cruz
M.A., University of Akron

**HEARN, LYDIA** 2000
English
B.A., M.A., University of California,
Santa Barbara

**HERNANDO, HERMINIO** 2001
Counseling
B.A., University of Hawaii
M.A., New York University

**HERTLER, D. SCOTT** 2002
Physical Education
B.S., San José State University
M.A., St. Mary's College

**HEYER, BRUCE** 2006
Biology
B.S., University of California, Davis
M.A., San Francisco State University

**HONG, RUSSELL** 2010
Communication Studies
B.A., University of California, Los
Angeles
M.A., San José State University

**HOWLAND, STEPHEN** 2006
English
B.A., University of California, Berkeley
M.A., San Francisco State University

**HRYCYK, CATHERINE** 2000
Nursing
B.A., University of Winnipeg
B.S.N., University of Saskatchewan
M.Sc.N., University of Western
Ontario

**HUBBARD, JUDITH A.** 1991
English
Ph.B., Grand Valley State College
M.A., San Francisco State University

**HUGHES, JULIE** 2018
Art
B.A., M.F.A., California State
University, Northridge

**HUGHES, MELINDA** 1999
Extended Opportunities Programs
and Services
B.A., California State University,
Long Beach
M.A., San José State University
Ed.D., Argosy University

**HUI, CECILIA** 2011
Library
B.A., M.S., McGill University

**HUYNH, KY-DUYEN** 1975
Counseling
B.A., M.A., San José State University

**INOUE, BETTY** 2017
Counseling
B.A. University of California, Riverside
M.A., Santa Clara University

**ISON, MILLIA** 1990
Mathematics
B.S., Shanghai Teachers College
M.A., State University of New York

**JIMENEZ-SAMAYOA, ELSA** 2020
Biology
B.S., University of California,
Santa Cruz
M.S., University of California,
Berkeley

**JOHNSON, MARK (RUSTY)** 2017
Physical Education
B.S., Santa Clara University
M.A., Fresno Pacific University

**JOPLIN, NATASHA** 2001
Counseling
B.S., Fisk University
M.S., University of LaVerne

**JOSEPH, JAMIE** 2014
English
B.A., University of Nebraska, Lincoln
M.A., San Francisco State University

**JUDSON, ZACHARY** 2011
Mathematics
B.S., University of California,
Los Angeles
Ph.D., University of California
Berkeley

**KALPIN, ROBERT** 2018
Biology
B.S., M.S., University of California,
Santa Cruz

**KANG'A, SIMON** 2012
Biology
B.S., M.S., Ph.D., Kenyatta University

**KARIA, MANISHA** 2016
Business
B.S., Bharathiar University
M.S., Massey University
Ph.D., University of Technology

**KAUFMAN, CYNTHIA** 1991
Philosophy/VIDA
B.A., University of California, Berkeley
M.A., Ph.D., University of
Massachusetts

**KAUR, SHAGUNDEEP** 2009
Communication Studies
B.Sc., M.A., Punjab University
M.A., San Francisco State University

**KEIFFER-LEWIS, VERONICA** 2012
Intercultural Studies
B.A., San José State University
M.A., Ph.D., Mills College

**KELLY, DENICA** 2016
International Student Programs
B.A., California State University,
Northridge
M.S., California Lutheran University

**KESSLER, CYNTHIA** 2000
Child Development Center
B.A., M.A., Pacific Oaks College

**KHANNA, ANU** 2000
Communication Studies/Intercultural
Studies
B.A., University of Illinois
M.A., University of Wisconsin,
Milwaukee
Ph.D., Arizona State University

**KHOSRAVI, MEHRDAD** 2008
Mathematics
B.S., M.S., Ph.D.,
University of Central Florida

**KLINGMAN, PAUL** 2000
Design and Manufacturing
Technologies
B.S., M.A., Pacific Montana University

**KRAGALOTT, ARDEN** 2004
Physical Education
B.A., Ohio Wesleyan University
M.A., Ohio State University

**KRAMER, ALEX** 2004
Communication Studies
A.A., De Anza College
B.A., San José State University

**KRESTAS, GEORGE V.** 1989
Engineering
B.S., San José State University
M.S., Santa Clara University

**KWAK, CHRISTOPHER** 2000
Accounting
B.A., Korea University
B.S., California State University,
East Bay
MBA, Golden Gate University

**LAKSHMANAN, SRIDEVI** 2016
Disability Support Programs and
Services
B.A Madras University
B.A., Bangalore University
M.A., San Francisco State University

**LAM, CLARA YIN PING** 1991
English
B.S., The Chinese University of Shatin
M.Ed., Ed.D., University of Georgia

**LEE, CHARLES** 2002
English as a Second Language
B.A., Hebei University
M.A., San Francisco State University

**LEE, MAE** 2003
Asian and Asian American Studies
B.A., M.A., Stanford University
M.A., Ph.D., University of California,
Santa Cruz

# FACULTY

**LEONARD, AMY** 2012
English
B.A., San José State University
M.A., San Francisco State University

**LEW, ESTHER** 2004
Child Development Center
B.A., San Francisco State University

**LEWIS, JULIE** 2011
African American Studies
B.A., San Francisco State University
M.A., San Francisco State University

**LEWYCKY, JONATHON (ROCKY)** 2012
Art
B.A., San Diego State University
M.F.A., University of Southern
Carolina

**LIBOVA, OLGA** 2006
Nursing
B.S., University of Moscow
M.S., State University of New York

**LIEN, AMANDA** 2015
Mathematics
B.A., University of California, Berkeley
M.S., California State University,
East Bay

**LILLY, BYRON** 2000
Business
B.A., M.A., MBA, University of
California, Berkeley

**LIMCOLIOC, LUIS** 1996
English
B.S., University of Notre Dame
M.A., San Francisco State University

**LISHA, SARAH** 2013
English
B.A., University of California,
Santa Cruz
M.A., San Francisco State University

**LIU, HUA-FU** 2007
Mandarin
B.A., National Tsing Hua University
M.S., Radford University

**LIZZARDI-FOLLEY, CARMEN** 2000
Spanish
B.A., University of Puerto Rico
M.A., Ph.D., Cornell University

**LO, BERTRAND** 2006
Mathematics
B.A., University of California, Berkeley
M.S., Harvard University

**LOPEZ, RICHARD** 1998
Mathematics
B.S., University of California, Davis
M.A., California State University,
Sacramento

**LUCAS, WARREN R.** 1991
Dance
B.A., North Carolina School of Arts
M.A., University of California,
Los Angeles

**LUNA, EDUARDO** 1999
Physics
B.S., M.S., California State University,
Fresno

**LUNDSTROM, KELLY** 2019
Mathematics
B.S., Shippersburg University
M.S., Colorado School of Mines

**MADRIGAL, LOUISEANN** 2016
Physical Education
B.A., California State University,
East Bay
M.A., California Polytechnic State
University

**MAGNIN, CHRISTINE** 2008
Disability Support Programs and
Services
B.S., Trenton State College
M.A., San José State University

**MAILHOT, JAMES** 2011
Mathematics
B.S., Stanford University
M.S., Stanford University
Ph.D., University of Washington

**MALEK, NINOS** 2014
Economics
B.A., M.A., San José State University
Ph.D., George Mason University

**MALONE, BRIAN** 2016
English
B.A., Harvard University
M.A., University of Virginia
Ph.D., University of California,
Santa Cruz

**MAR, BRENDAN** 2018
Chemistry
B.S., University of California, Irvine
M.S., San José State University

**MARIN, MARIA** 2002
English as a Second Language
B.S., Biola University
M.A., San Francisco State University

**MARKUS, LISA** 1998
Mathematics
B.S., University of Sheffield
M.S., Santa Clara University
M.S., Ph.D., Vanderbilt University

**MARQUEZ, MARCO** 2013
Graphic Design
B.A., Santa Clara University
M.A., New York School of Visual Art

**MATTIS, NICHOLAS** 2010
Physical Education
B.A., Saint Ambrose University
M.S., Western Illinois University

**MATURINO, MELISSA** 2017
Math Performance Success
B.S., Santa Clara University
M.A., San José State University

**MAYNARD, RICK** 2004
Automotive Technology
A.A., Chabot College

**MCCAULEY, BRIAN** 1998
Biology
B.A., University of California,
Santa Cruz
Ph.D., University of Hawaii

**MCPARTLAN, ELIZABETH** 1997
Biology
B.A., M.S., San Francisco State
University

**MELENDEZ, BIANCA** 2020
Disability Support Services
B.A., San José State University
M.A., San José State University

**MELLO, KEITH** 2014
Accounting
B.S., Santa Clara University,
CPA

**MELLO, KEVIN** 2009
Accounting
B.S., Santa Clara University
MBA, Arizona State University

**MESH, LISA** 2016
Mathematics
B.S, St. Mary's College
MBA, University of Notre Dame
M.S., Southern Methodist University

**MILLER, ANNA** 2004
Nutrition
B.S., University of California, Davis
M.S., Pennsylvania State University

**MIRAMONTES, MAUREEN** 2012
Nursing
A.A., Excelsior College

**MISKIN, PREDRAG (PETER)** 2013
Nursing
B.S., University of British Columbia
MA., University of Phoenix
Ph.D., A.T. Still University

**MJELDE, ELIZABETH** 1993
Art History
B.A., California State University,
Long Beach
M.A., University of California,
Santa Barbara
Ph.D., University of North Dakota

**MOEN, LORRAINE** 2001
Mathematics
B.A., California Polytechnic State
University
M.S., California State University,
East Bay

**MORALES, JORGE** 2015
First Year Experience
B.A., University of California, Berkeley
M.A., San José State University

**MOSH, FARSHOD** 2000
Mathematics
M.S., University of Iran

**MUJAL, CARLOS** 2001
History
B.S., University of California,
San Francisco
B.A., San Francisco State University
M.A. University of California, Berkeley

**MULLENS, TERRENCE** 2016
Meteorology
B.S., California State University,
Long Beach
M.S., San José State University

**MUZZI, CINZIA** 2004
Chemistry
B.S., B.A., Ph.D., University of
California, Davis

**MYHRE, JENNIFER** 2000
Sociology
M.A., Ph.D., University of California,
Davis

**NAVA, STEVE** 2016
Sociology
B.A., M.S., University of Texas,
San Antonio
M.A., Ph.D., University of California,
Santa Cruz

**NEWTON, DAVID** 1987
Physics
B.A., Sonoma State University
B.A., M.S., San Francisco State
University

**NGUYEN, ANH KHOA** 2017
Math Performance Success
B.S., California Polytechnic State
University
M.A., Santa Clara University

**NGUYEN, ANNA** 2019
Outreach
B.A, University of California,
Santa Barbara
M.S., San Francisco State University

**NGUYEN, HONG (TOM)** 2012
Biological, Health and Environmental
Sciences
B.A., University of California, Berkeley
M.A., St. Mary's College

**NGUYEN, JAMES** 2013
Political Science
B.A., University of California, Berkeley
J.D., Santa Clara University

**NGUYEN, UYEN (CLARE)** 1999
Computer Information Systems
B.S., M.S., University of California,
Davis

**NICKLAS, HANNAH** 2014
Nursing
A.A., Brigham Young University
M.S., Walden University

**NJINIMBAM, EDWIN N.** 1991
Mathematics
B.S., Cuttington University
M.S., Georgia Technical College

**NORMAN, CRAIG** 2007
English as a Second Language
B.A., California Lutheran University
M.A., San Francisco State University
Ph.D., San Diego State University

**OLDHAM, IRA** 1999
Computer Information Systems
B.A., M.A., Oklahoma University M.S.,
Ph.D., Carnegie Mellon University

**OSBORNE, SCOTT** 2004
Accounting
B.A., University of California, Berkeley
MBA, Golden Gate University

**OWIESNY, CHERYL** 1999
Physical Education
B.A., California State University, Chico
M.A., San José State University

**PALMORE, KIM** 2012
English
B.A., M.A., California State University,
Long Beach
Ph.D., University of California,
Riverside

**PANG, HELEN** 2016
Career Services
B.A., B.S., University of California,
San Diego
M.S., San Francisco State University

**PAPE, MARY** 1998
Computer Science
B.S., Santa Clara University
MBA, Capella University

**PARRISH, JENNIFER** 2015
Computer Information Systems
B.A., Santa Clara University,
MBA, Monterey Institute of
International Studies
M.S., University of California,
Santa Cruz

