United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY NICHOLAS STESHENKO,<br><br>   Plaintiff,<br><br>   v.<br><br>BOARD OF TRUSTEES OF FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT, et al.,<br><br>   Defendants. | Case No. 24-cv-06126-SVK   (HSG)<br><br>**ORDER DIRECTING DEFENDANTS TO RESPOND TO MOTION TO WITHDRAW CONSENT**<br><br>Re: Dkt. No. 28 |

On April 8, 2025, Magistrate Judge Susan van Keulen granted Defendants' motion to dismiss and motion for sanctions. Dkt. 24. Afterward, pro se Plaintiff Gregory Steshenko filed a document purporting to decline magistrate judge jurisdiction. *See* Dkt. 26. He then filed a motion to withdraw consent. Dkt. 28. Judge van Keulen referred Plaintiff's motion to withdraw consent to this Court as the general duty judge for resolution. Dkt. No. 29. Since then, Plaintiff has filed additional documents seemingly in support of the motion to withdraw consent. Plaintiff filed a document styled as "objections" to Judge van Keulen's April 8 order and a request for relief from the order under Civil L.R. 72-2, Dkt. No. 30, as well as an amendment to these objections, Dkt. No. 31.

//
//
//
//
//
//

1  Having reviewed these documents, the Court **DIRECTS** Defendants to file a response to
2  these filings of no more than ten pages by May 1, 2025. The matter will be deemed submitted
3  once the response is filed and no hearing will be held, unless otherwise ordered by the Court.
4  **IT IS SO ORDERED.**
5  Dated:   4/22/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge
as General Duty Judge