United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY NICHOLAS STESHENKO,

Plaintiff,

v.

BOARD OF TRUSTEES OF FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT, et al.,

Defendants.

Case No.  24-cv-06126-SVK

**ORDER ON DEFENDANTS' MOTION FOR SANCTIONS**

Re: Dkt. No. 49

On April 8, 2025, the Court granted-in-part and denied-in-part Defendants' motion to dismiss the original complaint and gave Plaintiff leave to amend certain portions of the complaint. Dkt. 24 (the "4/28/25 Order").  Plaintiff thereafter filed the First Amended Complaint.  Dkt. 35. On September 5, 2025, the Court entered an order granting Defendants' motion to dismiss the federal claims in the First Amended Complaint without leave to amend and declining to exercise supplemental jurisdiction over the state law claims.  Dkt. 42 (the "9/5/25 Order").  The 4/28/25 and 9/5/25 Orders set forth the factual background of this case including the litigation history between the Parties, which will not be repeated here.

The Court entered judgment against Plaintiff and in favor of Defendants on September 5, 2025. Dkt. 43.  Plaintiff appealed the case to the Ninth Circuit.  Dkt. 44.  On January 28, 2026, the Ninth Circuit issued an order dismissing Plaintiff's appeal as frivolous.  Dkt. 58.  The Ninth Circuit's mandate issued on February 19, 2026.  Dkt. 59.

While the case was on appeal to the Ninth Circuit, Defendants filed a motion in this case seeking sanctions against Plaintiff.  Dkt. 49.[1]  Specifically, Defendants seek an order declaring Plaintiff a vexatious litigant and imposing a requirement that he obtain permission from the Presiding Judge of this District before filing any future lawsuit against Defendants regarding

---

[1] Defendants also filed a motion for sanctions when they filed the motion to dismiss the original complaint.  Dkt. 17.  For the reasons discussed in the 4/8/25 Order, the Court denied Defendants' motion for sanctions without prejudice to filing a new sanctions motion following Plaintiff's filing of an amended complaint.  Dkt. 24.

Plaintiff's enrollment in the Foothill-DeAnza Community College District. *Id.* Defendants also seek an award of monetary sanctions and a requirement that Plaintiff post security for costs. *Id.* Plaintiff opposes the motion for sanctions. Dkt. 54. All Parties have consented to the jurisdiction of a magistrate judge. Dkt. 11, 13.

Defendants' motion for sanctions is suitable for determination without a hearing. Civ. L.R. 7-1(b). The legal standards governing Defendants' sanctions requests are discussed in the Court's 4/8/25 Order. Dkt. 24 at 28-29. Having considered the factual record and the applicable legal standards, the Court finds that sanctions against Plaintiff are not warranted on the present record and therefore **DENIES** Defendants' motion for sanctions.

The Clerk of Court is directed not to accept any further filings in this case, which was closed on September 5, 2025.

**SO ORDERED.**

Dated: April 2, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California

2