**PATEL, CATHY** 2018
Disability Support Programs and
Services
B.A., University of California, Riverside
M.S., National University

**PESANO, JULIE** 2005
English
B.A., M.A., University of Florida

**QUIGLEY, JILL** 2002
English
B.A., William Smith College
M.A., Boston College

**QUINN, ROSEANNE** 2010
English
B.A, University of California, Davis
M.A., Sussex University
Ph.D., University of Iowa

**QUINTERO, JESUS** 2007
English
B.A., San Francisco State University
M.F.A., University of San Francisco

**RASHID, NAHRIN** 2016
Mathematics
B.S., California State University,
Stanislaus
M.S., California State University,
East Bay

**REBER, MARIETTA** 2002
English
B.A., M.A., Brigham Young University

**REGEHR, GORDON (CASEY)** 2017
Adapted Physical Education
B.A., Whittier College
M.A., California State University,
Chico

**RIVERA, LILIANA** 2019
Puente Project
B.A., University of California, Davis
M.S., San Francisco State University

# FACULTY AND ADMINISTRATORS

**ROBERTS, BECKY** 2002
English
B.A., M.A., University of California,
San Diego
Ph.D., University of California,
Santa Cruz

**RODRIGUEZ, CHRISTIAN** 2019
Language Arts
B.A., University of California,
Santa Cruz
M.A., San José State University

**RODRIGUEZ, EUGENE** 1997
Visual Arts
B.A., San Francisco State University
M.F.A., Mills College

**ROEDER, WILLIAM** 2016
Environmental Studies
B.S., California State University, Chico

**ROY, JAYANTI TAMBE**
Child Development and Education
B.A., M.A., Pacific Oaks College

**RUELAS, JESUS** 2019
Outreach
B.A., University of California,
Santa Cruz
M.A., San José State University

**SAECHAO, CHAI** 2019
Outreach
B.S., University of California, Berkeley
M.S., San Francisco State University

**SALAH, DAN** 2001
Business
B.A, University of California, Berkeley
MBA, University of Pennsylvania

**SALES, EDWARD** 2020
Nursing
B.S., University of Phoenix
M.S., University of San Francisco

**SARTWELL, JULIE** 2000
English
B.A., California Polytechnic State
University
M.A. San Francisco State University

**SHEIRICH, MONICA** 1997
Disability Support Programs and
Services
B.A., M.A., San Francisco State
University

**SHERBY, MARK** 1996
Computer Information Systems
B.A., Stanford University
M.A., San José State University

**SHI, KEJIAN** 1998
Mathematics
B.S., Sichuan Teacher's University
M.S., Michigan State University,
East Lansing
Ph.D., University of California, Davis

**SHIVELY, TIM** 2000
English
B.A., Old Dominion University
M.A., San Francisco State University

**SIMES, ALAN D.** 1989
English
B.A., Santa Clara University
M.A., University of Virginia

**SINGH, KULWANT** 1990
Physical Education
B.S., M.S., California State University,
East Bay

**SINGH, RAVJEET** 2011
Economics
B.A., M.A., University of Delhi
Ph.D., Jawaharlal Nehru University

**SINGH, SUKHJIT** 2001
Computer Information Systems
B.S., M.S., California State University,
East Bay
M.S., Carnegie Mellon University

**SKAGER, KRISTIN** 1999
English
B.A., Humboldt State University
M.A., San Francisco State University

**SPANGGORD, DORIS** 1996
Biology
B.S., San Francisco State University
M.S., San José State University

**SPENCER, SANDRA** 1997
Business
B.A., University of California, Berkeley
M.A., California State University,
East Bay

**STAUDINGER, JEFFERY** 2010
Environmental Studies
B.S., Virginia Polytechnic Institute
and State University
M.S., Stanford University
M.S., University of Michigan

**STOCKWELL, ROBERT** 2007
Political Science
B.A., University of California,
San Diego
M.A., New School for Social Research
Ph.D., University of California, Irvine

**STODDARD, ANDREW** 2016
Design and Manufacturing
Technologies
A.S., De Anza College

**SUITS, JAMES** 2013
Administration of Justice
B.A., San José State University
M.P.A, Golden Gate University

**SULLIVAN, MARY** 2006
Student Health Services
B.S., University of Delaware
M.S., San José State University

**SUN, LI WEI** 2007
Child Development and Education
B.A., Fu-Jen Catholic University
M.A., New York University
Ed.D., Teacher's College

**SWANNER, ALEXANDER** 2006
Library
B.A., University of California,
Santa Cruz
M.L.S., San José State University

**TAPIA, MARISTELLA** 2004
Sociology
M.A., University of California,
Berkeley

**TAVERNETTI, SUSAN** 2001
Film/Television
B.A., University of the Pacific
M.A., University of Southern
California

**TAYLOR, RODERIC** 2016
Mathematics
B.A., University of California,
Santa Cruz
M.S., University of California, Berkeley

**TEPPANG, NOEMI** 2016
International Student Programs
B.A., M.S.W., San José State
University

**THOMAS, MONIKA** 2012
Economics
B.A., M.A., University of California,
Santa Cruz

**TIWANA, AMEETA** 2004
Anthropology
M.A., Ph.D., Southern Illinois University

**TRACEY, IVA** 2015
English as a Second Language
M.A., University of Presov

**TRAN, DANNY** 2011
Mathematics
B.A., University of California, Berkeley
M.E., Harvard University

**TRUONG, LAN** 2020
Veteran Services
B.A., University of California,
Santa Barbara
M.S., California State University,
Long Beach

**TU, DAWN LEE** 2017
Professional Development
B.A., University of California, Davis
M.A., New York University
Ph.D., University of California, Davis

**VARGAS, NELLIE** 2007
Child Development and Education
B.S., Cabrillo University
M.S., University of Wisconsin
Ed.D, Argosy University

**VAZIFDAR, ANITA** 2017
Disability Support Programs and
Services
B.A., University of Wisconsin, Madison
M.S., University of Southern
California

**VERNAZZA, LAWRENCE (PETE)** 1998
Automotive Technology
A.A., De Anza College

**VILAUBI, FELISA** 2017
Language Arts
B.A., University of California, Irvine
M.A. San José State University

**VINALL, KIMBERLY** 2015
International Studies
B.A., Indiana University
M.A., University of Arizona
Ph.D., University of California,
Berkeley

**WALTON, JOHN** 2004
Automotive Technology
A.A., Cosumnes River College

**WANG, AMY** 2019
IMPACT AAPI
B.A., San Francisco State University
M.S., San Francisco State University

**WEBER, JANET** 2020
Counseling
B.A., University of California,
Santa Cruz
M.S., San José State University

**WEISNER, KEN** 2000
English
B.S., M.F.A., Ph.D., University of
California, Santa Cruz

**WETHINGTON, PAULINE** 2007
Counseling
B.A., M.A., San José State University

**WHITE, WENDY** 2004
Humanities
B.A., California State University,
Dominguez Hills
Ph.D., University of California,
Santa Cruz

**WILLIAMS, PATRICIA** 1990
Nursing
B.S., Montana State University
M.S., University of California,
San Francisco

**WILSON, JULIE** 2016
English
B.A., University of California, Berkeley
M.Ed., Howard University
Ph.D., Stanford University

**WISHART, WILLIAM** 2016
Automotive Technology
B.A., California State University, Chico

**WOO, SHIREEN LUNA** 2000
Counseling
B.A., California State University,
East Bay
M.A., San José State University

**WOODBURY, ERIK** 2012
Chemistry
B.A., Bowdoin College
Ph.D., University of California, Davis

**YEE, LINDA** 2007
English as a Second Language
B.A., M.A., University of California,
Los Angeles

**YI-BAKER, HYON CHU** 2018
College Life
B.A., Western Washington University
M.A., Colorado State University
Ph.D., San José State University

**YOES, SUSAN** 2000
English
B.A., University of San Francisco
M.A., San Francisco State University

# ADMINISTRATORS

**BALDUCCI, LAUREEN** 2019
Dean, Counseling and Disability
Support Programs and Services
A.A., Cazenovia College
B.A., Alfred University
M.S., State University of New York
at Oneonta

**BLISS, SAM** 2016
Dean, Community Education
B.A., Princeton University
M.A., Santa Clara University

**BRYANT, RANDY** 2001
Dean, Career Technical Education and
Workforce Development
A.S., College of the Air Force
B.A., American Military University
M.A., Eastern New Mexico University

**CAMPBELL, YVETTE** 2016
Director, STEM Success Program
B.A., M.S., San Francisco State
University
Ph.D., University of California,
Santa Cruz

**CORTEZ, ALICIA** 1990
Dean, Equity and Engagement
B.A., Saint Mary's College
M.S.W., University of California,
Berkeley
M.A., San José State University

**DASILVA, EMANUEL** 2007
Manager, Operations
B.S., Palo Alto University

**ESPINOSA-PIEB, CHRISTINA G.** 1982
Vice President, Instruction
B.S., University of Phoenix
M.A., University of San Francisco

**FAYEK, MOATY** 2012
Dean, Business, Computer Science
and Applied Technologies
B.S., Cairo University
M.S., California State University, Chico
Ed.D., Ferris State University

**GALOYAN, NAZY** 2018
Dean, Enrollment Services
A.A., Foothill College
B.S., San Francisco State University
M.A., San José State University

**GANNON, PATRICK** 2002
Director, Campus Center
Culinary Degree, Hospitality and
Administration, Dublin College of
Catering
B.S., Palo Alto University

**GREY, PAM** 2016
Vice President, Administrative
Services
B.P.A., University of San Francisco
MBA, Presidio Graduate School

**HARADA, NAOKO** 2007
Director, Child Development Center
B.A., University of the Sacred Heart
M.A., San José State University

**HOLMES, LLOYD A.** 2020
President
A.A., Itawamba Community College
B.Accy., M.Ed., Ph.D., University of
Mississippi

# ADMINISTRATORS/EMERITI FACULTY AND ADMINISTRATORS

LEBLEU-BURNS, MICHELE     2007
Dean, Student Development and EOPS
B.A., San José State University
M.A., Santa Clara University
E.D., Saint Mary's College of
California

MANDY, LISA     2013
Director, Financial Aid and Scholarships
B.S., American Intercontinental
University

MENDOZA, ERIC     2019
Dean, Physical Education and Athletics
A.A., Fresno City College
B.A., California State University, Fresno
M.A., Fresno Pacific University

MIESO, ROB     1994
Vice President, Student Services
B.A., National University
M.A., Ed.D., Fielding Graduate
University

MUTHYALA-KANDULA, ANITA     2011
Dean, Biological, Health and
Environmental Sciences
MBBS, Gandhi Medical College

NORTE, EDMUNDO     2010
Dean, Intercultural/International Studies
B.A., University of California, Irvine
Ed. M., Harvard University

RAMOS, ELVIN     2020
Dean, Social Sciences and
Humanities
B.A., M.A., Adelphi University
D.A., St. John's University

RANCK, LORRIE     2014
Associate Vice President, Instruction
B.A., University of Wyoming
M.A., University of San Francisco

RAY, THOMAS     2010
Dean, Language Arts
B.A., University of Minnesota
M.F.A., Louisiana State University
Ph.D., University of Nebraska

ROSENBERG, JERRY
Dean, Physical Sciences,
Mathematics and Engineering
B.A., B.S., Rutgers University
M.S., University of Washington

SMITH, DANIEL     2019
Dean, Creative Arts
B.A., California State University,
Fullerton
M.F.A., California State University,
Fullerton

SPATAFORE, MARISA     2006
Associate Vice President,
Communications and External
Relations
B.S., West Virginia University
M.A., San Francisco State University

SWANSON, KELLY     2013
Director, Bookstore
A.A., Fresno City College

VARELA, MARTIN     2017
Director, College Fiscal Services
B.A., Menlo College

VILLALBA, KAREN ARLENE     2006
Assistant Director,
Child Development Center
A.A., De Anza College
B.A., Pacific Oaks College

# EMERITI FACULTY AND ADMINISTRATORS

ABRICA-CARRASCO, RUBEN 2012-2019
Spanish/Latino Studies
B.A., Occidental College
M.A., Stanford University

ADAMY, GEORGEANNE     1989-2002
Nursing
B.S., Arizona State University
M.S., University of Maryland

ALLEN, ROBERT R.     1961-1993
Division Dean, Biology
and Health Science
A.A., City College of San Francisco
B.A., University of California, Berkeley
M.A., San Francisco State University

ARAKI, JOANNE M.     1989-2005
Nursing
B.S.N., University of Hawaii
M.S.N., San José State University

ATENCIO, DAN     2007-2016
Physical Education/
Head Football Coach
B.A., M.A., San Francisco State
University

AVERY, CHRIS     1986-2002
Mathematics
A.A., College of Marin
B.A., M.S., San José State University

BARKER, CHARLES B.     1969-1999
Mathematics
B.A., M.A., University of California,
Los Angeles

BARNETT, DONALD C.     1968-1997
Dean, Language Arts
B.A., M.A., University of Michigan

BARNEY, DAVID M.     1989-2011
Film/TV
B.A., University of Delaware
M.Ed., University of Hawaii

BARTUNEK, CAROL R.     1975-1998
Religious Studies
A.A., Foothill College
B.A., San José State University
M.Div., American Baptist Seminary

BEGGS, THOMAS W.     1981-2017
Physical Education
Adaptive Physical Education
A.A., De Anza College
B.S., M.A., San José State University
Ed.D., University of San Francisco

BERRY, FRANK W.     1969-2002
English
A.B., University of Michigan
M.A., San Francisco State University

BLINICK, CARON S.     1981-2014
Dean, Community Education
and Older Adult Studies
B.A., University of Illinois, Dekalb
M.A., University of Wisconsin,
Madison

BLOOM, ROBERTA     2001-2019
Mathematics
B.A.,Princeton University
M.A., Harvard University

BOGUS, S. DIANE     1990-2001
English
B.A., Stillman College
M.A., Syracuse University
Ph.D., Miami University

BOTHMAN, RICHARD W.     1988-1995
Administration of Justice
B.A., M.S., San José State University

BOWER, JOAN     1975-1990
Older Adult Services
B.A., M.S., San José State University

BRANDT, MICHAEL     1975-2016
Automotive Technology
A.A., De Anza College

BREEN, MIA     2000-2019
Accounting
B.A., University of California, Berkeley

BRESNAN, PATRICK S.     1967-2009
History
B.S., Loyola University, Chicago
M.A., Northwestern University

BRESSOUD, EDWARD F.     1967-1990
Division Dean, Physical Education
A.A., Los Angeles City College
B.S., University of California, Los
Angeles
M.A., San José State University

BROCK, ROBERT E.     1968-1991
English
B.A., Gonzaga University
M.A., Stanford University

BRUCE, KENNETH R.     1968-1995
History
A.B., M.A., San José State University

BRUCH, SUSAN     1990-2012
Nursing/Biology
B.S., San José State University
M.S., University of California,
San Francisco

BUCHANAN, ANGELA     1990-2016
Social Sciences
B.A., Oberlin College
M.A., Ohio State University
M.A., Ph.D., Stanford University

BUCHNER, PATRICIA     2014-2019
Medical Technology
B.S., University of California, Davis
M.S., California Polytechnic State
University

BULL, MICHAEL A.     1976-2011
Economics
A.A., Los Angeles Valley College
B.A., M.A., San José State University

BURKE, LAWRENCE J.     1989-2011
Social Sciences and Humanities
B.A., Aquinas Institute
M.A., St Xavier College
Ph.D., University of New Mexico

BURLING, EDWIN     1968-2002
Biology
B.A., University of California, Santa
Barbara
M.A., Dartmouth College

CABALLERO DE CORDERO,
ANGELA     2011-2014
Dean, Counseling
M.S.W., California State University,
Fresno
Ph.D. Education, University of
California, Santa Barbara

CALGHER, PAUL F.     1966-2013
Chemistry
Ph.D., University of California,
San Francisco

CAMPBELL, DAVE     1998-2005
Accounting
B.S., La Salle College
MBA, San José State University
Ph.D., La Salle University

CANTER, NANCY     1998-2018
Dean, Creative Arts
B.A., University of California, Irvine
M.A., M.F.A., Claremont Graduate
University
Ed.D., University of Southern
California

CANTRELL, JOSEPH E.     1984-1997
Business
B.S., Oklahoma State University
MBA, Stanford University

CASTANO, WILFREDO Q.     1989-2017
Photography
B.F.A., San Francisco Art Institute
M.A., San Francisco State University

CASTILLO, CINDY     1977-2012
Director, Financial Aid and
Scholarships
B.A., San José State University

CENTANNI, DEBORAH     2007-2017
Disability Support Programs and
Services
B.A., St. Mary's College
M.A., San José State University

CHAN, KWAN H.     1974-2004
Library
B.S., Hong Kong University
M.L.S., University of New York
M.Ed., North Adams State College
Ph.D., United States International
University

CHAN, SUSANNE W.     1977-2013
Counseling
B.A., University of Maryland
M.S., Ed.S., State University of
New York

CHANG, MICHAEL S. H.     1989-2019
Asian/Asian-American Studies
B.S., B.A., San Francisco State
University
M.A., Ph.D., Stanford University

CHEESEMAN, DOUGLAS T.     1957-1997
Biology
B.A., M.A., San José State University

CHENOWETH, WAYNE     1990-2015
Disability Support Programs and
Services
B.A., M.A., California State University,
Chico

CHESLER, PAUL B.     1977-2006
Social Sciences
B.S., University of Wisconsin
M.A., San José State University,
Education

CHUDILOWSKY, BARBARA K. 1985-2001
Mathematics
B.A., San Francisco State University
M.S., San José State University

CICERONE, MARCOS     1977-2008
Director, Staff Development
B.A., New York University
M.A., National University of Mexico

CLAVIJO, JUDITH     1992-2017
Nursing
B.S., University of Rosario
M.S., University of Michigan

CLEAVELAND, CORRINE     1975-2013
Child Development Center
B.A., University of California, Davis

CLEM, ROBERT     1998-2019
Counseling
B.C.J., Ohio University
M.S., San Francisco State University

CLEVELAND, WILLIAM     1966-2003
Humanities
B.F.A., M.F.A., Texas Christian
University

CLUNIE, ROBERT K.     1970-1991
Sociology
A.A., Yuba College
B.A., San José State University
M.C.P., University of California,
Berkeley
M.A., San José State University

COGNETTA, JOHN S.     1989-2017
Student Activities
B.A., University of California, Berkeley
M.S., University of Oregon
Ed.D., University of San Francisco

COLE, MICHAEL     1989-2013
Design/Computer Graphics
B.A., California State University,
Northridge
M.A., University of California,
Los Angeles

COLEMAN, DAVID     1990-2017
Counseling
B.A., M.A., University of California,
Santa Barbara

COLEMAN, JUDY C.     1989-2012
Counseling
A.A., De Anza College
B.A., University of California, Berkeley
M.A., Santa Clara University

# EMERITI FACULTY AND ADMINISTRATORS

**COLTRIN, DOROTHY M.**     1970-2003
Nutrition
B.S., University of California, Berkeley
M.S.P.H., University of California,
Los Angeles

**COLVARD, JOYCE A.**     1975-2004
Computer Applications
and Office Management
B.S., University of Tennessee
M.S., North Texas State University

**CONROY, LINDA C.**     1987-2018
Child Development Center
A.A., De Anza College
B.A., San José State University

**COOPER, MICHAEL J.**     1969-2004
Art
B.A., M.A., San José State University
M.F.A., University of California, Berkeley

**CORDERO, JUANITA**     2000-2011
Child Development
B.A., Holy Names
M.A., Pacific Oaks
M.A., Ph.D., Global Ministry University

**CUNY, ANN WHARTON**     1975-1993
P.E./Recreation
A.A., Monterey Peninsula College B.A.,
M.S., San José State University
Ph.D., United States International
University

**CUSTODIO, JAMES G.**     1972-1995
Counselor
A.A., City College of San Francisco
B.A., M.A., San Francisco State
University

**DAVIES, DAVID H.**     1966-1993
Mathematics
B.A., Western Washington State
College
M.A.T., San Diego State University

**DEAN, SUSAN L.**     1991-2007
Mathematics
B.A., University of California,
Santa Barbara
M.A., University of Santa Clara

**DELAS, MARIA**     2006-2018
Disability Support Services
B.S., California Polytechnic State
University
M.A., Santa Clara University

**DICKERSON, ROBERT C.**     1989-2014
English/Composition
B.A., University of Texas
M.A., Memphis State University

**DIETRICH, GAEIR**     2001-2018
Director, High Tech Center
Training Unit
B.A., San José State University

**DOMINGUEZ, ALFRED**     2007-2015
Counseling
B.A., University of California, Berkeley
M.P.A., California State University,
East Bay
M.A., San José State University

**DOUGHERTY, CHARLES S.**     1977-2008
Physical Education
B.A., San José State University
M.A., M.S., San José State University
M.A., U.S. Coast Guard
Ph.D., University of Iowa

**DOWDNEY, DONNA**     1990-2001
Chair, Technical
Communication Department
B.A., Wheaton College
M.A., Indiana University
Ph.D., Columbia Pacific University

**DRESSLER, FRANCES R.**     1971-1992
Sociology/Psychology
A.A., College of Sequoias
B.A., Fresno State University
M.A., Syracuse University
Ph.D., United States International
University

**DRUEHL, GREGORY**     1978-2008
Political Science
B.A., Stanford University
M.A., San Francisco State University
Ed.D., University of San Francisco

**DUBARRY, MICHELE**     2002-2019
English as a Second Language
B.A., M.A., San Francisco State
University

**DUNIVIN, J. D.**     1964-1999
Sociology
B.A., M.A., San José State University

**DUNN, LESTER R.**     1966-1998
Physics
B.A., Lake Forest College
M.S., Illinois Institute of Technology

**DUREMDES, JOY**     1990-2019
Child Development Center
B.A., University of Guam

**EDWARDS, JAMES D.**     1985-1999
Political Science
B.A., Occidental College
M.A., Claremont Graduate School

**EKNOIAN, GERALD**     1968-1992
Art
B.S., University of California,
Los Angeles
M.A., in Painting, University of
California, Berkeley
M.A., in Art History, San José State
University

**ELDER, CHARLES L.**     1968-2004
Physical Education
B.A., M.A., San José State University

**ELLIS, TERRY R.**     1991-2019
Paralegal/Administration of Justice
B.A., University of California,
Los Angeles
J.D., Santa Clara University

**EMERICK, PAUL L.**     1970-1989
Computer Information Systems
B.M.E., Rensselaer Polytechnic
Institute
B.S.C., Salmon P. Chase College
MBA, Xavier University

**ENGLE, MICHAEL L.**     1975-2008
Machine Tools
A.A., San Mateo College
Journeyman Tool and Die Maker
Credential, University of California,
Berkeley

**ESPINOLA, JUDITH**     1986-1996
Theatre Arts
B.A., Emerson College
M.A., Oklahoma University
Ph.D., Northwestern University

**ESTER, DONALD**     1989-1992
Geology
B.S., University of Alaska
M.S., Stanford University

**FARRINGTON, ROBERT P.**     1981-2014
Music
B.A., University of California,
Los Angeles
M.A., California State University,
East Bay

**FINK, BARBARA**     1975-2011
Mathematics
B.S., City College of New York
M.S., Stanford University

**FINSTON, GLORIA**     1975-2001
Learning Disabilities Specialist
B.A., Earlham College
M.A., Santa Clara University

**FLEMING, JOHN, N.**     1980-2007
English as a Second Language
A.A., Pasadena City College
B.A., University of California, Berkeley
M.A., San José State University

**FORMAN, JEFFREY W.**     1978-2014
Adaptive Physical Education
B.S., Med., Springfield College,
Massachusetts
Ph.D., United States International
University

**FOROUZAN, BEHROUZ A.**     1991-2009
Computer Information Systems
B.S., University of Tehran
M.S., University of California, Irvine

**FORSYTH, TONI M.**     1991-2009
English/Composition
B.A., M.A., California State University,
Los Angeles
Ph.D., University of California, Los
Angeles

**FOY, RUTH**     1970-2001
Coordinator, Health Services
B.S.N., Georgetown School of
Nursing

**FREDERICK, VIVIAN R.**     1975-1991
Computer Information Systems
A.A., Ashland Junior College
B.A., Eastern Kentucky State
Teachers College
M.S., San José State University

**FRIESEN, JOAN**     1999-2014
Learning Disabilities
B.A., San José State University
M.A., Santa Clara University
M.A., Santa Clara University

**FUNG, DONNA I.**     1975-2009
Counseling
B.S., M.A., San José State University

**GARCIA, PAULA**     1976-2008
Child Development Center
B.A., M.A., San José State University

**GEISINGER, JR., WILLIAM L.**     1978-2012
Creative Arts
A.A., San Joaquin Delta College
B.A., M.A., San José State University

**GIBSON, PATRICIA**     2000-2019
Counselor
B.A., San José State University
M.A., San José State University

**GILBERG, RICHARD F.**     1991-2001
Computer Information Systems
B.A., San José State University
M.S., National University

**GLENN, DEBORAH**     199-2019
Child Development Center
B.A., San José State University

**GOESLING, WENDELL J.**     1975-2012
Psychology
A.A., Bakersfield Jr. College
A.B., Fresno State College
Ph.D., University of Tennessee

**GOLDSBERRY, JAMES**     1970-1999
English
B.A., M.A., San Diego State University

**GOUGH, W. MICHAEL**     1985-2019
Business
B.A., MBA, University of Santa Clara
M.A., Notre Dame de Namur
University

**GRACIA, JORGE E.**     1974-2012
Spanish
A.A., Laredo Junior College, Texas
B.A., Texas A. and I. University
M.Ed., M.A.T., Stanford University

**GRAHAM, DONALD**     1963-1999
Geography
A.A., Glendale College
B.S., M.A., University of Oregon

**GRAY, ZENA**     1975-2009
English
B.A., University of California,
Los Angeles
M.A., College of Notre Dame

**GREEN, PHILLIP S.**     1989-2010
Automotive Technology
A.A., De Anza College
B.A., San José State University

**GREENE, CAROLE**     1964-2003
English
B.F.A., M.A., San José State
University
M.F.A., John F. Kennedy University
B.A., M.A., University of California,
Los Angeles

**GRIFFIN, ROBERT E.**     1994-2008
Vice President, Student Services and
Institutional Research
B.A., M.S., San José State University
Ed.D., University of LaVerne

**GROBMAN, BETH A.**     1987-2011
Journalism/Mass Communication
B.A., Pitzer College
M.A., St. Louis University

**GUEVARA, JORGE**     1979-2014
A.A., De Anza College
B.A., M.A., San José State University

**GULASSA, CYRIL M.**     1967-1997
English
B.A., St. Joseph's College
M.A., University of California,
Berkeley

**HALSEY, HAYWARD (TUCK)**     1968-1998
Physical Education
B.A., M.A., San José State University

**HAM, LEWIS H., JR.,**     1979-1994
Director, Admissions and Records
B.S., United States Military Academy,
West Point
M.A., University of Texas

**HAMER, REGINALD**     1985-2010
Mathematics
B.S., Lowell University
M.S., Ph.D., New York University

**HAMES, JOANNE**     1989-2004
Paralegal/Administration of Justice
B.A., J.D., Santa Clara University

**HANLEY, JAMES R.**     1973-2004
Political Science
B.A., M.A., San José State University

**HANNA, CASSIE**     2006-2014
Nursing
B.S., Michigan State University
M.S., University of San Francisco

**HANSEN, RICHARD N.**     1991-2018
Mathematics
A.B., Cornell University
M.A., University of California,
Berkeley
M.A., California State University,
Los Angeles

**HARPER, KENNETH**     1992-2004
Accounting
A.A., Mesa Community College B.S.,
California Polytechnic State University
M.P.A., University of San Francisco

**HARPER, LAURI M.**     1974-2001
Counselor
A.A., College of Marin
B.A., University of California,
Santa Barbara
M.A., Stanford University

**HARRINGTON, SHERWOOD**     1989-2018
Astronomy
B.A., Amherst College
M.A., University of California,
Berkeley

**HARRIS, JOYCE C.**     1985-2001
Computer Information Systems
B.S., Stanford University
M.S., University of California,
Los Angeles

# EMERITI FACULTY AND ADMINISTRATORS

**HART, THOMAS A.**    1973-1988
Music
B.A., M.A., San Francisco State
University

**HASSEL, PATRICIA L.**    1969-2002
Medical Assisting/Health
Technologies
B.S., The University of Phoenix
R.N., Montreal General Hospital

**HAYNES, JAMES H.**    1976-2014
Adaptive Physical Education
A.A., West Valley College
B.S., M.A., San José State University

**HECTOR, JANICE**    1994-2017
Mathematics
B.S., M.A., University of California,
Davis
MBA, Pace University

**HEFFNER, SCOTT C.**    1976-2012
Political Science
B.A., San José State University
M.A., Santa Clara University
M.A., San José State University

**HELFMAN, SUZANNE**    2002-2015
English
B.A., M.A., San Francisco State
University

**HENDERSON, BRUCE**    1997-2010
English
B.A., M.A., English, San Francisco
State University
Ph.D., Stanford University

**HENDRICKSON, MARY E.**    1984-1999
Business and Computer
Information Systems
B.A., Hamline University
M.S., San Francisco State University

**HERMAN, SONDRA R.**    1966-1992
History, Political Science
B.A., Barnard College
M.A., Ph.D., Rutgers University

**HOEFER, LEO A.**    1977-1993
Older Adult Services
B.A., St. Patrick College
M.A., San Francisco State University
Ph.D., University of Washington

**HOLLER, MICHAEL**    1970-2006
Film/TV
A.A., Chaffey College
B.A., M.A., Humboldt State University

**HOOKS, SYLVIA**    1975-2004
Physical Education
B.S., Central State University
M.A., Stanford University

**HOWARD, CAROL M.**    1968-1997
Counseling
B.A., Regis College
M.Ed., Boston University

**HOWARD-PITNEY, DAVID**    1992-2019
History
B.A., Oregon State University
M.A., Ph.D., University of Minnesota

**HUBBS, ROBERT R.**    1963-2001
Chemistry
B.S., Western Illinois University
M.S., Purdue University

**HUNTER, EBENEZER**    1970-2010
African American Studies
B.A., M.A., San José State University

**HUNTER, TRULY**    1996-2019
Counseling
B.A., Winthrop University
M.Ed., Clemson University
Ed.D, Argosy University

**HUNTIMER, LINDA**    1973-2006
Learning Disabilities
B.A., M.A., Arizona State University
Ed.D., University of San Francisco

**IFFT, MARY ANN**    2000-2013
English as a Second Language
M.A., San Francisco State University

**ILLOWSKY, BARBARA S.**    1989
Mathematics
B.S., State University of New York at
Albany
M.A., The Wharton School, University
of Pennsylvania
Ph.D., Capella University

**JEANPIERRE, LETHA L. W.**    1987-2014
Vice President, Finance and College
Operations
B.S., MBA, University of Colorado

**JENNINGS, VICKIE**    2002-2013
Biology/Environmental Studies
B.A., M.A., San José State University

**JOHNSON, JUDITH**    1988-2004
Center for Applied
Competitive Technologies
B.A., The College of Charleston
M.A., Webster University

**JONES, HELEN B.**    1974-1997
Instructor/Enabler,
Physically Limited Program
A.A., Boston University
B.A., University of Illinois
M.A., Hunter College

**JONES, RUTH**    1983-2012
Child Development Center
B.A., San José State University

**JONES-DULIN, DONNA**    2001-2016
Associate Vice President,
Finance and College Operations
B.A., American University
M.A., San Francisco State University

**JURIKA, LILLIAN U.**    1978-1999
Counselor
B.A., University of San Diego
M.A., Stanford University, English
M.A. San José State University,
Counseling San José State
University Certificate, Applied Social
Gerontology

**KARST, LAURA**    2001-2017
French
B.A., University of California,
Santa Cruz
M.A., San José State University

**KELLER, INGRID**    1963-1992
German
A.A., Pasadena City College
B.A., Occidental College
M.A., Stanford University

**KENDALL, SHIRLEY**    1995-2007
Professional and Workforce
Development
B.A., University of Southern California
M.A., National University

**KLANG, ROBERT**    1970-1997
English
B.A., M.A., San Francisco State
University

**KLEIN, CHARLES S.**    1989-2017
Mathematics
B.A., Hobart College
M.A. University of Northern Colorado

**KLINE, BEN**    2001-2019
History
B.A., M.A., San José State University
Ph.D., University College, Cork

**KLINT, GLORIA (JEAN)**    1998-2007
Child Development Center
B.A., University of Utah
M.A., California State Polytechnic
University, Pomona

**KODA, ANN Y.**    1986-2001
Computer Applications
and Office Systems
B.A., University of California, Berkeley
M.A., San José State University

**KOVACH-LONG, SANDRA**    1976-2017
Special Education
A.A., Riverside City Junior College
B.S., M.S., San José State University

**KRYLIOUK, IAROSLAV**    2008-2019
Mathematics
Ph.D., University of Saskatchewan

**LAMIT, LOUIS G.**    1984-2013
Computer Assisted Drafting Program
B.S., Western Michigan University

**LASSERRE, YVETTE M.**    1991-2001
French
A.A., De Anza College
B.A., M.A., San José State University

**LAU, PHILIP K. C.**    1972-2007
Psychology
B.A., San Francisco State University
M.S.W., University of California,
Berkeley

**LEAVITT, MURRAY P.**    1965-1994
Business
B.A., University of Missouri
MBA, Long Island University
M.A., Teacher's College, Columbia
University
Ed.D., University of California, Berkeley

**LEE, ELAINE**    1991-2017
Speech
B.A., M.A., University of Hawaii

**LEE-KLAWENDER, CYNTHIA**    2000-2017
Computer Science
B.A., California State University,
Los Angeles
M.S., University of Southern
California

**LEE-WHEAT, COLEEN**    1990-2017
Dean, Physical Education and
Athletics
B.S., University of California,
Los Angeles
M.S., California State University,
East Bay

**LEE-YEN, ANN**    1989-2012
Child Development Center
M.S., Oregon State University

**LEIGH, ROBERT J.**    1972-2003
Automotive Technology
B.A., M.A., San Francisco State
University

**LESKINEN, ANNE L.**    1985-2011
Mathematics
B.A., M.A., University of Western
Ontario

**LETSON, ROGER L.**    1979-2007
Music
B.M.Ed., M.M., University of Montana

**LEWIS, WILLIAM G.**    1968-2003
Automotive Technology
B.A., M.A., San José State University
Journeyman Machinist

**LISHA, ZAKI**    1974-2013
Film/TV
B.A., University of Southern California
M.A., San Francisco State University

**LINTHICUM, JAMES A.**    1965-2004
Physical Education
B.S.Ed., Ohio University
M.S., University of Colorado

**LOGAN, GEORGIA H.**    1961-1992
English
B.A., Oberlin College
M.A., Stanford University

**LOPEZ-MORGAN,**    1988-2010
**CHRISTINA A.**
Social Sciences
A.A., Los Angeles City College
B.A., M.A., Pacific Oaks College

**LUCAS, JAMES S.**    1975-2000
B.A., M.A., San Francisco State
University
Ed.D., University of California, Berkeley

**LUOTTO, JAMES A.**    1966-2001
English
B.A., University of Notre Dame
M.A., Ph.D., Loyola University,
Chicago

**LUPI-WILLIAMS, FRANCES**    1970-1991
Physical Therapist Assisting
B.S., University of the State of
New York
M.A., Stanford University

**LYNCH, JOHN**    2005-2011
Business
B.S., University of Mississippi
MBA, Harvard University

**MACK, ROGER W.**    1977-2012
Economics
B.A., M.A., San Francisco State
University
Ph.D. Syracuse University

**MAIERO, MARCIA SMITH**    1990-2014
Physical Education
B.A., California State University, Chico
M.S., California State University,
East Bay

**MANRIQUEZ, NAPOLEON H.**    1977-2006
Director, Assessment Center
B.A., San José State University
M.A., Ph.D. Stanford University

**MATHIOS, DIANE**    1996-2016
Mathematics
B.A., M.A., University of California,
Berkeley

**MAZZUCA, ROBERT G.**    1981-2001
Physical Education
B.A., College of the Pacific
M.A., University of the Pacific

**MCCART, MICHAEL**    2010-2019
Automotive Technology
B.S., M.A., California State University,
Fresno

**MCCARTHY, JAMES**    1976-2007
Dean, Library
B.A., California State University,
San Bernardino
M.S., University of Southern California

**MCDONNELL, BARBARA**    1975-1991
Early Childhood Education
B.A., M.A., San José State University

**MCNAMARA, MARTIN**    1996-2017
Animation
B.A., University of Notre Dame
M.A., San Francisco State University

**MELAS, HEIDI**    1993-2010
German
B.S., M.S., San José State University

**MENÉNDEZ, JOSE F.**    1985-2016
Director, Printing Services
A.A., College of San Mateo

**MILONAS, FAITH E.**    1986-2013
Counselor
B.A., Westfield State College
M.S., State University of New York
Ed.D., University of Nevada

**MILTON, JOHN**    1970-2005
English
B.A., M.A., San Francisco State
University

**MITCHELL, G. DAN**    1989-2017
Music Theory and Composition
B.A., M.A., San José State University

**MITCHELL, GLORIA**    1976-2004
Psychology
A.A., Foothill College
B.A., San José State University
M.A., Santa Clara University

**MOORE, THOMAS O.**    1966-1998
Mathematics
B.S.E.E., University of California
M.A., San Francisco State University

**MORENO, M. CRISTINA**    1991-2010
Spanish
B.A., M.A., M.S., Indiana University

**MORENO, MOSES S.**    1972-1993
Chicano Studies
A.A., Chaffey College
M.A., Stanford University

# EMERITI FACULTY AND ADMINISTRATORS

**MORENO, VICTORIA** 1999-2017
Counselor
B.A., San José State University
M.A., San José State University

**MOWREY, JUDITH M.** 1986-2010
Library
B.A., Oklahoma Baptist University
M.A., San Francisco State University
M.L.S., University of Oregon

**MUHLSTEIN, ELEANOR A.** 1983-2002
Teacher, Child Care Program
B.A., San José State University

**MULLEN, WILLIAM** 1972-1999
Automotive Technology
B.A., University of Denver

**MURPHY, BRIAN** 2004-2018
President
B.A., Williams College
M.A., Ph.D., University of California,
Berkeley

**NAGEL, WILLIAM** 2002-2012
Graphic Design
B.A., San José State University

**NAKASHIMA, WENDY** 1982-1997
Child Development Center
B.S., Miami University
M.S., Case-Western Reserve
University

**NELSON, SHARON S.** 1976-2003
Hope-De Anza Vocational Program
B.A., Augustana College

**NICHOLS, BARBARA** 1977-1990
Older Adult Services
A.A., Foothill College
B.A., San José State University
M.A., Santa Clara University

**NICKEL, DONALD** 2001-2017
Counseling
B.A., M.A., San José State University

**NIELSEN, M. LANCE** 1975-2006
Counseling
A.A., Diablo Valley Junior College
B.S., California State University,
East Bay
M.A., San José State University

**NENGO, ISAIAH** 2006-2019
Anthropology
B.A., Nairobi University
M.A., Ph.D., Harvard University

**NORRIS, MARCIA** 1991-2001
High Tech Center Training Unit
B.A., University of Alabama
M.A., English, M.A., Education,
San José State University

**NUNES, ANTHONY J.** 1966-1992
Physical Education
A.A., College of the Sequoias
B.S., M.S., California State
Polytechnic College

**O'BRIEN, FAY** 1967-1993
Acting Executive Head,
Allied Health and Nursing
Diploma, French Hospital,
San Francisco
A.B., San Francisco State University
M.A., College of the Holy Names

**O'DONNELL, DANIEL J.** 1968-1995
Computer Information Systems
B.S.C., MBA, University of
Santa Clara

**OHTAKE, MOTOSUKE** 2006
Art
B.F.A., Nihon University, College of Arts
B.F.A., Academy of Art College
M.F.A., San Francisco Art Institute

**OLEJNICZAK, PAUL** 2000-2016
Meteorology/Astronomy
B.S., M.S., Duquesne University

**ONEY, ANNE W.** 1985-1999
Dean, Business and
Computer Science Division
B.A., Cornell University
M.A., San José State

**PABON, TONY** 1981-1997
Mathematics
A.B., M.S., California State University,
Los Angeles

**PARKER, GERALDINE** 1993-2013
Native American Studies
B.A., California State University,
East Bay

**PATTERSON, NORMA** 1971-1986
Nursing
B.S., University of Oregon
M.S., University of California

**PATTON, MARILYN** 1991-2013
English/Composition
B.A., Stanford University
M.A., Ph.D., University of California,
Santa Cruz

**PEARCE, KIMBERLY A.** 1987-2013
Speech Communication
B.A., Azusa Pacific University
M.A., San José State University

**PECORARO, SALVATORE P.** 1968-1997
Art
A.B.Ed., California College of Arts
and Crafts
M.A., San Francisco State University

**PERATA, DONALD A.** 1966-1996
Vice President, Student Services
Interim Chancellor
B.A., M.A., San José State University

**PERRY, JOHN W.** 1988-2011
Computer Information Systems
B.A., University of Delaware
M.C., M.S., Arizona State University

**PETERSON, DENNIS E.** 1968-1997
Biology
Division Dean, Biological and Health
Sciences (acting)
B.A., M.S., Brigham Young University

**PEURIFOY, BARBARA** 2006-2011
Nursing
B.S., California State University,
Dominguez Hills
M.S., University of Phoenix

**PHILLIPS, JULIE** 1993-2015
Morgan Family Endowed Chair in
Environmental Studies/Instructor
Biological Sciences
B.A., California State University,
Chico
M.A., San José State University

**PHILLIPS-PROUTY, BARBARA J.** 1964-1993
Counseling, Physical Education
B.S., Wheaton College
M.A., Colorado State College

**PICHON, ULYSSES A.** 1975-2009
English/English
B.S., Xavier University of Louisiana
M.A., San José State University

**PIERCE, DIANE** 2000-2019
Photography
B.A., San Francisco State University
M.F.A., Mills College

**PIERRE, ADRIENNE** 1999-2019
Counseling
B.S., M.A., San José State University

**PLUM, KATHRYN S.** 1989-2015
Mathematics
B.S., Montana State University
M.S.I.E., M.S.Q.A., San José State
University

**POGGI, CLAUDINE** 1989-2012
English as a Second Language,
Linguistics and Writing
B.A., City University of New York
M.A., San Francisco State University
M.A., University of Hawaii

**POKLEWSKI DABROWSKA,
ANNA** 1977-2013
Music
B.A., Mlyceum-Music,
M.A., Yagellonian University
L.R.A.M., Royal Academy of Music

**POTTER, LEROY C.** 1965-1993
Engineering
B.S., Drexel Institute of Technology
M.S., Stanford University

**PRITCHARD, WILLIE** 2006-2008
Academic Coordinator
B.A., Duke University
M.A., Antioch University

**QUARATO, PATRICIA S.** 1992-2008
Biology
B.S., Virginia Commonwealth
University/Medical Center
M.S., University of Southern
California

**QUENON, LOUISE** 1970-1998
Biology
B.A., University of California, Berkeley
M.A., University of Wisconsin

**QUIRKE, LILLIAN M.** 1964-1988
Art
B.S., Southern Connecticut State
College
M.A., California State University,
Long Beach
Ed.D., Teacher's College, Columbia
University

**RAFF, MARGO I.** 1980-2017
Counseling
B.A., University of Florida
M.A., Michigan State University
M.A., University of San Francisco

**RAMIREZ, ANTONIO** 2007-2019
Philosophy
B.A., University of California,
Santa Cruz
M.A., Ph.D., Brown University

**RAMIREZ, OSCAR** 1973-1993
Vice President, Administrative
Services
B.A., M.A., California State University,
Fresno
Ph.D., United States International
University

**RAMSKOV, CHARLES** 1992-2019
Psychology
A.A., De Anza College
B.A., San José State University
M.A., University of California, Davis
Ph.D., California Coast University

**RAPPAPORT, STEVEN D.** 1974-2007
Philosophy/Economics
A.B., University of California, Berkeley
M.A., San José State University
Ph.D., University of Toronto

**RASHALL, BENITA** 1977-2008
Physically Limited Counselor/Enabler
B.S., University of California, Berkeley
M.S., San Francisco State University

**REDD, JANET F.** 1968-2002
Librarian, Collection Development/
Technical Services
B.A., M.L.S., University of California,
Berkeley
M.A., San José State University
Ph.D., Stanford University

**REID, BARBARA** 1977-1989
Vice President, Instruction
B.A., State University of Iowa
M.A., Ed.D., University of Northern
Colorado

**RESSA, GARY** 1967-1997
Counseling
B.S., San José State University
M.A., Stanford University

**REZA, JACQUELYN VALERIE** 1985-2015
Staff and Organizational Development
B.A., M.S., San Francisco State
University
B.S., Ahmadu Bello University
Ed.D., University of San Francisco

**RIESE, TED** 1959-1999
English
B.A., University of California, Berkeley
M.A., San Francisco State University

**ROSSI, DONALD E.** 1969-2000
Mathematics
A.B., University of California, Berkeley
Ed.M., Harvard University
M.A., University of California,
Berkeley

**ROWE, JAMES K.** 1968-1996
Counselor
A.B., Occidental College
M.A., Stanford University

**SANDELMAN, PEARL B.** 1975-1992
Business
B.A., M.A., San José State University

**SCHAFER-BRAUN, DEBI** 1976-2014
Physical Education
B.S., M.S., California State University,
East Bay

**SCHAFFER, KARL** 1989-2017
Mathematics
B.S., University of Alabama
M.A., Ph.D., University of California,
Santa Cruz

**SCHROEDER, RICHARD V.** 1984-2012
Dean, Physical Education
and Athletics
B.A., University of California, Berkeley
M.A., San José State University

**SCHWOOB, LESLIE A.** 1967-2003
Automotive Technology
B.A., M.A., San Francisco State
University

**SCOTT, DANIEL R.** 1970-2001
English
B.S., M.A., Brigham Young University

**SEKHON, RUPINDER S.** 1985-2014
Mathematics
B.S., University of San Francisco
M.A., San Francisco State University

**SETZIOL, PAUL L.** 1981-2017
Music
B.M., M.M., D.M.A., University of
Oregon

**SHERWOOD, REBECCA A.** 1983
Nursing
B.S.N, M.N., University of Florida
D.N.Sc., Boston University

**SKYLES, WILLIAM V.** 1962-1989
English
B.A., De Paul University
M.A., University of Chicago

**SMITH, ELEANOR A.** 1968-1989
Counselor
A.A., Green Mountain College
B.S., University of New Hampshire
M.S., University of Colorado

**SMITH, WENDY** 1989-2004
Child Development Center
B.S., Pennsylvania State University
M.Ed., University of Pittsburgh

**SOLER, FRANCISCO** 1985-2011
Mathematics
B.S., University of New Mexico
M.S., University of Oklahoma

**SPENCER, LEROY G.** 1975-2000
Automotive Technology

**SPENCER, WILLIAM A.** 1976-2001
Language Arts
B.S., Louisiana Southern University
M.A., San Francisco State University

**SPLITTER, RANDOLPH N.** 1989-2011
English/Composition
B.A., Hamilton College
B.A., University of California,
Santa Cruz
Ph.D., University of California,
Berkeley

**STANN, SUSAN S.** 1988-2007
English as a Second Language
TESOL Certificate - Linguistics,
San José State University
B.A., M.A., University of Michigan

# EMERITI FACULTY AND ADMINISTRATORS

**STASIO, DONNA D.**  1985-2016
Speech Communication
A.A., Columbia Junior College
B.A., Stanislaus State College
M.A., Washington State University

**STEMLER, ANN B.**  1977-2004
Biology
B.S., M.S., Ph.D., University of Illinois

**STERN, DEBORAH R.**  1986-2008
B.A., University of California, Berkeley
M.S., California State University,
San Francisco

**STERNLIEB, MYRA B.**  1975-1999
Nursing/Health
R.N., B.S.N., Ohio State University
M.S., San Francisco State University

**STEVENS, MARGARET L.**  1992-2016
History
A.A., De Anza College
B.A., University of California, Berkeley
M.A., San José State University

**STOKES, PHILLIP F.**  1964-2000
English, English as a Second Language,
English, Speech, Linguistics
B.A., M.A., San Francisco State
University

**STOLL, EDWINA L.**  1986-2009
Speech/Communication
B.A., Linfield College
M.A., University of Hawaii
Ph.D., University of Utah

**STRAUSS, RAYMOND C.**  1961-1985
Mathematics
B.S., M.S., University of Chicago

**STRINGER, DAVID D.**  1981-2011
Business
B.S., San José State University
MBA, Golden Gate University,
San Francisco

**STURM, J. BRUCE**  1976-2000
English
B.A., Villanova University
M.A., Stanford University
M.A., Santa Clara University

**SULLIVAN, KRISTIN**  2002-2017
Environmental Studies
B.S., M.S., San José State University

**SULLIVAN, MICHAEL G.**  1970-2004
Geography and Anthropology
Dean/Provost, Instruction,
Career and Technical Education
B.A., M.A., University of California,
Santa Barbara
Ph.D., University of Pittsburgh

**SULLIVAN, NELL D.**  1970-1993
English
B.A., M.A., University of California,
Berkeley

**SWENSSON, JOHN**  1989-2012
English
B.A., U.S. Military Academy,
West Point
B.A., University of Northern Colorado
M.A., University of Virginia

**TACANG, LEROY J.**  1972-2004
Art
B.A., M.A., San José State University

**TAKAHASHI, JANET**  1974-2014
Learning Disabilities
B.A., Mills College
M.A., San Francisco State University

**TANDOC, NELSON E.**  1988-1997
Music
B.M., University of Oregon
M.A., University of Washington

**THOMAS, HUGH S.**  1966-1998
Political Science
B.Sc. (Econ), London University,
London School of Economics
M.A., San José State University

**TONG, HOMER H. C.**  1977-2017
Chemistry
B.A., California State University, Chico
M.S. Oregon State University

**TOOTHMAN, GARY L.**  1978-2001
Automotive Technology
B.A., Indiana State University
M.A., San José State University

**TORRES, LAUREL**  1996-2013
Counseling
R.N., A.D.N., College of San Mateo
B.A., University of California, Davis
M.S., California State University

**TRAVIS, BARBARA B.**  1977-1995
Associate Director,
English Skills, Readiness Lab
B.A., Edinboro State College
M.A., Teachers' College, Columbia
University

**TREJO, PAUL E.**  1981-1989
Astronomy, Engineering
B.S., University of Southern California
B.S., U.S. Naval Post Graduate
School
M.A., San José State University

**TRIMBLE, JEAN C.**  1966-1990
Nursing
A.A., American River Junior College
B.S., Stanford University
M.S., University of California

**TURNER, WILLIAM**  1998-2011
English
B.A., M.A., California Polytechnic
State University

**VACIO, ALEJANDRO V.**  1991-2005
Physical Education/Athletic Director
B.A., San José State University
M.S., California Polytechnic State
University

**VANNIASEGARAM,**  1991-2010
**GNANALAKSHMI**
Mathematics
B.S., University of Colombo,
Sri Lanka
M.S., University of California,
Santa Cruz

**VICIAN, THOMAS A.**  1968-2004
Philosophy
B.A., Luther College
M.Th., Luther Theological Seminary
Ph.D., Claremont University Center

**WAATHIQ, PAULINE**  1974-2007
Learning Disabilities
B.A., Indiana University
M.Ed., University of Pittsburgh

**WAGNER, DEBORAH**  2003-2013
Medical Technology
B.S., University of Iowa

**WAGNER, WESLEY W.**  1975-1997
HOPE Vocational Program
B.A., Washington State University
M.S., Portland State University

**WALKER, CHARLES A.**  1987-1993
Art
A.A., Contra Costa College
B.A., San Francisco State University
M.A., San José State University

**WALKER-ABSHIRE, TISA**  1989-2005
Anthropology
B.A., M.A., Stanford University

**WALLACE, RUTH A.**  1961-1981
Coordinator, Work
Experience Education
B.A., University of California
M.A., San José State University

**WALSH, PATRICIA A.**  1975-1989
History
B.A., Queens College
M.Ed., D.Ed. University of California,
Los Angeles

**WANLASS, JOHN W.**  1974-2009
Accounting and Computer
Information Systems
B.A., M.A., Brigham Young University

**WARNOCK, RON**  1998-2004
Dean, Physical Education
B.S., State University of New York,
Cortland
M.S., Washington State University
Ph.D., Florida State University,
Tallahassee

**WASSMAN, ROSE MARIE M.**  1971-1997
English, English Improvement
B.A., M.A., Wayne State University

**WEGMAN, ROBERT W.**  1974-1999
Physical Education
B.A., San José State University
M.A., Stanford University

**WERNER, JEAN**  1975-2006
Counseling
B.A., University of California, Berkeley
M.A., San Diego State University

**WEST, LINDA**  1986-2013
Business Office Technology
B.S., M.A., San José State University

**WEUSI-PURYEAR, MUATA**  1987-2008
Mathematics
B.S., Monmouth College
M.S., New Mexico State University
Ph.D., Stanford University

**WHITE, STEPHEN J.**  1971-1994
Physical Therapist Assisting
B.S., St. Lawrence University
M.A., Stanford University

**WILKINS-SANTOS, CAROLYN**  1989-2019
Dean, Social Sciences and Humanities
B.Mus., University of Texas, Austin
M.A., Stanford University

**WILLIAMS, HILLIS P.**  1968-1983
Theatre Arts
A.B., McPherson College, Kansas
M.A., Northwestern University

**WILLIAMS, JAMES C.**  1985-2004
History
B.A., University of Oregon
M.A., San José State University
Ph.D., University of California,
Santa Barbara

**WILLIAMS, RICHARD**  1989-1999
Drafting CAD
A.A., Bakersfield College
B.A., M.A., San José State University

**WILSON, CAROLYN**  1993-2004
B.A., California State University,
Los Angeles

**WINTERS, MARION**  1990-2009
Diversity Office/Intercultural/
International Studies
B.A., San José State University
M.S., San Francisco State University
Ed.D., University of San Francisco

**WOMER, CHARLES E.**  1975-2000
Business
B.S., University of California, Berkeley
M.P.H., University of California
MBA, San José State University

**WONG, LETTY**  1992-2017
English as a Second Language
A.A., San Francisco City College
B.A., M.A., San Francisco State
University

**WOOD, RICHARD**  1996-2008
Sociology
B.A., M.A., West Virginia University

**WOOD, SARAH D.**  1989-1999
English
B.A., Stanford University
M.A., Yale University

**WOODWARD, CHERYL**  1986-2015
Counseling
B.A., M.A., San José State University

**WRENN, BRUCE G.**  1974-1992
Mathematics
B.S.M.E., University of Cincinnati
M.S.M.E., University of Southern
California
Ph.D., Stanford University





# CLASSIFIED PROFESSIONALS

YASUDA, PHYLLIS S.    1974-1998
Business
B.A., M.A., San José State University

YECKLEY, PAULINE    1986-2015
Library
B.A., M.A., Michigan State University
M.A., University of Michigan

ZARECKY, GARY    1983-2015
Physical Education
B.A., California State University, Chico
M.A., Azusa Pacific University

# CLASSIFIED PROFESSIONALS

ABAD, SOFIA    1989
Occupational Training Institute

ABDULLAEVA, KAMILLA    2019
Admissions and Records

AGUILAR, LENNY A.    2005
Adapted Physical Education

AGUILAR, MELISSA    2010
Language Arts

AGUSTIN, MEGAN    2020
Mailroom

ALAMBAN, CARLITA    1990
Occupational Training Institute

ALDERETE, CONCEPCION    1999
College Operations

AMIT, ROLAND    2005
Admissions and Records

APARICIO, VERONICA    2008
Admissions and Records

ARGABRITE, DIANA    2001
Euphrat Museum of Art

ARMSTRONG, DEBORAH    2002
Disabled Student Programs
and Services

ASKINS, MICHAEL    2017
Planetarium

AUROPREM, NAGALAKSHMI    2015
Library Services

AVILA GARCIA, JOSE    2020
Grounds

BACHMAN, CLARE    2019
Disability Support Programs and
Services

BAEZ-ACEVEDO, MIGUEL    1991
Operations

BAILEY, BRANDON    2016
Communications

BAILEY, THOMAS    2017
Nursing

BARREIRA MARTINS, AMANDA    2019
College Operations

BAYS, CHING    2017
Physical Sciences, Math and
Engineering

BDZIL, MARGARET    2001
Workforce Development

BETOSIP, MARI    2019
Financial Aid

BICHLER, SILVIA    2001
Creative Arts

BONNER, CHRISTIAN    2007
Creative Arts

BOSTICK, SASHA    2019
Biological, Health and
Environmental Services

BOOYE, MARILYN    1990
Extended Opportunities Programs
and Services

BREAULT, EDWARD    1995
Creative Arts

BROWN, JAYME    2014
Bookstore

BURDICK, MARIVIC    2013
College Operations

BURLANESCU, LIDIA    2016
Biology

BYARS, DAVID    2008
Learning Resources

CABRERA, DEBORAH    2014
Deaf and Hard of Hearing Services

CALE, DONNA    2014
Disability Support Programs and
Services

CAMPBELL, MAZZETTA    2019
Child Development Center

CARDOZA, SANDRA    2008
Learning Resources

CARUANA, TRACY    2017
Educational Diagnostic Center

CARUNGAY, EDWIN    2017
Communications

CERVANTES, EMIGDIO    2008
College Operations

CERVANTES, LETICIA    1999
College Operations

CHACKO, VINS    2017
Academic Services

CHAN, AMMALINH    2019
Extended Opportunities Programs
and Services

CHAN, SOKUNTHEARA    2020
Health Services

CHAND, SUSHINI    2017
Counseling

CHANG, MI    2002
Curriculum/Scheduling

CHENEY, MELODIE    1998
Admissions and Records

CHO, HUA-CHING    2014
Child Development Center

CHUNG-TABANGCURA, TRACY    2000
Articulation and Transfer Services

CLARK-TILLMAN, MARY    1999
Curriculum

CONTRERAS, ADAM    2008
College Operations

CONTRERAS, BRANDY    2017
College Operations

CORDOBA ROBYN, INES    2016
International Student Services

CORNELL, RAYMOND    2019
Physical Education

CUSTODIO, MARLO    2019
Communications

DEL RIO, PATRICIA    2017
Counseling

DEL RIO, PATRICIA    2017
Counseling

DIAZ, JUAN    2019
Communications

DIBERNARDO, JACQUELINE    2015
Financial Aid

DICKARD, JEFFREY    2006
Admissions and Records

DIGIULIO, LIZ    2015
Massage Therapy

DI GREGORIO, BECKI    2004
Extended Opportunities Programs
and Services

DOAN, LUCY    2000
Scheduling

DOAN, MICHELLE    2000
Physical Sciences, Math &
Engineering

DUONG, GIOI    2010
College Operations

DUQUE, INGRID FELK    2007
Occupational Training Institute

ECHEVERRIA, ARMANDO    2005
Adapted Physical Education

ESQUIVEL MORENO, ANGÉLICA    2017
Academic Services

ESPINO, AGUSTIN    2017
Design and Manufacturing
Technologies

ESPINOSA PRADOS, MARTHA    2019
Outreach and Relations with Schools

ESTRADA, ALFREDO    2001
College Operations

EVERT, OLGA    2008
Instruction

FERREIRA, ANA MARIA    2012
College Operations

FERREIRA, EDUARDO    2018
Custodial

FERRER, MARK    2014
Disabled Student Programs
and Services

FLORES, ERIKA    2016
Student Success and Support
Program

FUQUA, BOO    2019
Educational Diagnostic Center

FOSNAUGH, MICHAEL    2001
Disabled Student Programs
and Services

FRAGOZA, ROSA-ANN    2017
Health Services

FRANCO, KAREN    2007
Deaf and Hard of Hearing Services

FUENTES, MARITZA    2014
Child Development Center

FUKUYAMA, KIMBERLY T.    2006
Educational Diagnostic Center

GALVAN, GRACY    2018
Community Education

GALINDO, MICHAEL    2016
Disabled Student Programs
and Services

GARCIA, ADRIANA    2016
Equity, Social Justice and
Multicultural Education

GARRIDO, DAVID    1991
Online Education Center

GERARD, TERI    2007
College Fiscal Services

GHAMRAWI, ABDUL    2010
Business, Computer Science
and Applied Technologies

GIBSON, PIPPA    2001
Administrative Services

GILBERTSON, KIMBERLY    2005
Adapted Physical Education

GILLELAND, MAX    2002
Design and Manufacturing
Technologies

GILMORE, JOSEPH    2017
Admissions and Records

GODOY RODRIGUEZ, MAYRA    2019
Financial Aid

GORE, SALLY    1989
College Operations

GUST, MYRNA    2015
Child Development Center

GUZMAN, CLAUDIA    2016
Professional Development

HARRELL, ALEX    2015
Communications

HATT, LISA    2000
Library

HAWTHORN, MARGARITA    2002
Community Education

HEIN, GEORGE    1997
Language Arts

HERNANDEZ, FRANCISCO    2015
College Operations

HERNANDEZ, JUAN    2006
College Operations

HERNANDEZ, NANCY    2014
Disabled Student Programs
and Services

HERNANDEZ MAZARIEGOS,
MARIA    2016
Student Development

HILER, LAURA    2016
Financial Aid

HIRATA, LUCILA    2007
Child Development Center

HO, SUSAN    2001
Physical Education

HO, TRUNG    2015
Disabled Student Programs
and Services

HOANG, GARETT    2019
Language Arts

HUNTER, KAREN KAY    2005
Financial Aid

HUYNH, ANDY    2007
Assessment

HUYNH, CHANEL    2017
Student Success Center

IIZUKA, YOKO    2020
Child Development Center

JAHN, ELIZABETH    2019
Bookstore

JENSON, ELIZABETH    2019
Disability Support Programas and
Services

JOHNSON, BARRY    1996
Admissions and Records

# CLASSIFIED PROFESSIONALS

KAHLER, VICTORIA 2011
Student Success Center

KALEIALII, CHRISTIANA 2018
Athletics

KANAFA, SYLWIA 2014
Child Development Department

KANG, EUNSOOK 2006
Creative Arts

KARIMI, MEHRAN 2020
Academic Services

KASKOWITZ, LOUIS 2017
Disabled Student Programs
and Services

KASOYAN, OKSANNA 2019
Student Success Center

KAUR, SATINDER 2014
Biological, Health and
Environmental Sciences

KAUWELOA, AMELIA 2018
Health Services

KENNEDY, DANA 2015
Business, Computer Science
and Applied Technologies

KERSMAN, LISA 2017
Financial Aid

KHA, BACHMAI 1995
Business, Computer Science
and Applied Technologies

KHINE, AYE 2013
Child Development

KIM, YUME 2016
Educational Diagnostic Center

KING, HEIDI 2015
Online Education Center

KIRK, LISA 1994
Student Accounts

KIRKPATRICK, KERI 2006
Learning Resources

KOBATA, DAVID 2018
Athletics

KOMATSU, TOSHI 2016
Planetarium

KONG, JOHN 2000
College Operations

KONG, YUKBING 1997
College Operations

KULUSICH, KRISAN 2011
Health Services

LAI, CLIFFORD 2019
Dining Services

LAM, PHONG 2008
Business, Computer Science
and Applied Technologies

LAM, TRACY 2006
Academic Services and Learning
Resources

LARGENT, ALLISON 2007
International Student Programs

LE, CHUONG 2002
Extended Opportunities,
Programs and Services

LEE, CYNTHIA 2013
Adapted Physical Education

LI, JIATONG 2019
College Fiscal Services

LING, LIN 2018
International Student Programs

LIPSIG, JOSEPH 2012
Occupational Training Institute

LOCKWOOD, TINA 2016
College Operations

LOPEZ, ANGELIE 2019
Counseling

LOVDAHL, ELI 2017
Testing and Assessment

LUIS, MELISSA 2017
Counseling

LUSTRE, CHRISTIAN 2019
Student Success Center

LY, KIMSENG 2019
Dining Services

MACHADO, MARIA 2015
Campus Center

MAGALLON CERVANTES, SANDRA 2018
Financial Aid

MALBOUBI, YASMINE 2017
Assessment Center

MARTINEZ, DIANA 2007
Environmental Sciences

MAYNARD, LORNA 1991
Automotive Technology

MCGILL, CONNOR 2017
HOPE

MEDRANO, MARY 2017
Academic Services

MENDES, EDUARDO 2014
College Operations

MOLINA OCHOA, MAGALI 2017
Career Training

MONSELL, CATHLEEN 2012
Physical Sciences, Math and
Engineering

MOREANOFERREL, MARVIN 2010
Student Success Center

MUNSON, KATHLEEN 1997
Library

MURPHY, ANN 2019
Child Development Center

NAKAHARA, CHRISTINE 2009
Deaf and Hard of Hearing Services

NAKAYAMA, CINDY 1998
Admissions and Records

NEWELL, MALLORY A. 2010
Institutional Research

NG, JOSEPH 2002
International Student Programs

NGUYEN, BACHLAN 1984
Business, Computer Science and
Applied Technologies

NGUYEN, DUC 1998
College Operations

NGUYEN, HELEN 2019
Student Success Center

NGUYEN, HENRY 2000
Cashiering Services

NGUYEN, JENNIFER 1985
Student Accounts

NGUYEN, KIM-PHUONG 2020
Child Development Center

NGUYEN, LESLIE 1997
Social Sciences/Humanities

NGUYEN, STEVEN 2016
Communications

NGUYEN, THAO PHUONG 2006
Financial Aid

O'KEEFE, FAY M. 2006
Child Development Center

OUK, SAMASATHY 2014
Food Services

PABROS, ANGELITA 2001
Academic Services

PAHL, HANNAH 2002
Deaf and Hard of Hearing Services

PARKER, ARLYNN 2015
Administrative Assistant II

PARTIDA-FLETES, JESUS 1997
College Operations

PASQUALI, SHARI 2008
Admissions and Records

PERALES, KIT 2014
Budget and Personnel

PEREZ PEREA, MILAGROS 2019
Financial Aid

PEREZALONSO, MARIA 2000
Extended Opportunities Programs
and Services

PHAN, DUC 1987
Printing Services

PITCHFORD, DANIEL 2020
Bookstore

QUIDACHAY, JERALD 2018
Custodial

QUIDACHAY, JESSICA 2005
College Operations

RAETHER, JENNIFER 2019
Adapted Physical Education

RAMIREZ, SUZANNA 2020
Psychological Services

REICHMUTH, CRISTIN 2016
Community Education

REYNO, MARK 2018
Automotive Technology

RODERIQUES, IVAN 1995
College Operations

RODRIGUEZ, ANNA 2016
Counseling

RODRIGUEZ, JORGE 1998
Cashiering Services

ROY, TERESA 2014
College Operations

RUELAS, CLAUDIA 2013
Financial Aid



# CLASSIFIED PROFESSIONALS

RUELAS, JESUS 2015
Outreach

SABAWI, OLA 2018
Institutional Research and Planning

SALAS, GREGORY 2016
Disabled Student Programs and Services

SANCHEZ, AMELIA 1995
Testing and Assessment

SANCHEZ, BERTHA 2016
Admissions and Records

SANCHEZ, NUBIA 2015
Outreach

SANCHEZ, RITA 2002
Child Development Center

SANTA ANA, TONY 2015
Equity, Social Justice and Multicultural Education

SANTACRUZ, ANDREA 2007
Counseling

SCHOOLER, SHIRLEY 1992
Disabled Student Programs and Service

SCHOTT, THOMAS 1987
Film/TV

SEALE, IMAN 2018
Communications

SERRANO, MARIA 1989
Food Services

SHANNAKIAN, DENNIS 1999
College Life

SMITH, JOANNA 2019
Disability Support Programs and Services

SMITH, LEAH 2017
Extended Opportunities Programs and Services

SOUSA, JASON 2013
College Operations

SOUSA, ROSA 2002
College Operations

STEINER, CHRISTA 2016
Evaluation Specialist

STEWART, SABRINA 2013
Occupational Training Institute

STRONGONE, ANGELICA 2000
International Student Programs

STRUVE, JOHN 2015
Food Services

SUBEDI, BIDYA 2020
Counseling

SUPNET, DARWIN GIOVANNI 2017
Health Services

TAYLOR, DEBORAH 2017
Nursing

TE, KIM 2002
Scheduling

THAI, TRUNG 1998
Learning Resources

THANH, QUANG 2001
Learning Resources

THOMPSON, CAMERON 2019
Community Education

TOMALINAS, ROBERT 2006
Admissions and Records

TOVAR, MARCO ANTONIO 2014
Disability Support Programs and Services

TRAN, TRANG 2015
Food Services

TRINH, LAN 2002
Extended Opportunities Programs and Services

VALENCIA SUDA, KANAKO 2007
Learning Resources

VALENTINE, GARY 2013
Financial Aid

VAN, NINA 2003
Financial Aid

VANZANDT, ALYSSA 2018
Creative Arts

VARELA, SOFIA 2006
Child Development Center

VEGA, JOAQUIN 2015
College Operations

VELA, JENNY 2012
Online Education Center

VICTORIANO, MAURICE 2017
Custodial

VILLALBA, KAREN 2006
Child Development

VUONG, NGA 2019
Bookstore

WALLACE, SARAH 2019
Athletics

WANG, SHUYAN 2006
Child Development

WARD, GINA 2015
Admissions and Records

WATSON, LAURA 2015
Student Services

WEINER, JESSICA 2013
Child Development

WEN, CHIA C. 2010
Creative Arts

WHEAT, CASIE 2005
Assessment Center

WHELAN, PATRICIA 2001
Disabled Student Programs and Services

WHYTE, BERTHA 2016
Financial Aid

WINN, CHRISTIAN 2018
Campus Facilities

WRIGHT, BILL 2006
Child Development Center

YASENOV, CHELSEA 2019
International Student Programs

YUVARAJ, DEEPA 2014
Academic Services





# DE ANZA COLLEGE ADMINISTRATION



**LLOYD A. HOLMES**
President



**CHRISTINA G. ESPINOSA-PIEB**
Vice President, Instruction



**PAM GREY**
Vice President, Administrative Services



**ROB MIESO**
Vice President, Student Services



**LORRIE RANCK**
Associate Vice President, Instruction



**MARISA SPATAFORE**
Associate Vice President, Communications and External Relations

## DE ANZA COLLEGE ADMINISTRATION

| | |
|---|---|
| Associate Vice President, College Operations | **Vacant** |
| Dean, Biological, Health and Environmental Sciences | **Anita Muthyala-Kandula** |
| Dean, Business, Computer Science and Applied Technologies | **Moaty Fayek** |
| Dean, Career Technical Education and Workforce Development | **Randy Bryant** |
| Dean, Community Education | **Sam Bliss** |
| Dean, Counseling and Disability Support Programs and Services | **Laureen Balducci** |
| Dean, Creative Arts | **Daniel Smith** |
| Dean, Enrollment Services | **Nazy Galoyan** |
| Dean, Equity and Engagement | **Alicia Cortez** |
| Dean, Intercultural/International Studies | **Edmundo Norte** |
| Dean, Language Arts | **Thomas Ray** |
| Dean, Physical Education and Athletics | **Eric Mendoza** |
| Dean, Physical Science, Math and Engineering | **Jerry Rosenberg** |
| Dean, Social Sciences and Humanities | **Elvin Ramos** |
| Dean, Student Development and EOPS/CARE | **Michele LeBleu-Burns** |
| Director, Bookstore and Printing Services | **Vacant** |
| Director, Campus Center | **Patrick Gannon** |
| Director, Child Development Center | **Naoko Harada** |
| Director, College Fiscal Services | **Martin Varela** |
| Director, Financial Aid and Scholarships | **Lisa Mandy** |
| Director, STEM Success Program | **Yvette Campbell** |
| Manager, Operations | **Manny DaSilva** |



(FALL 2020)

# FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT BOARD OF TRUSTEES








| PATRICK J. AHRENS | LAURA CASAS | PEARL CHENG | PETER LANDSBERGER | GILBERT WONG |
|---|---|---|---|---|

## FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT ADMINISTRATION

| | |
|---|---|
| **Chancellor** | **Judy Miner** |
| **Administrative Offices** | |
| Vice Chancellor, Human Resources/Equal Opportunity | **Dorene Novotny** |
|    Director, Benefits | **Christine Vo** |
|    Interim Director, Equity, Employment and Professional Development | **Pat Hyland** |
|    Director, Human Resources | **Myisha Washington** |
| Vice Chancellor, Technology | **Joseph Moreau** |
|    Director, Information Systems and Operations | **Chien Shih** |
|    Director, Networks and Client Services | **Sharon Luciw** |
|    Executive Director, Institutional Research and Planning | **David Ulate** |
| Vice Chancellor, Business Services (Interim) | **Susan Cheu** |
|    Director, Budget Operations | **Sirisha Pingali** |
|    Director, Capital Construction Program | **Tom Armstrong** |
|    Director, Environmental Health and Safety | **Karen Lauricella** |
|    Director, Purchasing, Contracts and Risk Management | **Maria Contreras-Tanori** |
|    Executive Director, Facilities and Operations | **Vacant** |
|    Associate Director, Facilities and Operations | **Jennifer Mahato** |
|    Associate Director, Facilities and Operations | **Richard Roodbeen** |
|    Executive Director, Fiscal Services | **Raquel Puentes-Griffith** |
| Executive Director, Foundation | **Dennis Cima** |
|    Assistant Director, Foundation | **Robin Latta** |
|    Director of Development, Foundation – De Anza | **Vacant** |
| Executive Director, International Student Programs | **Jordan England** |
| Executive Director, Krause Center for Innovation | **Gay Krause** |
|    Director, Strategy and Marketing, Krause Center for Innovation | **Vacant** |
| Chief of Police | **Daniel Acosta** |

PAGE

# EXHIBIT D



# FOOTHILL
## COLLEGE
### LOS ALTOS HILLS, CALIFORNIA

Student No: 10017607                 Date of Birth: 25-OCT-1961                 Date Issued: 18-MAR-2021
                                                                                                    FHET

Record of: Gregory N Steshenko                                                   Page:   1
Current Name: Gregory N Steshenko
              3030 Marlo CL
              Aptos, CA 95003
              United States

Issued To: Gregory Steshenko
           Parchment Document ID: TWWKLGBN

Course Level: Foothill Undergraduate

Current Program
        Program : General Studies: Science

SUBJ  NO.            COURSE TITLE        CRED GRD     PTS R

INSTITUTION CREDIT:

2010 Winter Foothill
PHYS 004A      GENERAL PHYSICS (CALC)       6.00 A-      22.20
       Ehrs:  6.00 GPA-Hrs: 6.00   QPts: 22.20 GPA:  3.70

2010 Spring Foothill
PHYS 004B      GENERAL PHYSICS (CALC)       6.00 A+      24.00
       Ehrs:  6.00 GPA-Hrs: 6.00   QPts: 24.00 GPA:  4.00
Dean's List

2010 Fall Foothill
PHYS 004C      GENERAL PHYSICS (CALC)       6.00 W        0.00
       Ehrs:  0.00 GPA-Hrs: 0.00   QPts:   0.00 GPA:  0.00
********************** TRANSCRIPT TOTALS **********************
               Earned Hrs  GPA Hrs   Points    GPA
TOTAL INSTITUTION  12.00    12.00    46.20    3.85
********************** END OF TRANSCRIPT **********************

PURSUANT TO THE FAMILY EDUCATIONAL RIGHTS AND
PRIVACY ACT OF 1974, THIS INFORMATION CANNOT BE RELEASED
TO ANY OTHER PARTY WITHOUT CONSENT OF THE STUDENT.

**Dean, Enrollment Services**

## FOOTHILL–DE ANZA COMMUNITY COLLEGE DISTRICT

### FOOTHILL COLLEGE

ADMISSIONS & RECORDS OFFICE – 12345 El MONTE ROAD - LOS ALTOS HILLS, CA 94022-4599 – (650) 949-7325

### TRANSCRIPT OF ACADEMIC RECORDS

**ACCREDITATION**
Foothill College is a two-year public degree-granting institution fully accredited by the Western Association of Schools and Colleges

**EFFECTIVE FALL 2019**
**GRADING SYSTEM AND GPA CALCULATION**

| | | Contributes to Grade Units | Grade Points Earned | Contributes to Completed Units |
|---|---|---|---|---|
| A+, A, A- | Excellent | Yes | 4.0, 4.0, 3.7 | Yes |
| B+, B, B- | Good | Yes | 3.3, 3.0, 2.7 | Yes |
| C+, C | Satisfactory | Yes | 2.3, 2.0 | Yes |
| D+, D, D- | Pass, Less than Satisfactory | Yes | 1.3, 1.0, 0.7 | Yes |
| F | Failing | Yes | 0.0 | No |
| FW | Failing Withdrawal | Yes | 0.0 | No |
| I | Incomplete | No | No | No |
| W | Withdrawal | No | No | No |
| EW | Excused Withdrawal | No | No | No |
| MW | Military Withdrawal | No | No | No |
| IP | In Progress | No | No | No |
| P | Pass (Credit 'C' or better) | No | No | Yes |
| NP | No Pass (No Credit 'D' or below) | No | No | No |
| RD | Report Delayed | No | No | No |
| * | High School Credit | No | No | No |

**COURSE NUMBERING SYSTEM**

| | |
|---|---|
| 1-49 | Transferable to the University of California |
| 1-99 | Transferable to the California State University |
| 1-199 | Foothill AA/AS degree-applicable |
| 200-299 | Prerequisites for required courses that lead to the AA/AS degree and non-degree applicable credit courses |
| 300-399 | Upper division courses for the Foothill baccalaureate degree program* |
| 400-499 | Non-credit, adaptive learning, or other areas that do not apply to the Associate Degree |

*Prior to the 2016-17 academic year, courses numbered 300-399 were workshops, review, and other courses offered to meet special collegiate needs of a community nature.

**RECORDS SYSTEM**

For the period prior to Summer of 1983, student records may appear on more than one type of transcript.

All current credits are in quarter units. One quarter unit equals two-thirds of a semester unit. Foothill College converted from a semester to a quarter system in Fall 1968.

Standard grading effective Fall 1968 through Summer 2006. Plus or minus grading became effective Fall 2006.

An E in the far right column of the course information line indicates a course which has been excluded from the cumulative Grade Point Average.

GPA (Grade Point Average) is determined by dividing Grade Points by Grade Units. Attempted units include W, FW, I, and NP grades and are not counted in the GPA.

COVID-19 impacted quarters include W20, Sp20, and AY20-21. During these terms, F grades were not counted in earned units or the GPA; and D+, D, D- grades were not counted in GPA.

GPA (Grade Point Average) is determined by dividing Grade Points by Grade Units.

Attempted units include W, EW, MW, I, and NP grades and are not counted in the GPA.

**This record is subject to the Family Educational Rights and Privacy Act of 1974, as amended. It is furnished for official use only and cannot be released to or accessed by outside agencies or third parties without the written consent of the student concerned.**

PAGE 8



# DeAnza College

## CUPERTINO, CALIFORNIA

Student No: 10017607      Date of Birth: 25-OCT-1961      Date Issued: 07-MAR-2021
    DAST

Record of: Gregory N Steshenko      Page: 1
Current Name: Gregory N Steshenko
    3030 Mario Ct
    Aptos, CA 95003
    United States

Issued To: Gregory Steshenko
    Parchment DocumentID: TWWRPF4O

Course Level: De Anza Undergraduate

Current Program
    Program : Biological Sciences

SUBJ  NO.          COURSE TITLE      CRED GRD    PTS R

INSTITUTION CREDIT:

2016 Fall De Anza
HTEC 080.   CLINICAL HEMATOLOGY LAB      1.50 A     6.00
HTEC 080A   CLINICAL HEMATOLOGY LECTURE  4.50 B    13.50
HTEC 082.   CLINICAL COAGULATION LAB     0.75 B     2.25
HTEC 082A   CLINICAL COAGULATION LECTURE 1.50 A     6.00
    Ehrs: 8.25 GPA-Hrs: 8.25   QPts: 27.75 GPA: 3.36
Good Standing

2017 Winter De Anza
HTEC 081.   CLINICAL URINALYSIS LAB      0.75 A     3.00
HTEC 081A   CLINICAL URINALYSIS LECTURE  1.50 B     4.50
HTEC 083.   CLINICAL MICROBIOLOGY LAB    1.50 B     4.50
HTEC 083A   CLINICAL MICROBIOLOGY LECTURE 4.50 B   13.50
HTEC 085A   CLINICAL CHEM I LAB          1.50 B     4.50
HTEC 085C   CLINICAL CHEMISTRY I LECTURE 4.50 B    13.50
    Ehrs: 14.25 GPA-Hrs: 14.25  QPts: 43.50 GPA: 3.05
Good Standing

2017 Spring De Anza
HTEC 084.   CLINIC IMMUNOLOGY/IMMUNOHEMA L 1.50 B   4.50
HTEC 084A   CLINICAL IMMUNOLOGY LECTURE  4.50 B    13.50
HTEC 085B   CLINICAL CHEMISTRY II LAB    1.50 A     6.00
HTEC 085D   CLINICAL CHEMISTRY II LECTURE 4.50 A   18.00
    Ehrs: 12.00 GPA-Hrs: 12.00  QPts: 42.00 GPA: 3.50
Good Standing
Last Standing: Good Standing
****************** CONTINUED ON NEXT COLUMN *******************



****************** TRANSCRIPT TOTALS ********************
          Earned Hrs  GPA Hrs   Points    GPA
TOTAL INSTITUTION   34.50     34.50    113.25    3.28
****************** END OF TRANSCRIPT ********************

PURSUANT TO THE FAMILY EDUCATIONAL RIGHTS AND
PRIVACY ACT OF 1974. THIS INFORMATION CANNOT BE RELEASED
TO ANY OTHER PARTY WITHOUT CONSENT OF THE STUDENT.

**NAZY GALOYAN, DEAN OF ENROLLMENT SERVICES**

## FOOTHILL–DE ANZA COMMUNITY COLLEGE DISTRICT

## DE ANZA COLLEGE

ADMISSIONS & RECORDS OFFICE -- 21250 Stevens Creek Blvd., Cupertino, CA 95014-5797

## TRANSCRIPT OF ACADEMIC RECORDS

### EFFECTIVE FALL 2019
### GRADING SYSTEM AND GPA CALCULATION

| | | Contributes to Grade Units | Grade Points Earned | Contributes to Completed Units |
|---|---|---|---|---|
| A+, A, A- | Excellent | Yes | 4.0, 4.0, 3.7 | Yes |
| B+, B, B- | Good | Yes | 3.3, 3.0, 2.7 | Yes |
| C+, C | Satisfactory | Yes | 2.3, 2.0 | Yes |
| D+, D, D- | Pass, Less than Satisfactory | Yes | 1.3, 1.0, 0.7 | Yes |
| F | Failing | Yes | 0.0 | No |
| FW | Failing Withdrawal | Yes | 0.0 | No |
| I | Incomplete | No | No | No |
| W | Withdrawal | No | No | No |
| EW | Excused Withdrawal | No | No | No |
| MW | Military Withdrawal | No | No | No |
| IP | In Progress | No | No | No |
| P | Pass (Credit 'C' or better) | No | No | Yes |
| NP | No Pass (No Credit 'D' or below) | No | No | No |
| RD | Report Delayed | No | No | No |
| * | High School Credit | No | No | No |

### ACCREDITATION

De Anza College is a two-year public degree-granting institution fully accredited by the Western Association of Schools and Colleges.

### COURSE NUMBERING SYSTEM

| 1-49 | Transferable to the University of California |
| 1-99 | Transferable to the California State University |
| 1-199 | De Anza AA/AS degree-applicable |
| 200-299 | Prerequisites for required courses that lead to the AA/AS degree and non-degree applicable credit courses |
| 300-399 | Workshop, review, and other courses offered to meet special collegiate needs of a community nature |
| 400-499 | Non-credit, adaptive learning, or other areas that do not apply to the Associate Degree |

### RECORDS SYSTEM

For the period prior to Summer of 1983, student records may appear on more than one type of transcript.

All current credits are in quarter units. One quarter unit equals two-thirds of a semester unit. De Anza College converted from a semester to a quarter system in Fall 1965.

Standard grading effective Fall 1968 through Summer 2006. Plus or minus grading became effective Fall 2006.

An E in the far right column of the course information line indicates a course which has been excluded from the cumulative Grade Point Average.

GPA (Grade Point Average) is determined by dividing Grade Points by Grade Units.

Attempted units include W, FW, I, and NP grades and are not counted in the GPA.

COVID-19 impacted quarters include Winter 2020, Spring 2020, Summer 2020 and Fall 2020. During these terms, F grades were **not** counted in earned units or the GPA; and D+, D, D- grades were **not** counted in GPA.

**This record is subject to the Family Educational Rights and Privacy Act of 1974, as amended. It is furnished for official use only and cannot be released to or accessed by outside agencies or third parties without the written consent of the student concerned.**